Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 6741 | **DATE** | 1/25/2012 |
| **CASE TITLE** | Redman vs. Radioshack Corporation (Related Case:11C7819 Aliano, et al. v. Radioshack Corporation) | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to March 21, 2012 at 11:00 a.m. By agreement of the parties, this case is referred to Magistrate Judge Valdez for settlement conference. Magistrate Judge Valdez shall have discretion to determine what other pleadings, if any, need to be filed in order for her to conduct the settlement conference. The status hearing set for February 1, 2012 is stricken. Plaintiff's motion for class certification [18] in the related case number 11-CV-7819 is entered and continued generally. Plaintiff's original motion for class certification in case number 11-CV-7819 [5] is denied as superceded by [18]. Defendant's motion to stay proceedings [21] in case number 11-CV-7819 pending resolution in case number 11-CV-6741 is denied as moot in light of our order consolidating the two cases for trial and all other purposes.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|