**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated,  )<br>                Plaintiff,  )<br>                )<br>   v.  )<br>                )<br>RADIOSHACK CORPORATION,  )<br>a Delaware corporation,  )<br>                Defendant.  )<br>_____)<br>MARIO ALIANO and VICTORIA  )<br>RADAVICIUTE, individually and on behalf of  )<br>all others similarly situated,  )<br>                Plaintiffs,  )<br>                )<br>   v.  )<br>                )<br>RADIOSHACK COROPRATION,  )<br>a Delaware corporation,  )<br>                Defendant.  ) | No. 11 C 6741<br>(consolidated with 11 C 7819)<br><br>Judge Grady<br><br>Magistrate Valdez |

**PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiffs Scott D.H. Redman, Mario Aliano and Victoria Radaviciute, on behalf of themselves and a class of similarly-situated persons, and pursuant to Fed. R. Civ. P. 23(e), move this Court for preliminary approval of a proposed class action settlement. In support of this Motion, Plaintiffs respectfully state as follows:

1. The parties have reached a proposed class settlement of this lawsuit. A copy of the executed Class Action Settlement Agreement and Release is included herewith as **Exhibit 1** and expressly incorporated herein by reference.

2. Plaintiffs will submit separately a memorandum of law in support of this Motion.

**WHEREFORE**, and for purposes of settlement only, Plaintiffs request that this Court enter the concurrently submitted proposed order: (1) preliminarily approving the terms of the Settlement Agreement; (2) approving the form and manner of notice to the proposed Settlement Class as set forth in the Settlement Agreement and directing that such notice be given; (3) appointing Plaintiffs' counsel as Settlement Class Counsel; and (4) setting this matter for a Fairness Hearing for consideration of the request for Final Approval of the proposed settlement and for entry of Final Judgment.

| | |
|---|---|
| SCOTT D.H. REDMAN, Plaintiff, | MARIO ALIANO and VICTORIA RADAVICIUTE, Plaintiffs, |
| By: /s Paul F. Markoff | By: s/ Adam M. Tamburelli |
| Paul F. Markoff<br>Karl G. Leinberger<br>Markoff Leinberger LLC<br>134 N LaSalle St Ste 1050<br>Chicago IL 60602<br>Tel: 312.726.4162<br>Fax: 312.674.7272<br>paul@markleinlaw.com | Thomas A. Zimmerman, Jr.<br>Adam M. Tamburelli<br>Zimmerman Law Offices, P.C.<br>77 W Washington St Ste 1220<br>Chicago IL 60602<br>Tel: 312.440.0020<br>Fax: 312.440.4180<br>adam@attorneyzim.com |

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of this *Plaintiffs' Motion for Preliminary Approval of Class Action Settlement Agreement* on the following electronically by using the CM/ECF system on this 16th day of May, 2013:

James R. Daly (jrdaly@jonesday.com)
Irene S. Fiorentinos (ifiorentinos@jonesday.com)
Elizabeth H. Jenkins (ehjenkins@jonesday.com)
Jones Day
77 W Wacker Dr Ste 3500
Chicago IL 60601

Thomas A. Zimmerman (tom@attorneyzim.com)
Adam M. Tamburelli (adam@attorneyzim.com)
Zimmerman Law Offices, P.C.
77 W Washington St Ste 1220
Chicago IL 60602

                                                                                     s/ Paul F. Markoff
                                                                                     Paul F. Markoff