# United States District Court
# Northern District of Illinois

In the Matter of

Redman                                              Magistrate Judge Maria Valdez

                v.                                        Case No. 11-CV-6741

Radioshack Corporation

## TRANSFER OF CASE
## FOR A REASSIGNMENT TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. IT IS HEREBY ORDERED that this case be reassigned to the calendar of Magistrate Judge Maria Valdez pursuant to Local Rule 73.1. Parties have consented to the reassignment as indicated below.

_____
Judge John F. Grady

Date: Friday, May 17, 2013

**The content of the consent is specified in the following manner:**

- Filed on the docket of this case.

- Additional information:

On May 16, 2013, the parties filed a Limited Consent to Exercise of Jurisdiction by a United States Magistrate Judge [95].

District Reassignment - To Designated Magistrate Judge