UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br> v.<br><br>RADIOSHACK CORPORATION, a Delaware corporation,<br>    Defendant.<br>_____<br>MARIO ALIANO and VICTORIA RADAVICIUTE, individually and on behalf of all others similarly situated,<br>    Plaintiffs,<br><br> v.<br><br>RADIOSHACK CORPORATION, a Delaware corporation,<br>    Defendant. | No. 11 C 6741<br>(consolidated with 11 C 7819)<br><br>Magistrate Valdez<br>(consent filed) |

## PRELIMINARY APPROVAL ORDER

This matter coming before the Court on Plaintiffs' request for preliminary approval of a Class Action Settlement Agreement and Release, and having considered the papers submitted to the Court and proceedings to date, **THE COURT FINDS AS FOLLOWS**:

1. The Parties have reached an agreement to settle all claims in the Lawsuits;

2. For purposes of settlement only, the Court preliminarily concludes that (a) the Settlement Class is ascertainable and sufficiently numerous such that joinder of all members of the Settlement Class is impracticable; (b) there exist common questions of law and fact, including whether Defendant's display of credit and debit card expiration dates on consumer copies of electronically-printed receipts constitutes a violation of the Fair and Accurate Credit Transactions Act, 15 U.S.C. § 1681, *et seq.*; (c) the claims of Plaintiffs Scott D.H. Redman, Mario Aliano and Victoria Radaviciute are typical of the Class Members' claims; (d) Plaintiffs Scott D.H. Redman,

Mario Aliano and Victoria Radaviciute are appropriate and adequate representatives for the Settlement Class and their attorneys, Paul F. Markoff, Karl G. Leinberger, Thomas A. Zimmerman, Jr. and Adam M. Tamburelli are adequate and qualified to serve as Class Counsel; (e) common questions of law and fact predominate over any questions affecting only individual Class Members; and (f) a class action is the superior method for the fair and efficient adjudication of the claims of the Class Members;

3. The proposed settlement is within the range of fairness and reasonableness and meets the requirements for preliminary approval; and

4. The notice to the Settlement Class proposed in the Settlement Agreement is the best practicable notice under the circumstances, is the only notice to the Class Members that is required, and such notice satisfies the requirements of Fed. R. Civ. P. 23(c)(2)(B).

**THEREFORE, IT IS HEREBY ORDERED:**

A. All defined terms contained herein shall have the same meanings as set forth in the Class Action Settlement Agreement and Release executed by the Settling Parties and filed with this Court (the "Settlement Agreement");

B. Pursuant to Fed. R. Civ. P. 23, the Settlement Agreement is preliminarily approved;

C. The following Settlement Class is certified pursuant to Fed. R. Civ. P. 23(b)(3):

All persons who, between August 24, 2010 and November 21, 2011, paid by credit or debit card for products or services and received an electronically-printed receipt from any Store that contained the expiration date of the person's credit or debit card.

Excluded from the class are Defendants, its officers, employees, and attorneys; transactions conducted with business credit or debit cards; and transactions made with RadioShack-branded debit or credit cards, as those cards do not contain expiration dates.

D. Paul F. Markoff, Karl G. Leinberger, Thomas A. Zimmerman, Jr. and Adam M. Tamburelli are hereby appointed as Class Counsel, and Plaintiffs Scott D.H. Redman, Mario Aliano and Victoria Radaviciute are hereby appointed the Class Representatives;

E. Notice shall be implemented pursuant to the terms of the Settlement Agreement, and Plaintiffs' counsel shall submit, at least five (5) business days prior to the Fairness Hearing, an affidavit affirming that notice has been so given;

F. Class Members shall have until August 27, 2013 to submit a claim, or opt out or object to the proposed Settlement Agreement; and

G. A Fairness Hearing on the fairness and reasonableness of the proposed Settlement Agreement shall be held before this Court on September 17, 2013 at 11:00 a.m.;

H. If the proposed Settlement Agreement is not finally approved by this Court or consummated for any reason whatsoever:

1. The Settlement Agreement and all proceedings had in connection therewith shall be without prejudice to the *status quo ante* (as of the date one day preceding execution of the Settlement Agreement) rights of the Plaintiffs and Defendant, and

2. The portions of this Order allowing the certification of this action as a provisional class action shall be vacated;

I. Pending final determination of whether the Settlement Agreement should be approved, Plaintiffs and all Class Members, or those purporting to act on their behalf, unless and until they have timely excluded themselves as a Class Member, are enjoined directly, indirectly, representatively or in any other capacity, from filing, commencing, prosecuting, continuing, litigating, intervening in, participating in as class members or otherwise, or seeking to certify a class in, or organizing a separate class of persons in, a purported class action or otherwise (including by seeking to amend a complaint to include class allegations or by seeking class certification in a pending action in any jurisdiction), or receiving any benefits or other relief from any other lawsuit, arbitration or administrative, regulatory or proceeding or order in any jurisdiction based on or relating in any way whatsoever to the claims and causes of action, or the facts or the circumstances

alleged in the Lawsuits; and

   J.  Pending final determination of whether the Settlement Agreement shall be approved, all persons are enjoined from filing, commencing or prosecuting any other lawsuit as a class action (including by seeking to amend a pending complaint to include class allegations or by seeking class certification in a pending action in any jurisdiction) on behalf of Class Members who have not timely excluded themselves from the Class, if such other lawsuit is based on or related to the Claims and causes of action, or the facts and circumstances related to the Lawsuits.

Dated: May 29, 2013          _____
                     Honorable Maria Valdez
                     United States Magistrate Judge

4