Darryl Maurice Burton  
638 Hampshire Street  
San Francisco, CA 94110-2115

23 July 2013

Clerk of the U.S. District Court,  
219 S. Dearborn St. 20th Floor  
Chicago, IL 60604

FILED  
JUN 28 2013  
MAGISTRATE JUDGE MARIA VALDEZ  
UNITED STATES DISTRICT COURT

OBJECTION TO CLAM SETTLEMENT  
Re. Redman, et al. v. Radioshack Corporation, No. 11 C 6741

As a member of the Class, who had in excess of twenty plus purchases of varying value from August 2010-November 2011, I am shocked to find out about this egregious violation of my personal financial data by Radio Shack. And while I don't know if this was the cause, I did have two credit cards cancelled by my bank for unusual charges during this period.

That said, I wish the court to know as a resident of San Francisco, CA Iwas not made aware of the ongoing actions of the Plaintiff and Plaintiff Attorney during the class action. In fact, I do not recall even being sent a notice of representation or interest in this class action. Along that line, I along with I dare say hundreds of military members who were on active duty should be members of this class action. Have the Plaintiffs attorneys taken that into account?

I am in opposition to what I feel is not only the settlement amount per claimant but also the outlandish fees to be received by Class Attorney(s) in the case. While Radio Shacks action was "harmful", I do not believe it was a "willful" action on their part to defraud consumers.

As a member of the Class, I would hope that the court would delay this settlement to include any and all Plaintiff Attorney fees until such time as the Class Attorney present a clear and sequential timeline that arrived at this settlement. Why is it that each member of the Class will only receive $10, the two leads $5,000 and the attorneys in excess of $1,000,000 for filing the class action, notification and copying of documents. I would personally like to review these costs if the Court will allow such action.

As mentioned above, I live in San Francisco, CA and attending a public or fair hearing would be an undue hardship. If the Court finds that there are enough objections along the lines outlined, and an identified proxy challenge to the settlement presents, I would welcome this opportunity to join. If the court were unwilling to revise the class settlement, then I would ask that 2/3 of Plaintiff's Attorney fees are divided and awarded to the Wounded Warrior and Fisher House Program. Thank you.

Kind Regards,  
Darryl Burton

Cc Paul F. Markoff  
Markoff Leinberger LLC  
James R. Daly

638 Hampshire
SF, CA 94110-2115

**RECEIVED**

JUN 28 2013

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

SAN FRANCISCO CA 940
24 JUN 2013 PM 2 L

US District Court
219 S. Dearborn St
20th Floor
Chicago, IL 60604

Magi Judge
Valdez