NEIL FREEDMAN
3808 Tewa NE
Albuquerque, NM 87111

August 27, 2013

Clerk, US District Court
219 S. Dearborn St. 20th floor
Chicago Ill 60604

RE: Redman etal v. RadioShack No. 11 C 6741

Gentlemen:

    I object to the attorneys' fees in this case. They are entirely too high. The total settlement fund is only $5.35 million dollars, and they are asking for almost 20% of this. And all I get is a lousy coupon for $10 which I can only use at Radio Shack and it is only good for six months. If I don't want to shop at Radio Shack, or don't need anything in the next 6 months, the coupon is useless. I object to the lawyers getting ONE MILLION DOLLARS, while all I get is a coupon that is totally useless if I don't want to shop at Radio Shack or forget that I have it.
    I do not currently plan to come to the fairness hearing, but reserve the right to appear and argue if I believe it will be more effective. I may also hire an attorney to show up for me.

                                                Very Truly Yours,

                                                Neil Freedman

Cc: Paul F. Markoff
    Markoff Leinberger LLC
    134 N. LaSalle St. Ste 1050
    Chicago IL 60602

        James R. Daly
        Jones Day
        77 W. Wacker Dr.
        Chicago Ill 60601