UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>RADIOSHACK CORPORATION,<br>a Delaware corporation,<br><br>      Defendant.<br>_____<br><br>MARIO ALIANO and VICTORIA RADAVICIUTE, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>RADIOSHACK CORPORATION,<br>a Delaware corporation,<br><br>      Defendant. | No. 11 C 6741<br>(consolidated with 11 C 7819)<br><br>Magistrate Valdez<br>(consent filed) |

**PLAINTIFFS' MOTION
<u>FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT</u>**

   For all of the reasons set forth in the accompanying Memorandum in Support of Plaintiffs' Motion for Final Approval of Settlement Agreement, Plaintiffs respectfully request that the Court enter the proposed Final Approval Order approving the proposed Settlement as being fair, reasonable and adequate to the Class.

**Dated:** September 10, 2013

Respectfully submitted,

| SCOTT D.H. REDMAN, individually, and on behalf of all others similarly situated,<br><br>By:    s/ Karl G. Leinberger<br>       Paul F. Markoff<br>       Karl G. Leinberger<br>       Markoff Leinberger LLC<br>       134 N LaSalle Street, Suite 1050<br>       Chicago, Illinois 60602<br>       (312) 726-4162 telephone<br>       (312) 674-7272 facsimile<br><br>Co-Class Counsel | MARIO ALIANO and VICTORIA RADAVICIUTE, individually, and on behalf of all others similarly situated,<br><br>By:    s/Thomas A. Zimmerman, Jr.<br>       Thomas A. Zimmerman, Jr. (IL #6231944)<br>       Adam M. Tamburelli (IL #6292017)<br>       Frank J. Stretz (IL #6310264)<br>       ZIMMERMAN LAW OFFICES, P.C.<br>       77 West Washington Street, Suite 1220<br>       Chicago, Illinois 60602<br>       (312) 440-0020 telephone<br>       (312) 440-4180 facsimile<br>       www.attorneyzim.com<br><br>Co-Class Counsel |