**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf) of all others similarly situated,                  ) <br>                              Plaintiff,          ) <br>                                                ) <br>          v.                                    ) <br>                                                ) <br> RADIOSHACK CORPORATION,                         ) <br> a Delaware corporation,                         ) <br>                              Defendant.          ) <br> _____) <br> MARIO ALIANO and VICTORIA                       ) <br> RADAVICIUTE, individually and on behalf of      ) <br> all others similarly situated,                  ) <br>                              Plaintiffs,         ) <br>                                                ) <br>          v.                                    ) <br>                                                ) <br> RADIOSHACK COROPRATION,                          ) <br> a Delaware corporation,                         ) <br>                              Defendant.          ) | No. 11 C 6741 <br> (consolidated with 11 C 7819) <br><br> Magistrate Valdez <br> (consent filed) |

<u>**DECLARATION OF PAUL F. MARKOFF**</u>

     Paul F. Markoff, being first duly sworn on oath, states that he has personal knowledge of the information contained in this declaration, and if called as witness, he could competently testify as follows:

     1.     I am one of the attorneys for Plaintiff Scott D.H. Redman, and I present this affidavit in support of Plaintiffs' request for final approval of the Settlement, request for attorneys' fees and costs and request for incentive awards in this case.

     2.     I have been engaged in the private practice of law in the State of Illinois since 1996. I am also admitted to practice in various federal jurisdictions, including the Seventh Circuit, the N.D. Ill., the E.D. Wisc. and the N.D. Ind., and have been admitted to practice *pro hac vice* in many jurisdictions throughout the country. I have been a member of Markoff Leinberger LLC since January 2011 and a member of Markoff Law Firm, LLC since 2007. Prior to that, I was a partner at Crowley Barrett & Karaba, Ltd., for which I worked, from 1994-2007.

     3.     I received my *juris doctor* degree from DePaul University in 1996 and my Bachelor of Arts degree from The University of Michigan in 1992.

     4.     I am experienced in the field of class action litigation, having both prosecuted and

defended class action cases in various jurisdictions around the country. I also have significant experience in consumer law and litigation, having represented many companies, financial institutions and individuals in consumer class and individual actions. I have extensive first chair experience in handling litigated matters, including the initial assessment, setting strategy, researching, drafting pleadings, conducting and responding to discovery and conducting trials, both bench and jury, and handling appeals.

5.      I have been appointed class counsel in many other FACTA-based consumer class cases, including *Armes v. Sogro, Inc.*, no. 08-C244, 2011 WL 1197537, at *4 (E.D. Wisc. Mar. 29, 2011); *Rogers v. Khatra Petro, Inc.*, no. 08-C294, 2010 WL 3894100, at *2 (N.D. Ind. Sept. 29, 2010); and *Armes v. Shanta Enterprise*, no. 07 C 5766, 2009 WL 2020781, at *3 (N.D. Ill. July 8, 2009); and have been appointed settlement class counsel in several other FACTA cases, namely *Diehl v. Legoland Discovery Centre US, LLC*, no. 12 C 6932 (N.D. Ill.); *Redman v. Take Care Health Systems, LLC*, no. 11 C 9044 (N.D. Ill.); *Rogers v. Khatra Petro, Inc.*, no. 2:08-cv-294 (N.D. Ind.); *Redman v. Michael Robert Enterprises, Inc.*, no. 10-C2465 (N.D. Ill.); *Benson v. American Mattress, Inc.*, no. 08-C7194 (N.D. Ill.); *Redman v. Metropolitan Pier and Exposition Authority*, no. 08-C1957 (N.D. Ill.); *Armes v. Knights Inn Racine*, no. 08-CV-243 (E.D. Wisc.); *Barlo v Witham Sav-A-Stop*, no. 2:08-CV-97-PRC (N.D. Ind.); and *Arbelo v. L&M Produce, Inc.*, no. 09-C3428 (N.D. Ill.).

6.      Plaintiff requested that I and my firm represent him in pursuing his claim against Defendant, individually and on behalf of a class of similarly-situated individuals. Plaintiff requested that I represent him on a contingency fee basis, because he would not pay an hourly rate for the representation.

7.      There was no collusion between Plaintiffs (or their counsel) and Defendant (or its counsel) in reaching the settlement in this case. The parties undertook protracted negotiations that started off significantly apart and, with the assistance of Magistrate Judge Maria Valdez, the parties reached an agreement.

8.      At every turn in this case, the parties disagreed on virtually everything, from the propriety of class certification to the appropriate venue to the appropriate scope and timing of discovery, each of which was contested through argument and briefing.

9.      The parties engaged in settlement discussions for nearly a year, starting January 10, 2012, before reaching an agreement in principle on November 29, 2012. For much of 2012, Magistrate Valdez retained a referral from Judge Grady to facilitate settlement negotiations, including two settlement conferences with the parties present and several follow-up hearings.

10.      During settlement negotiations, the parties exchanged various demands and offers, documents, analyses and data regarding class size, finances, claims, defenses, demographics, class notice options and expected claims rates. Except for class size, the parties disagreed on every item

and put forth arguments, data and legal authority supporting their respective positions, both to Magistrate Valdez and to each other.

11.     As Magistrate Valdez is aware, Plaintiffs' counsel did not want to, and did not, discuss an appropriate amount for attorneys' fees until first agreeing on an appropriate recovery for the class.  In this regard, the parties exchanged, and discussed, proposals detailing an appropriate recovery for the class, adequacy of notice options and expected claims rates.

12.     When assessing expected claims rates, the parties' respective counsel drew on their significant experience prosecuting and defending class actions, researched claims rates in other cases and consulted experts in class settlement administration.  Those same resources were used to assess adequacy of notice.  The parties disagreed whether direct notice was necessary, with Plaintiffs' counsel insisting that direct notice was necessary pursuant to Fed. R. Civ. P. 23(c)(2)(B) for those class members whose contact information was available, which comprised approximately 5,000,000 of the 16,000,000 class members.  Plaintiffs' counsel succeeded in securing such direct notice.  Notwithstanding other cases allowing for one-time publication notice for the remaining class members, Plaintiffs' counsel insisted on a broader publication plan that would lead to a notice reach of at least 70% of class members.  Plaintiffs' counsel succeeded in securing the broader publication notice plan.  Defendant did not want to publish notice on its website, but Plaintiffs' counsel succeeded in secured such notice.  Plaintiffs' counsel also insisted on establishing and maintaining a separate website specific to this settlement, through which class members could obtain additional information and submit claims easily online, and Plaintiffs' counsel succeeded in securing that website.

13.     The parties also disagreed on expected claims rates.  Plaintiffs' counsel conducted extensive analysis regarding each category of notice (mail, email, publication, websites), and determined expected claims rates based on those analyses.  Ultimately, the settlement was structured around Plaintiffs' counsel's expected claims rates.

14.     In effect, the settlement was "reverse engineered."  The parties first negotiated a recovery for the class, ultimately a $10 Settlement Voucher.  The parties then assigned a dollar value of class recovery based on expected claims rates.  Consulting with multiples class settlement administration experts, the parties then added in the estimated cost of class notice and administration, including claims processing and dissemination.  This process yielded an anticipated "cost" of $4,335,000.  After the class recovery was negotiated, the parties also agreed that each class representative would receive $5,000 for their individual claims and their services as class representatives.

15.     Only after that amount was agreed, the parties exchanged demands and offers regarding attorneys' fees to be paid to Class Counsel.  Ultimately, the parties agreed on a number of $1,000,000, bringing the total settlement to $5,335,000.

16.     After that amount was set, I realized that the parties did not agree to the source of funding for Plaintiffs' incentive awards.  Defendant contended that those payments should come out of the class recovery portion of the Settlement Amount.  I insisted that such a mechanism was inappropriate, because the class recovery portion was calculated exactly according to the expected claims rate, so that if the claims rate was exactly correct, the incentive awards would reduce the class recovery.  Therefore, I insisted that Defendant pay the incentive awards as an additional amount.  Defendant then agreed to increase the Settlement Amount to $5,350,000, which was incorporated into the Settlement Agreement.

17.     Given the reasoning and analysis behind the Settlement Amount, and the order in which the amounts were negotiated and agreed, the parties had no reasonable basis to believe that the class recovery would be affected in any way by the amounts agreed to for attorneys' fees, costs and incentive awards.  Ultimately, that proved true, and if the Court finally approves the Settlement, class members will receive exactly the $10 Settlement Vouchers contemplated in the Settlement Agreement, regardless of how much the Court awards in attorneys' fees and costs.

18.     The amount of attorneys' fees, costs and incentive awards to be paid by Defendant was disclosed in the class notice.  The long form notice sent by email and available on www.shacksettlement.com identified attorneys' fees and costs of $1,000,000 and incentive awards of $15,000.  Abbreviated (e.g., postcard and publication) notices directed class members to www.shacksettlement.com or a toll-free number or my firm for more information, each of which provided disclosure of the amount of attorneys' fees, costs and incentive awards.  Contrary to the comments from some callers that I would be getting millions of dollars from the settlement, I clearly disclosed that the settlement provided that attorneys' fees and costs of $1,000,000 to be shared between two law firms.

19.     It is difficult to provide all details of the dealings among counsel and the parties in this case, but the suggestion (and even the unsupported assertion) of collusion is nothing less than ridiculous.  If nothing else, if collusion were occurring, it would have resulted in a settlement well before the parties expended hundreds of thousands of dollars in attorneys' fees litigating the case and negotiating a settlement.  *See e.g.*, *Shames v. Hertz Corp.*, no. 07-CV-2174-MMA (WMC), 2012 WL 5392159, at *15 (S.D. Cal. Nov. 5, 2012) (finding that "[t]t is highly unlikely that parties who seek to collude would spend nearly a million dollars in costs (by Plaintiffs alone) and devote thousands upon thousands of valuable attorney hours to the matter.").

20.     Had any of the objectors bothered to contact me, I gladly would have explained, as I did to hundreds of class members that called me, the process through which the Settlement was reached, the order in which its parts were negotiated, the underlying facts of the case, the risks of litigating it, the finances of Defendant and the reasoning for reaching the Settlement that resulted.  Not a single one of them or their counsel contacted me to discuss this case, but nonetheless took the liberty of casting baseless aspersions on me, my law partner, attorneys from Zimmerman Law Offices, P.C. and attorneys from Jones Day.

21.     This Settlement was the result of extensive arm's length negotiations and hard fought litigation that Plaintiffs' counsel pursued at all opportunities.  Furthermore, the suggestion of certain objectors that this Settlement came about because Defendant moved to transfer this case to Texas is absurd.  First, the parties began negotiating on January 10, 2012, and Defendant did not file its motion to transfer until May 23, 2012 [DE 41].  The motion to transfer was just one more hurdle put up by Defendant that Plaintiffs addressed in the case.  It had no bearing whatsoever on the terms of the Settlement.

22.     In fact, the pace of the case (including the length of time to decide the motion to transfer and even set a briefing schedule on the motion for class certification), and the refusal of Judge Grady to compel Defendant to comply with discovery requests, led me to the conclusion that we should simply allow the transfer of the case.  However, given the Settlement, we never reached that point.

23.     Instead, the key, and practically, sole impetus for the terms of this Settlement was Defendant's dismal financial standing.  Plaintiffs and Class Counsel considered all relevant factors, as set forth in *Synfuel Techs., Inc. v. DHL Express, Inc.*, 463 F.3d 646 (7th Cir. 2006), when assessing this Settlement, but the overwhelming factor was Defendant's finances.  Defendant had financial difficulties prior to this case being filed.  Its financial standing deteriorated exponentially after the case was filed.  I reviewed financial reporting on Defendant <u>every</u> work day (and many non-work days).  My review was not merely tracking Defendant's stock price, though I did that, and it was dropping quickly.  I also reviewed in detail reports Defendant filed with the Securities and Exchange Commission, and I reviewed hundreds of analyst reports and articles about Defendant's precarious financial standing.

24.     I came to the conclusion that if this case were to proceed on the normal litigation course, the class would get nothing, because Defendant would file for bankruptcy protection and any assets it had would go to its secured creditors, leaving nothing for unsecured creditors, including a putative class of individuals who did not suffer any actual damages at the hands of Defendant.  Defendant's precarious financial position and obtaining some relief for the Class were the reasons I recommended to my client that he should settle the case on the terms outlined in the Settlement Agreement.

25.     Additionally, I personally analyzed Defendant's available products.  Defendant has more than 6,000 products available for under $10, exclusive of taxes.  *See* <u>www.radioshack.com</u>.

26.     Though I have handled many FACTA cases, I have never settled any prior FACTA case in which class members would receive only a $10 Settlement Voucher.  I have handled other FACTA cases in which class members received vouchers (none of which required any class member to buy a higher-priced item; all of them allowed class members to obtain something for which they need not pay any additional money), and I have handled other FACTA cases in which

class members could obtain cash. My analysis is individualized to each case.

27.     I believe the merits of this case are relatively strong, despite having no definitive guidance on what constitutes willfulness. However, I have significant reservations about whether Judge Grady would certify a class in this case, given that Defendant has a lot of business customers that may not be entitled to recovery under FACTA and given Judge Grady's judicial proclivities.

28.     Notwithstanding having handled other cases in which class members seemingly received greater recoveries, it is my fervent belief, based on extensive analysis, that the class would end up receiving absolutely nothing if this case were to proceed, especially at the pace at which Judge Grady was moving it.

29.     At this point, any delay in approval and implementation of this Settlement puts any class recovery in jeopardy. Defendant's cash reserves have dwindled by more than $300 million this year alone. Given that it is hemorrhaging cash in its operations, in addition to required debt payments, I do not think the company can avoid bankruptcy within the next year,  which is why I insisted on structuring the Settlement Agreement in the manner it is structured.

30.     The Settlement Agreement provides for the escrow of $3.25 million of the Settlement Amount, which would cover all cash payments. It is also structured so that it continues to be an executory contract until the Redemption Deadline for all Settlement Vouchers. If it were non-executory, and Defendant filed for bankruptcy, the class would be left with an unsecured claim for a maximum of $5.35 million, which would not likely be paid, because Defendant would not have the money to pay unsecured claims. However, by making the Settlement Agreement fully executory, if Defendant filed for bankruptcy, it would have 90 days thereafter to affirm or reject the Settlement Agreement. Defendant would be dissuaded from rejecting the Settlement Agreement because it would have already paid millions of dollars in notice and administration costs, which it could not recoup. Additionally, if it were to reject the Settlement Agreement, the putative class would have a claim of $1.6 billion in the bankruptcy. Payment would be unlikely, because it would be an unsecured claim.  In sum, the Settlement provides immediate, tangible benefits to class members, whereas continued litigation involves a likelihood of bankruptcy and no recovery for any class members.

31.     Plaintiff Scott D.H. Redman has been instrumental in his role as Class Representative. He has reviewed pleadings and orders in the case (often at his request, rather than my insistence) and assisted in formulating discovery requests. He has responded to discovery requests. He has engaged me for status updates. He attended two (2) settlement conferences with Magistrate Valdez.

32.     Mr. Redman analyzed potential settlement scenarios and litigation strategies involved with this case, because he understood his role acting on behalf of Class Members. He has also been a class representative in other FACTA litigation, so he is familiar with other settlements

(his own and others) and courses of FACTA-related litigation. Mr. Redman was very engaged in the settlement conferences with Magistrate Valdez, including offering insight into potential class notice options.

33.     Mr. Redman, given his background as an attorney representing banks and venture capitalists, including structuring complex deals with a range of debt facilities, has also reviewed financial documents and reports regarding Defendant and provided insight to them. He was particularly insightful when structuring the terms of the Settlement in an effort to protect Class Members should Defendant reach the point of filing for bankruptcy or selling out to venture capitalists. He provided input and actual examples of various potential structures, including Letters of Credit, escrows, third-party payors and delayed performance that may dissuade rejection of executory contracts in bankruptcy.

34.     As set forth above, I do not believe Defendant will survive much longer, but assuming *arguendo* it did, this case would take years to complete. Class certification, for which I would expect up to a year of discovery, in part due to the technical aspect of Defendant's POS System and determining whether individual credit and debit cards can be distinguished from business credit and debit cards. Merits discovery will take even longer, because it will involve further analysis of Defendant's computer systems, reviewing likely millions of pages of documents and computer code, extensive third-party discovery around the country (and potentially overseas, given that Defendant's POS System vendor is Fujitsu) and extensive oral discovery, including depositions of at least 40 people and extensive motion practice (motions for class certification, motions for summary judgment and the motion to transfer venue, just to name three areas). Additionally, both sides of the case will have to employ multiple computer experts to sift through the programming code and meta data in Defendant's computer systems. I estimate the case would cost approximately $2 million to take to disposition.

35.     Notwithstanding anticipating that foregoing discovery would take place if the case were to move forward, I had enough information available to me to analysis and negotiate, and ultimately recommend, a settlement to my client for him and on behalf of the Class.

36.     If disposition of this case is other than settlement, appellate practice is likely. There are issues in this case that have not been addressed by the Seventh Circuit, issues that have reasonable arguments on both sides, which presents a likelihood of appeal. I certainly would recommend an appeal of an adverse trial court ruling against Plaintiffs, and having reviewed other litigation handled by Defendant, it is not remotely averse to appealing adverse rulings.

37.     Since Class Notice was provided to Class Members, my firm has fielded, and responded to, thousands of phone calls from Class Members about the Settlement. The calls ranged from general questions about the Settlement, what the case was about, to asking how to submit claims, including if they did not have computer access. In response to those calls, all of which received personal attention from my office, except for the few voicemails that I forwarded to

Zimmerman Law Offices, P.C. to handle, my firm (mostly me) explained the nature of the case; the options Class Members had to submit claims (and the process for doing so), object or exclude themselves; and the reasoning behind the settlement terms. A few Class Members also called to berate me for being a class action lawyer, but even most of those moderated their beliefs after I explained the nature of the case and the reason for FACTA. Some people thought the $10 Settlement Vouchers were too low in value, but most understood the reasoning for the amount after I explained my reasoning (Defendant's perilous financial state) for recommending the Settlement. The biggest concern expressed to me by hundreds of Class Members was the language in the Class Notice that stated "[i]f you do not exclude yourself from the class, the court's judgment will be binding on you." I explained that I agreed with them that the language seemed rather onerous, but that it was required by Federal Rule. I further explained that this Settlement will not result in any judgment against them, simply that if the Court approves the Settlement and they remained part of the Settlement Class, whether or not they submitted claims, they would give up the right to sue Defendant on their own on the issue in the Lawsuit. While I was able to explain that to the Class Members who called me, I am certain that the vast majority of Class Members who excluded themselves from the Settlement Class did so because of the language required by Fed. R. Civ. P. 23(c)(2)(B)(vii). Additionally, in my discussions with the many Class Members who called me, it became clear to me that most of them had prepaid mobile phone service through Defendant, which is why Defendant had their contact information (as opposed to somebody who just buys batteries at one of Defendant's stores).

38. As of September 10, 2013, in representation of Plaintiffs in this case, the legal fees of Markoff Leinberger LLC amount to $439,615 for 865.6 hours of work. *See* **Exhibit 1** hereto, which is a true and accurate copy of my firm's time records in this case, which were entered contemporaneously with the time the work was performed. I anticipate an additional 175 hours of work (i.e., $88,877.25) on this matter preparing for and attending the Fairness Hearing, assisting in the distribution of class benefits and payments to Plaintiffs and in addressing any class member questions once class benefits are distributed. My firm continues to field and address class member inquiries, as my firm's phone number is on the class notices. My firm has handled more than a hundred calls from Class Members since the Action Deadline of August 27, 2013 passed. Once Settlement Vouchers are distributed, my firm will handle additional class member inquiries, as my firm's phone number will be on Settlement Vouchers, allowing class members to contact Class Counsel through the Redemption Date related to the use of Settlement Vouchers.

39. The above mentioned fee is reasonable based on the time and labor required and the skill requisite to perform the necessary legal services to prosecute the instant case. It is based on the rate $550 per hour for me, $500 per hour for my partner, Karl Leinberger, and $100 for non-clerical legal assistant time specific to this case. Those rates are customarily charged in this Chicago for similar legal work. The blended rate for my firm's time in this case is $507.87.

40. My last expressly approved rate was $500 per hour in May 2012. *See Crosby v. Regional Trans. Authority*, case no. 07 C 6235 (N.D. Ill.), at DE 257, ¶12. I have submitted

declarations seeking lodestar-based attorneys' fee awards in several other FACTA cases, including the following:

·   *Diehl v. Legoland Discovery Centre US, LLC*, no. 12 C 6932 (N.D. Ill.) (Magistrate Maria Valdez approving attorneys' fees, effectively with a multiplier of 1.07, at a rate of $550 per hour in June 2013).

·   *Crosby v. Regional Trans. Authority*, no. 07 C 6235 (N.D. Ill.) (approving rate of $500 per hour in May 2012).

·   *Rogers v. Khatra Petro, Inc.*, no. 2:08-cv-294 (N.D. Ind.) (approving attorneys' fees on declaration specifying rate of $475 per hour in January 2012).

·   *Redman v. Michael Robert Enterprises, Inc.*, no. 10-C2465 (N.D. Ill.) (approving attorneys' fees on declaration specifying rate of $475 per hour in July 2011).

·   *Benson v. American Mattress, Inc.*, no. 08-C7194 (N.D. Ill.) (approving attorneys' fees on declaration specifying rate of $450 per hour in December 2010).

·   *Barlo v Witham Sav-A-Stop*, no. 2:08-CV-97-PRC (N.D. Ind.) (approving attorneys' fees on declaration specifying rate of $425 per hour in July 2010).

·   *Armes v. Shanta Enterprise*, no. 07 C 5766 (N.D. Ill.) (approving attorneys' fees on declaration specifying rate of $425 per hour in March 2010).

·   *Armes v. Knights Inn Racine*, no. 08-CV-243 (E.D. Wisc.) (approving attorneys' fees on declaration specifying rate of $400 per hour in October 2009).

41.     Other senior partner level consumer class action plaintiffs' attorneys charge similar rates.  *See e.g.*, *Crosby v. Regional Trans. Authority*, no. 07 C 6235 (N.D. Ill.), at DE 257, ¶12 (approving Lance Raphael at $615 per hour); *Balbarin v. North Star Capital Acquisition, LLC*, no. 10 C 1846 (N.D. Ill.), at DE 260-3, ¶40 (Daniel Edelman and others charge $550 per hour).

42.     The Laffey Matrix, from *Laffey v. Northwest Airlines, Inc.*, 572 F. Supp. 354 (D.D.C. 1983), also justifies the aforementioned rates.  The Laffey Matrix, identifying appropriate

hourly rates and updated by the U.S. Attorney for the District of Columbia, effectively arose out of *Covington v. District of Columbia*, 839 F. Supp. 894 (D.D.C. 1993), in which the Court approved an hourly rate of $260 per hour for attorneys with 11-19 years of experience for the time period 1992-1993. The Laffey Matrix is updated each year by adding the change in the overall cost of living, as reflected in the United States Consumer Price Index ("CPI") for Washington, D.C. *Smith v. District of Columbia*, 466 F. Supp. 2d 151, 156 (D.D.C. 2006).

43.     "The Laffey Matrix commonly is used to calculate hourly rates in statutory fee-shifting cases, but it also is used to calculate the 'lodestar' hourly rate for attorney's fees in class action litigation." *Carr v. Tillery*, no. 07-314-DRH, no. 07-314-DRH, 2010 WL 1963398, at *7 (S.D. Ill. May 17, 2010). Courts in the Seventh Circuit have expressly or implicitly approved use of the Laffey Matrix for determine appropriate hourly rates. *See e.g.*, *Arch v. Glendale Nissan*, no. 03 C 7297, 2005 WL 1421140, at *1 (N.D. Ill. June 7, 2005); *Samuel v. Barnhart*, 316 F. Supp. 2d 768, 781-82 (E.D. Wisc. 2004); *Sadler v. Barnhart*, no. 02 C 6891, 2004 WL 419908, at *3 (N.D. Ill. Feb. 25, 2004); *Covington-McIntosh v. Mount Glenwood Memory Gardens South, Inc.*, no. 00 C 0186, 2004 WL 2700482, at *4 (N.D. Ill. Feb. 12, 2004); *Embry v. Barnhart*, no. 02 C 3821, 2003 WL 22478769, at *2 (N.D. Ill. Oct. 31, 2003).

44.     The Laffey Matrix is appropriately adjusted from the Washington-Baltimore market rates to account for different costs of living depending on location. In *In re HPL Technologies, Inc. Securities Litigation*, 366 F. Supp. 2d 912, 921 (N.D. Cal. 2005), the Court adjusted rates upward from the Laffey Matrix by 9% to account for the different pay differentials in the District of Columbia (+15.98%) and the San Francisco-Oakland-San Jose (+26.39%) areas.

45.     The 2013 pay differential for Chicago is +25.10% versus +24.22% for the Washington-Baltimore area. Accordingly, the Laffey Matrix should adjusted upward .88% (albeit these differentials are based on rate freezes at 2010 levels. *See* **Exhibit 2** (http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2013/general-schedule/).

46.     The current Laffey Matrix hourly rate for attorneys with 11-19 years of experience is $445 and for paralegals/law clerks is $145. *See* **Exhibit 3** (http://www.justice.gov/usao/dc/divisions/Laffey_Matrix_2003-2013.pdf). However, the Laffey Matrix does not account for location or other factors, such as the rate freeze reflected in Office of Personnel Management's Locality Pay Tables.

47.     Others have used the Adjusted Laffey Matrix to reflect more accurate hourly rates, namely that the Adjusted Laffey Matrix calculates rates using the legal services component of the CPI rather than the general CPI. *See e.g.*, *Smith*, 466 F. Supp. 2d at 156. The current hourly rate under the Adjusted Laffey Matrix for attorneys with 11-19 years of experience is $640 and for paralegals/law clerks is $175. *See* **Exhibit 4** (*see* www.laffeymatrix.com/see.html).

48.     Attorney rate surveys also justify the aforementioned rates. Surveys are an

appropriate method of ascertaining appropriate market rates for attorneys' fees. *See e.g.*, *FDIC v. Morris*, no. 91 C 3050, 1992 U.S. Dist. LEXIS 9439 (N.D. Ill. June 29, 1992); *Alliance to End Repression v. City of Chicago*, no. 74 C 3268, 1993 U.S. Dist. LEXIS 1972 (N.D. Ill. Feb. 22, 1993); *Vyshnevska v. Park Ridge Oldsmobile*, no. 02 C 6172, 2003 U.S. Dist. LEXIS 11222 (N.D. Ill. June 30, 2003).

49.     The National Law Journal's 2009 survey shows average partner rates in Chicago to have been $655 per hour. *See* www.law.com.

50.     Whether the firm is large or small is irrelevant to determining a reasonable rate. *See e.g.*, *Bailey v. District of Columbia*, 839 F. Supp. 888, 891 (D.D.C. 1993). A court "may not reduce the established market rate by some factor that it believes accounts for differences between large firms and small firms. To do so would unfairly punish consumers seeking an even playing field by hiring competent counsel. Lawyers of common expertise and experience in the same market are entitled to the same rate." *Bankston v. Illinois*, 60 F.3d 1249, 1255 (7th Cir. 1995). "[A]ttorneys like plaintiffs' counsel, operating either as solo practitioners or in small firms, often lack resources to retain a large staff of junior lawyers who could handle such tasks more economically. Denying plaintiffs compensation for these tasks would unfairly punish plaintiffs and their counsel for not staffing this case as if they had the manpower of a major law firm." *Bailey*, 839 F. Supp. At 891. "It should be obvious that an award of fees for a lawyer's services should be no different if the lawyer is (for example) a sole practitioner thank if the identical lawyer is a member of a 100-lawyer firm, or if the lawyer is (for example) a multimillionaire than if the identical lawyer has all his or her assets tied up in a bare-bones law office and a fully mortgaged home." *Lippo v. Mobil Oil Corp.*, 692 F. Supp. 826, 842 (N.D. Ill. 1998).

51.     Notably, the National Law Journal survey determined non-contingent rates typically paid monthly, rather than contingent on recovery after years of litigation. My firm's fees are contingent upon recovery in this case.

> A contingent fee must be higher than the fee for the same legal services as they are performed. The contingent fee compensates the lawyer not only for the legal services he renders, but also for the loan of those services. The implicit interest rate on such a loan is higher because the risk of default (the loss of the case, which cancels the debt of the client to the lawyer) is much higher than that of a conventional loan.

Posner, Economic Analysis of Law (4th ed. 1992), 534, 567.

52.     Indeed, Class Counsel took this case with the strong possibility, if not the likelihood, of obtaining no recovery at all. In addition to the merits and class certification challenges and Defendant's financial woes outlined above, but without arguing the litany of reasons all contingent fee cases come with some risk, Plaintiffs and Class Counsel faced another

daunting risk of recovering nothing for the class or themselves, namely the United States Supreme Court. At the time this case was filed, already on the Supreme Court's docket was *First American Financial Corporation v. Edwards*, no. 10-708. Just two months after this case was filed, the Supreme Court heard arguments in *Edwards*. Given the precedent of the Supreme Court, the tendencies of the current Justices and the nature of the questioning,[1] anecdotal evidence suggests that the legal community expected the Supreme Court to hold that plaintiffs not alleging actual damages, instead seeking only statutory damages under federal consumer protection statutes, lacked Article III standing to pursue their claims in federal court. Ironically, while most of the nation was awaiting a ruling on the Affordable Care Act, consumer lawyers across the country spent the last day of the Supreme Court's term focused on the decision to come in *Edwards*. In the end, the Supreme Court reversed itself and dismissed the writ of certiorari as improvidently granted. *First American Financial Corp. v. Edwards*, 132 S. Ct. 2536 (2012). However, under that cloud of uncertainty, Class Counsel not only took this case but litigated it and negotiated a settlement that benefits class members.

53. By all objective measures, my firm's hourly rates are reasonable.

54. Additionally, Markoff Leinberger LLC has incurred $6,397.66 in costs ($350 filing fee; $42 process service fee; $5.66 messenger fee to court; and $6,000 in expert witness fees). *See* **Exhibit 1**.

55. The parties first negotiated the appropriate recovery for the class before negotiating attorneys' fees or an incentive award for Plaintiff.

Under penalties as provided by law pursuant to 28 U.S.C. § 1746, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

s/ Paul F. Markoff
Paul F. Markoff

Dated: September 10, 2013

---

[1] *See* http://www.supremecourt.gov/oral_arguments/argument_transcripts/10-708.pdf.

**Markoff Leinberger LLC**
134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

| | |
|---|---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 9/23/2011 | Emails/attachment from/to client re potential FACTA claim, research re PRPs, store ownership (1.1) | PFM 550 | 1.10 | 605.00 |
| 9/24/2011 | Emails from client re claim (.2) | PFM 550 | 0.20 | 110.00 |
| 9/26/2011 | Draft and file appearance (.2) | KGL 500 | 0.20 | 100.00 |
| 9/26/2011 | Emails/attachments, telephone conference with client re claim (.4); draft complaint, cover sheet, appearance, summons (1.0); letter to sheriff re service (.3); research company re service (.2); emails/attachments to/from court clerk re summons (.2); legal research re and draft motion for class certification, supporting brief (2.5) | PFM 550 | 4.60 | 2,530.00 |
| 9/29/2011 | Further drafting of class certification brief, motion, notices (.9); letter to R. Donohoo re same, complaint (.3); prepare documents for filing, service (.3) | PFM 550 | 1.50 | 825.00 |
| 10/12/2011 | Court appearance re motion for class certification (1.0) | PFM 550 | 1.00 | 550.00 |
| 10/17/2011 | Receipt/review of executed summons; file return of service (.3) | PFM 550 | 0.30 | 165.00 |
| 10/18/2011 | Telephone conference with J. Daly re defense request for extension to plead (.2) | PFM 550 | 0.20 | 110.00 |
| 10/19/2011 | Emails/attachment from/to opposing counsel re motion for extension to respond to complaint; review proposed motion (.4); review pleadings (.2) | PFM 550 | 0.60 | 330.00 |
| 10/25/2011 | Email to client re status (.1) | PFM 550 | 0.10 | 55.00 |
| 10/26/2011 | Research re prior truncation claim (.5); research re recent FACTA expiration date cases, particularly following previous period of compliance (1.5) | PFM 550 | 2.00 | 1,100.00 |
| 11/30/2011 | Review appearance (.1) | PFM 550 | 0.10 | 55.00 |
| | | **Total This Invoice** | | |
| | | **Job Balance Total** | | |

**Markoff Leinberger LLC**
134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)



# Invoice

| | |
|---|---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 12/2/2011 | Telephone conference with opposing counsel re additional extension request (.2); review/revise proposed extension motion; emails/attachments re same (.4) | PFM 550 | 0.60 | 330.00 |
| 12/5/2011 | Review order (.1) | PFM 550 | 0.10 | 55.00 |
| 12/15/2011 | Review pleadings from Aliano case against Radioshack; research prior cases brought by same plaintiffs, attorneys and resolution of such cases, including settlement terms (2.0) | PFM 550 | 2.00 | 1,100.00 |
| 12/16/2011 | Research re similar pending case, standards for designating lead plaintiff, class counsel (2.0); emails to/from counsel in Aliano case re meeting re cases (.2) | PFM 550 | 2.20 | 1,210.00 |
| 12/21/2011 | Conference call with T. Zimmerman re Aliano case, strategy (.5) | PFM 550 | 0.50 | 275.00 |
| 1/4/2012 | Analysis of Radio Shack's motion for reassignment (.4) | KGL 500 | 0.40 | 200.00 |
| 1/5/2012 | Review defense motion to reassign Aliano case for relatedness (.3) | PFM 550 | 0.30 | 165.00 |
| 1/6/2012 | Review defense motion to stay Aliano case (.2); telephone conferences with T. Zimmerman re response to same, motion to reassign for relatedness (.4); review Aliano response to motion to reassign and motion to stay (.3); email to opposing counsel re status (.1) | PFM 550 | 1.00 | 550.00 |
| 1/9/2012 | Analysis of Response in Support of Radioshack's motion for reassignment (.5); analysis of plaintiff in the Aliano lawsuit's motion to consolidate (.3) | KGL 500 | 0.80 | 400.00 |
| | **Total This Invoice** | | | |
| | **Job Balance Total** | | | |

**Markoff Leinberger LLC**
134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)



# Invoice

| | |
|---|---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 1/9/2012 | Telephone conference with T. Zimmerman re court hearing, potential motion to consolidate (.2); review proposed motion to consolidate by Aliano counsel (.3); telephone conference with T. Zimmerman re same, strategy vis-a-vis motion to consolidate, answer deadline, discovery (.3); review filed motion to consolidate (.1); legal research re and draft response to motion to reassign for relatedness (1.1); research re motion to consolidate (.5); telephone conferences with opposing counsel re status, pending motions, meeting (.3) | PFM 550 | 2.80 | 1,540.00 |
| 1/10/2012 | Emails from/to opposing counsel re meeting (.2); prepare for and meeting with opposing counsel re settlement (1.5); telephone conference with client re same; meeting with K. Leinberger re same (.5); research re defendant finances, outlooks; consider demand options (1.9); research other FACTA settlements in effort to formulate demand (2.0) | PFM 550 | 6.10 | 3,355.00 |
| 1/11/2012 | Meeting with K. Leinberger re motion hearing (.2); emails from/to opposing counsel re same (.2) | PFM 550 | 0.40 | 220.00 |
| 1/11/2012 | Preparation for court hearing on motions to reassign and consolidate (.4); attendance at court hearing (1.3); phone call from Paul Markoff (.1); phone call to Jones Day (.1); review of 1 e-mail from Jones Day (.1); research on settlement benefits to class members in other FACTA violation lawsuits (2.4) | KGL 500 | 4.40 | 2,200.00 |

| | |
|---|---|
| **Total This Invoice** | |
| **Job Balance Total** | |

**Markoff Leinberger LLC**
134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
| --- | --- |
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
| --- | --- | --- | --- | --- |
| 1/12/2012 | Review/send emails re authorization to share settlement information with T. Zimmerman (.2); telephone conferences and emails with T. Zimmerman re same (.5); meeting with counsel in ▆▆▆ case re settlement structure and amounts (1.5); research re FACTA settlements, CAFA issues (1.2) | PFM 550 | 3.40 | 1,870.00 |
| 1/13/2012 | Review of court order (.1); legal research on CAFA issues related to settlement including cy pres (2.1) | KGL 500 | 2.20 | 1,100.00 |
| 1/13/2012 | Review order (.1); review materials to formulate settlement demand (.9); meetings with K. Leinberger re common fund doctrine vis-a-vis cy pres (.3); legal research re same, vouchers (1.2); draft, revise settlement demand (2.0); emails/attachments to/from T. Zimmerman, client re same (.3) | PFM 550 | 4.80 | 2,640.00 |
| 1/16/2012 | Emails from/to T. Zimmerman re discovery (.2) | PFM 550 | 0.20 | 110.00 |
| 1/17/2012 | Review of 2 appearances by Zimmerman Law Firm (.2) | KGL 500 | 0.20 | 100.00 |
| 1/17/2012 | Review appearances from Zimmerman, et al. (.2); review/analyze proposed discovery requests drafted by Zimmerman; draft discovery requests and attempt to incorporate Zimmerman requests (2.0); research sources of truncation notices to defendant (1.5) | PFM 550 | 3.70 | 2,035.00 |
| 1/18/2012 | Further drafting of discovery requests and incorporating Zimmerman requests into same (2.5); emails/attachments to/from T. Zimmerman re same (.5) | PFM 550 | 3.00 | 1,650.00 |
| 1/19/2012 | Review recent summary judgment FACTA rulings (1.5) | PFM 550 | 1.50 | 825.00 |

| | **Total This Invoice** |
| --- | --- |
| | **Job Balance Total** |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)



# Invoice

| | |
|---|---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 1/23/2012 | Conference call with opposing counsel re settlement, referral to magistrate, pleading extension (.2); emails to/from T. Zimmerman re same (.1) | PFM 550 | 0.30 | 165.00 |
| 1/24/2012 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 1/24/2012 | Research re defendant finances via SEC filings (1.5); review Magistrate Valdez's standing instructions re settlement conferences (.3) research defendant knowledge of truncation requirements, draft settlement conference demand letter structured to Magistrate's requirements (2.1) | PFM 550 | 3.90 | 2,145.00 |
| 1/25/2012 | Review materials and prepare for status hearing (.5); court appearance re status hearing (1.2); meetings with counsel, Magistrate Valdez clerk re scheduling settlement conference (.3); further drafting of settlement conference demand, review and incorporate edits from T. Zimmerman (.7); emails/attachments to/from T. Zimmerman re same, summary judgment, strategy (.2); emails to/from client re settlement conference (.1) | PFM 550 | 3.00 | 1,650.00 |
| 1/26/2012 | Send/review emails re settlement conference (.3) | PFM 550 | 0.30 | 165.00 |
| 1/27/2012 | Review of court order regarding referral to magistrate judge (.1) | KGL 500 | 0.10 | 50.00 |
| 1/27/2012 | Review order (.1); emails to/from counsel, client re settlement conference, status date, responsive pleadings (.5) | PFM 550 | 0.60 | 330.00 |
| 2/9/2012 | Review order (.1); review/analyze recent SEC filings (.5) | PFM 550 | 0.60 | 330.00 |
| 2/9/2012 | Review of court order regarding magistrate referral (.1) | KGL 500 | 0.10 | 50.00 |

| | | | |
|---|---|---|---|
| | | **Total This Invoice** | |
| | | **Job Balance Total** | |



**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)

# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|------|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|------|-------------|---------------|-----------|--------|
| 2/13/2012 | Review of court order regarding February 14 status hearing (.1) | KGL 500 | 0.10 | 50.00 |
| 2/13/2012 | Review several orders (.2); emails from/to opposing counsel re magistrate status hearing (.1) | PFM 550 | 0.30 | 165.00 |
| 2/14/2012 | Court appearance re status (1.2); legal research re summary judgment vis-a-vis constitutional challenge, temporary non-compliance following period of compliance (1.8); research, further analysis of Radioshack financials (1.2); revise settlement conference demand (1.5); emails/attachments from/to T. Zimmerman re same (.1) | PFM 550 | 4.60 | 2,530.00 |
| 2/15/2012 | Review order; email to counsel re same (.1) | PFM 550 | 0.10 | 55.00 |
| 2/15/2012 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 2/20/2012 | Finalize settlement conference demand letter (.4) | PFM 550 | 0.40 | 220.00 |
| 2/21/2012 | Review/analyze defendant's earnings release and 10K (2.3); email/attachment to T. Zimmerman re same (.1) | PFM 550 | 2.40 | 1,320.00 |
| 3/6/2012 | Review additional SEC filings re Radioshack, magistrate's settlement procedure rules; email/attachment to client re same (.5); cursory review of defendant's offer; emails/attachments to/from client re same (.7) | PFM 550 | 1.20 | 660.00 |
| 3/7/2012 | Analyze defense settlement conference offer; legal research re claims made in offer letter, including review of all reported FACTA cases to determine whether any supported the uncited propositions advanced by defendant (6.0) | PFM 550 | 6.00 | 3,300.00 |
| | **Total This Invoice** | | | |
| | **Job Balance Total** | | | |

**Markoff Leinberger LLC**
134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)

# Invoice

| | |
|---|---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 3/8/2012 | Emails from/to client re settlement (.4); emails from/to opposing counsel re transmission to court (.1) | PFM 550 | 0.50 | 275.00 |
| 3/12/2012 | Further research re and preparation for settlement conference (6.0) | PFM 550 | 6.00 | 3,300.00 |
| 3/13/2012 | Review materials, prepare for settlement conference (2.0); meeting with client re same (1.0); attend settlement conference (3.5) | PFM 550 | 6.50 | 3,575.00 |
| 3/14/2012 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 3/14/2012 | Review order (.1) | PFM 550 | 0.10 | 55.00 |
| 3/15/2012 | Review email from opposing counsel re 26(f) conference (.1) | PFM 550 | 0.10 | 55.00 |
| 3/16/2012 | Conference call with I. Fiorentinos, E. Jenkins re 26(f), starting discovery, settlement conference, upcoming status hearing (counsel confirmed they will not seek to delay filing responsive pleading and commencing with discovery) (.3); voicemail to T. Zimmerman re same (.1); revise discovery requests, including deleting many requests to admit for the time being (1.5); email/attachment to T. Zimmerman re same (.2); telephone conference with T. Zimmerman re discussion with opposing counsel (.1); review/send emails re settlement conference, discovery (.2) | PFM 550 | 2.40 | 1,320.00 |
| 3/19/2012 | Review edits from T. Zimmerman to discovery requests; revise same (.5); email/attachments to all counsel re same (.1) | PFM 550 | 0.60 | 330.00 |
| 3/20/2012 | Draft 26(a) disclosures; email/attachment to T. Zimmerman re same (.4); conference call with I. Fiorentinos, E. Jenkins re discovery, upcoming status hearing (.3) | PFM 550 | 0.70 | 385.00 |
| 3/21/2012 | Court appearance re status (1.0) | PFM 550 | 1.00 | 550.00 |
| | **Total This Invoice** | | | |
| | **Job Balance Total** | | | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 3/23/2012 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 3/23/2012 | Review order (.1) | PFM 550 | 0.10 | 55.00 |
| 3/29/2012 | Review email from T. Zimmerman re plaintiffs' 26(a) disclosures (.1); finalize, distribute to defense counsel (.1) | PFM 550 | 0.20 | 110.00 |
| 4/4/2012 | Analysis of answer to complaint (.8) | KGL 500 | 0.80 | 400.00 |
| 4/5/2012 | Emails from/to counsel re settlement conference dates (.2); review answers, affirmative defenses to complaints (.7); emails to/from client re settlement conference (.1) | PFM 550 | 1.00 | 550.00 |
| 4/5/2012 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 4/11/2012 | Telephone conference with opposing counsel re settlement discussions, discovery (.3); emails with all counsel re meeting re settlement (.3) | PFM 550 | 0.60 | 330.00 |
| 4/12/2012 | Review/send emails re meeting with opposing counsel re settlement (.2) | PFM 550 | 0.20 | 110.00 |
| 4/13/2012 | Emails with counsel re meeting, defendant's requested discovery response extension (.3) | PFM 550 | 0.30 | 165.00 |
| 4/16/2012 | Emails with counsel re meeting (.2) | PFM 550 | 0.20 | 110.00 |
| 4/17/2012 | Research re recent SEC filings (.4); meeting with all counsel re settlement (2.0) | PFM 550 | 2.40 | 1,320.00 |
| 4/18/2012 | Emails from/to client re status (.1) | PFM 550 | 0.10 | 55.00 |
| 4/25/2012 | Emails/attachment to/from opposing counsel re status, class notice issue (.2); research re class notice (.4) | PFM 550 | 0.60 | 330.00 |
| 5/2/2012 | Telephone conference with T. Zimmerman re settlement options (.3) | PFM 550 | 0.30 | 165.00 |
| 5/3/2012 | Emails/attachments from/to T. Zimmerman re settlement options (.4) | PFM 550 | 0.40 | 220.00 |

| | | | | |
|---|---|---|---|---|
| | | **Total This Invoice** | | |
| | | **Job Balance Total** | | |

**Markoff Leinberger LLC**
134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 5/4/2012 | Telephone conference with I. Fiorentinos re settlement, discovery (.4); emails/attachments to/from T. Zimmerman re structure of potential settlement (.4) | PFM 550 | 0.80 | 440.00 |
| 5/7/2012 | Telephone conference with I. Fiorentinos re settlement, prior $11MM "offer" from T. Zimmerman (.1) | PFM 550 | 0.10 | 55.00 |
| 5/10/2012 | Telephone conference with T. Zimmerman re status (.1); email to I. Fiorentinos re same (.1) | PFM 550 | 0.20 | 110.00 |
| 5/11/2012 | Voicemail to I. Fiorentinos re settlement (.1) | PFM 550 | 0.10 | 55.00 |
| 5/14/2012 | Telephone conference with I. Fiorentinos re settlement, discovery (.3); emails from/to T. Zimmerman re same (.2) | PFM 550 | 0.50 | 275.00 |
| 5/15/2012 | Draft proposed protective order and proposed motion to enter same (1.5) | PFM 550 | 1.50 | 825.00 |
| 5/17/2012 | Review defendant discovery responses and discovery requests to plaintiffs (1.1); email/attachments to client re same (.1); emails to/from all counsel re same, 37.2 conference, document production (.3) | PFM 550 | 1.50 | 825.00 |
| 5/18/2012 | Review/send emails/attachments re proposed revisions to proposed protective order and accompanying motion (.3); review/revise same (.8) | PFM 550 | 1.10 | 605.00 |
| 5/18/2012 | Analysis of proposed protective order (.6) | KGL 500 | 0.60 | 300.00 |
| 5/22/2012 | Review discovery responses in preparation for 37.2 meeting (.5); conference calls with counsel re 37.2 meeting over defendant's responses to requests to admit and interrogatories (3.0) | PFM 550 | 3.50 | 1,925.00 |
| | **Total This Invoice** | | | |
| | **Job Balance Total** | | | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)

# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|------|--|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|------|-------------|---------------|-----------|--------|
| 5/23/2012 | Email from, telephone conference with, I. Fiorentinos re disc production (.1); review defendant's motion to transfer case to N.D. Tex. and supporting affidavit (1.0) | PFM 550 | 1.10 | 605.00 |
| 5/24/2012 | Analysis of defendant's motion to transfer venue (.8) | KGL 500 | 0.80 | 400.00 |
| 5/24/2012 | Conference call with counsel re class notice, settlement (.8) | PFM 550 | 0.80 | 440.00 |
| 5/30/2012 | Emails/attachment from/to counsel re class notice, additional research (.5) | PFM 550 | 0.50 | 275.00 |
| 5/31/2012 | Legal research on adequacy of notice issue (2.4) | KGL 500 | 2.40 | 1,200.00 |
| 6/5/2012 | Review of revised protective order from opposing counsel (.5); review of 2 e-mails from opposing counsel (.2) | KGL 500 | 0.70 | 350.00 |
| 6/5/2012 | Emails/attachments from/to counsel re proposed protective order; review same (.4); review email from I. Fiorentinos re claimed confidentiality (.1); email to client re settlement conference (.1) | PFM 550 | 0.60 | 330.00 |
| 6/6/2012 | Review of protective order e-mail (.1); review of protective order motion and related document (.2) | KGL 500 | 0.30 | 150.00 |
| 6/6/2012 | Finalize protective order, motion, notice; emails/attachments re same (.5); review documents produced by defendant (1.0); emails from/to client re settlement conference (.3); prepare for and attend same (4.0) | PFM 550 | 5.80 | 3,190.00 |
| 6/6/2012 | Attendance at mediation conference and preparation beforehand (3.5) | KGL 500 | 3.50 | 1,750.00 |
| 6/7/2012 | Review order (.1) | PFM 550 | 0.10 | 55.00 |
| 6/8/2012 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 6/12/2012 | Email to opposing counsel re discovery (.1) | PFM 550 | 0.10 | 55.00 |

| | **Total This Invoice** | |
|--|----------------------|--|
| | **Job Balance Total** | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 6/15/2012 | Emails from/to opposing counsel re potential direct mail notice (.4); email to opposing counsel re request for extension to answer discovery (.1); partial draft of discovery responses (1.7); additional review of defendant document production (1.0) | PFM 550 | 3.20 | 1,760.00 |
| 6/18/2012 | Review email re discovery response extension (.1) | PFM 550 | 0.10 | 55.00 |
| 6/19/2012 | Further review of documents produced by Radioshack (5.0) | PFM 550 | 5.00 | 2,750.00 |
| 6/20/2012 | Court appearance re motion to transfer, motion for protective order; meeting with counsel re same, settlement options, discovery (1.7); continued review of defendant's documents (2.5) | PFM 550 | 4.20 | 2,310.00 |
| 6/21/2012 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 6/21/2012 | Complete review of initial documents from defendant (2.0); emails/attachment to/from opposing counsel re particular document (.2); email/attachments to client re status, documents (.2) | PFM 550 | 2.30 | 1,265.00 |
| 6/22/2012 | Review of 2 court orders (.2) | KGL 500 | 0.20 | 100.00 |
| 6/26/2012 | Review documents re and continued drafting of discovery responses (2.8); emails/attachments to/from client re same (.4); revise same (.6) | PFM 550 | 3.80 | 2,090.00 |
| 6/27/2012 | Revise settlement agreement and related documents (2.8); emails/attachments to/from Aliano counsel re same, efficacy of revised settlement demand in advance of Supreme Court ruling (.5) | PFM 550 | 3.30 | 1,815.00 |

| | **Total This Invoice** |
|---|---|
| | **Job Balance Total** |



# Invoice

| | |
|---:|:---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 6/28/2012 | Review records re potential subpoena targets, research re BAMS (.4); emails to/from client re status, impact of potential Supreme Court ruling (.3) | PFM 550 | 0.70 | 385.00 |
| 6/29/2012 | Draft document riders to BAMS, Fujitsu; review records for same (2.5); email/attachments to Aliano re same (.1); email to opposing counsel re outstanding discovery issues (.1) | PFM 550 | 2.70 | 1,485.00 |
| 7/2/2012 | Review email from T. Zimmerman re proposed discovery (.1); research re potential subpoena targets, company counsel; draft document riders, subpoenas, notice (4.8) | PFM 550 | 4.90 | 2,695.00 |
| 7/3/2012 | Draft second set of discovery requests to defendant (2.7); telephone conference with I. Fiorentinos re discovery, settlement status (.2) | PFM 550 | 2.90 | 1,595.00 |
| 7/5/2012 | Revise discovery requests (.2) | PFM 550 | 0.20 | 110.00 |
| 7/9/2012 | Legal research re motion to compel and, in particular, general objections (2.7); preliminary draft of brief supporting motion to compel (2.3) | PFM 550 | 5.00 | 2,750.00 |
| 7/10/2012 | Court appearance re magistrate status; meetings with opposing and Aliano counsel re possible class notice, settlement (1.2); emails from/to Caroline Choi at BAMS re subpoena (.3); legal research re and continue drafting brief supporting motion to compel (6.0) | PFM 550 | 7.50 | 4,125.00 |
| 7/11/2012 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 7/11/2012 | Emails, telephone conference with BAMS re subpoena (.5); emails with Oracle re subpoena (.3); legal research re and continued drafting of brief supporting motion to compel (4.1) | PFM 550 | 4.90 | 2,695.00 |
| 7/12/2012 | Further legal research re and drafting of brief supporting motion to compel (4.5) | PFM 550 | 4.50 | 2,475.00 |
| | **Total This Invoice** | | | |
| | **Job Balance Total** | | | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 7/13/2012 | Conference call with M. Czulada and J. Ross re subpoena to Oracle (.5); further legal research re and drafting/editing (for page limits) of brief supporting motion to compel (4.0); draft motion to compel (.5); emails/attachments to Aliano counsel re same (.1); review Defendant's designation of certain interrogatory responses as Confidential; review protective order re process to challenge designation; letter to opposing counsel doing so (.5) | PFM 550 | 5.60 | 3,080.00 |
| 7/13/2012 | Analysis of brief supporting motion to compel (.8); review of letter to Radioshack's counsel (.1) | KGL 500 | 0.90 | 450.00 |
| 7/16/2012 | Review of e-mail from opposing counsel (.1); analysis of memorandum in support of motion to compel and exhibits (1.3) | KGL 500 | 1.40 | 700.00 |
| 7/16/2012 | Email from I. Fiorentinos re challenge to confidentiality designation (.1); emails to/from Aliano re motion to compel and related documents (.3); revise same for Redman-only filing (.5); prepare motion, brief, exhibits, notice, sealed version of exhibit (2.0); review rules re ECF filing of sealed documents (.2); emails from/to opposing counsel re briefing motion to compel (.2) | PFM 550 | 3.30 | 1,815.00 |
| 7/17/2012 | Review objections from First Data to subpoena (.3); emails to/from J. Dokson at First Data re same (.3) | PFM 550 | 0.60 | 330.00 |
| 7/18/2012 | Court appearance re motion to compel (1.5); meeting with Aliano counsel re strategy (.2); emails from/to Oracle re subpoena document rider (.2) | PFM 550 | 1.90 | 1,045.00 |

| | |
|---|---|
| **Total This Invoice** | |
| **Job Balance Total** | |



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 7/19/2012 | Telephone conference with Casandra White ( ) re subpoena to NCR (.2) | PFM 550 | 0.20 | 110.00 |
| 7/20/2012 | Review defendant's motion to quash subpoenas to BAMS, First Data (.3); review order (.1); review/send emails re BAMS subpoena and Defendant's attorney's attempt to influence BAMS not to respond (.3); cursory review of Defendant's supplemental brief supporting motion to transfer (.4); preliminary legal research re same (.8) | PFM 550 | 1.90 | 1,045.00 |
| 7/20/2012 | Analysis of Radioshack's motion to quash and exhibits (1.1); review of court order (.1) | KGL 500 | 1.20 | 600.00 |
| 7/23/2012 | Analysis of Radioshack's brief in support of motion to transfer (1.3) | KGL 500 | 1.30 | 650.00 |
| 7/25/2012 | Review Radioshack 8-K and 10-Q and related coverage of earnings release (1.2); emails/attachments to/from Aliano counsel re same (.4); emails with counsel re settlement meeting (.3); emails to/from client re earnings data (.1) | PFM 550 | 2.00 | 1,100.00 |
| 7/27/2012 | Emails from/to Fujitsu re subpoena (.1); legal research re motion to transfer (2.5); settlement meeting with counsel (2.7) | PFM 550 | 5.30 | 2,915.00 |
| 7/30/2012 | Telephone conference with John Hickey at SAP ( ) re subpoena (.4); emails to/from J. Dokson re First Data subpoena (.2); legal research re motion to transfer (2.5) | PFM 550 | 3.10 | 1,705.00 |
| 7/31/2012 | Emails from/to opposing counsel re defense request for extension to respond to discovery requests (.1) | PFM 550 | 0.10 | 55.00 |
| 8/1/2012 | Conference calls with opposing counsel, Aliano counsel re settlement (1.2) | PFM 550 | 1.20 | 660.00 |
| | **Total This Invoice** | | | |
| | **Job Balance Total** | | | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|------|--|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|------|-------------|---------------|-----------|--------|
| 8/2/2012 | Review email re revised settlement demand (.1) | PFM 550 | 0.10 | 55.00 |
| 8/6/2012 | Review defendant's responses to second set of requests to admit and interrogatory (.4) | PFM 550 | 0.40 | 220.00 |
| 8/7/2012 | Legal and factual research re opposition to defendant's motion to transfer (4.2) | PFM 550 | 4.20 | 2,310.00 |
| 8/8/2012 | Telephone conference with Aliano counsel re response to motion to transfer (.2); legal and factual research re and begin draft of response (7.2) | PFM 550 | 7.40 | 4,070.00 |
| 8/9/2012 | Court appearance re magistrate status (1.0); further legal, factual research re and drafting of response to motion to transfer venue (6.9); emails/attachments to/from client re same (.3); emails/attachments from/to Aliano counsel re same and review Aliano counsel's contribution (.5); review order (.1) | PFM 550 | 8.80 | 4,840.00 |
| 8/9/2012 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 8/10/2012 | Review comments on brief from Aliano counsel (.3): emails/attachments from/to Aliano counsel re same, affidavits, edits (.4); legal, factual research re response brief, further drafting and revising of same (6.8); draft client affidavit re same (.5); emails/attachment to/from client re affidavit (.4); prepare exhibits, file (.5) | PFM 550 | 8.90 | 4,895.00 |
| 8/10/2012 | Analysis of memorandum in opposition to transfer case and attached exhibits (2.2) | KGL 500 | 2.20 | 1,100.00 |
| 8/13/2012 | Review of 2 declarations filed by plaintiffs (.2) | KGL 500 | 0.20 | 100.00 |
| 8/13/2012 | Review Aliano filing (.1); prepare pleadings for submission to judge (.4) | PFM 550 | 0.50 | 275.00 |
| 8/14/2012 | Cursory review of Oracle document production (.3); emails from/to Oracle counsel re same (.1) | PFM 550 | 0.40 | 220.00 |
| | | **Total This Invoice** | | |
| | | **Job Balance Total** | | |

www.markleinlaw.com

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

| | |
|---|---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 8/15/2012 | Review of documents produced by Oracle (3.9); research location of potential Oracle witnesses (.4); email/attachment to, telephone conference with, opposing counsel re same (.2); drafted amended witness table, file with notice of filing (.3) | PFM 550 | 4.80 | 2,640.00 |
| 8/17/2012 | Review/send emails re settlement discussions (.2) | PFM 550 | 0.20 | 110.00 |
| 8/20/2012 | Emails re conference call re settlement (.2); review/send emails/attachments re subpoena to Fujitsu (.3); telephone conference with C. Horn re same (.5); telephone conference with C. Choi re subpoena to BAMS (.1); review email from C. Choi re same (.1) | PFM 550 | 1.20 | 660.00 |
| 8/21/2012 | Conference call with all counsel regarding settlement (.2) | KGL 500 | 0.20 | 100.00 |
| 8/21/2012 | Conference call with Aliano counsel, opposing counsel re settlement (.5) | PFM 550 | 0.50 | 275.00 |
| 8/23/2012 | Review documents, investigate key employees/directors/officers for employee discount document request (4.8); draft second document request (.5); emails/attachments to Aliano counsel re same, other identity theft issues at Radioshack (.3) | PFM 550 | 5.60 | 3,080.00 |
| 8/24/2012 | Telephone conferences with I. Fiorentinos, T. Zimmerman re settlement conference, transfer briefing (.4) | PFM 550 | 0.40 | 220.00 |
| 8/27/2012 | Review defendant's reply supporting motion to transfer, supporting declaration (.4) | PFM 550 | 0.40 | 220.00 |
| 8/27/2012 | Analysis of Radioshack's brief in support of motion to transfer (1.1) | KGL 500 | 1.10 | 550.00 |
| | **Total This Invoice** | | | |
| | **Job Balance Total** | | | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
| --- | --- |
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
| --- | --- | --- | --- | --- |
| 8/28/2012 | Review emails re settlement conference (.1); finalize document production request; disseminate (.4); work on settlement possibilities/calculations (1.5) | PFM 550 | 2.00 | 1,100.00 |
| 9/4/2012 | Emails from/to C. Choi re subpoena extension (.2) | PFM 550 | 0.20 | 110.00 |
| 9/5/2012 | Legal research re discovery of employee purchases vis-a-vis knowledge of FACTA violation (see Toys R Us case) (1.2) | PFM 550 | 1.20 | 660.00 |
| 9/6/2012 | Emails from/to C. Choi re BAMS subpoena (.1) | PFM 550 | 0.10 | 55.00 |
| 9/7/2012 | Review documents produced by BAMS (.8) | PFM 550 | 0.80 | 440.00 |
| 9/14/2012 | Review of Aliano and Radaviciute's answers to written discovery (1.8) | KGL 500 | 1.80 | 900.00 |
| 9/14/2012 | Review Aliano and Radaviciute discovery responses (1.0) | PFM 550 | 1.00 | 550.00 |
| 9/18/2012 | Review order (.1); review recent news re defendant's financial standing, layoffs (1.2) | PFM 550 | 1.30 | 715.00 |
| 9/19/2012 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 9/20/2012 | Consider settlement alternatives, calculations (1.2); telephone conference with I. Fiorentinos re anticipated claim rates, settlement conference availability (.2); telephone conference with T. Zimmerman re possible settlement demand (.6); draft settlement proposal, accompanying chart (1.3) | PFM 550 | 3.30 | 1,815.00 |
| 9/21/2012 | Further drafting of settlement proposal (1.3); emails/attachment to/from Aliano counsel re same (.2); email/attachment to opposing counsel re same (.1) | PFM 550 | 1.60 | 880.00 |
| 9/24/2012 | Email to opposing counsel re settlement demand (.1) | PFM 550 | 0.10 | 55.00 |

| | Total This Invoice | |
| --- | --- | --- |
| | **Job Balance Total** | |

www.markleinlaw.com



# Invoice

| | |
|---|---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 9/24/2012 | Review of e-mail from Markoff to opposing counsel (.1); review of 1 reply e-mail from RadioShack's counsel (.1) | KGL 500 | 0.20 | 100.00 |
| 9/26/2012 | Emails from/to Aliano counsel re defendant's CEO leaving the company; research re same (.4); review defendant's response (all objections) to second document request (.2); email to opposing counsel requesting 37.2 conference re same (.1) | PFM 550 | 0.70 | 385.00 |
| 9/27/2012 | Court appearance re magistrate status (1.0); review Radioshack news (.3) | PFM 550 | 1.30 | 715.00 |
| 10/1/2012 | Review order (.1) | PFM 550 | 0.10 | 55.00 |
| 10/1/2012 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 10/2/2012 | Telephone conference with client re status, strategy, defendant's financial standing (.4); review transcript from today's Supreme Court argument in FACTA case (.7) | PFM 550 | 1.10 | 605.00 |
| 10/5/2012 | Review docket entry (.1) | PFM 550 | 0.10 | 55.00 |
| 10/8/2012 | Telephone conference with client re status (.1); research re Radioshack credit downgrade (.3) | PFM 550 | 0.40 | 220.00 |
| 10/18/2012 | Review Toys R Us compulsion order re officer/employee purchases (.4); court appearance re magistrate status (1.0); review NCR objections to subpoena (.3) | PFM 550 | 1.70 | 935.00 |
| 10/18/2012 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 10/19/2012 | Review order (.1) | PFM 550 | 0.10 | 55.00 |
| 10/23/2012 | Review Radioshack 3Q earnings release, SEC filings and analyses (1.0) | PFM 550 | 1.00 | 550.00 |
| 11/6/2012 | Court appearance re magistrate status (1.0); email to opposing counsel re discovery dispute re employee receipts (.1) | PFM 550 | 1.10 | 605.00 |
| 11/7/2012 | Review of court order from Judge Valdez (.1) | KGL 500 | 0.10 | 50.00 |

| | | **Total This Invoice** | | |
|---|---|---|---|---|
| | | **Job Balance Total** | | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

| | |
|---|---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 11/26/2012 | Telephone conference with A. Tamburelli re settlement options, company situation (.2); review notes re settlement discussions, options (.5); conference calls with opposing and Aliano counsel re settlement (.8); telephone conference with T. Zimmerman re same (.4); draft/revise possible settlement documents to assess structure (6.9) | PFM 550 | 8.80 | 4,840.00 |
| 11/27/2012 | Meeting with K. Leinberger re settlement options, strategy (.3) | PFM 550 | 0.30 | 165.00 |
| 11/28/2012 | Conference calls with J. Daly, I. Fiorentinos, T. Zimmerman re settlement (.5); telephone conference with client re same (.3); emails/attachments with opposing counsel, Aliano counsel re settlement, settlement documents (.3); draft/revise settlement documents (5.4) | PFM 550 | 6.40 | 3,520.00 |
| 11/29/2012 | Conference call with J. Daly, I. Fiorentinos re settlement (.2); emails with all counsel re same, agreement in principal (.3); draft motion to stay, notice of motion (.5); review defense comments, revise same, file (.2); further drafting/revision of settlement agreement (2.3); emails/attachments to/from Aliano counsel re same (.3) | PFM 550 | 3.80 | 2,090.00 |
| 11/30/2012 | Email, telephone call to Aliano counsel re settlement documents (.2); emails from/to Aliano counsel re same (.1) | PFM 550 | 0.30 | 165.00 |
| | | **Total This Invoice** | | |
| | | **Job Balance Total** | | |

www.markleinlaw.com



**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)

# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|------|------|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|------|-------------|---------------|-----------|--------|
| 12/3/2012 | Draft brief supporting preliminary approval motion (2.5); emails/attachments from/to Aliano counsel re settlement documents (.3); review Aliano counsel edits to settlement agreement, edit same (.5); email/attachment to opposing counsel re same (.1) | PFM 550 | 3.40 | 1,870.00 |
| 12/5/2012 | Review Aliano counsel edits to escrow agreement; revise same (.4); emails from/to Aliano counsel re class notice, settlement documents (.2); telephone conference with potential class settlement administrator re notice options (.3); email/attachment to opposing counsel re escrow agreement (.1) | PFM 550 | 1.00 | 550.00 |
| 12/6/2012 | Emails to/from Aliano counsel re his delay in reviewing proposed settlement agreement exhibits (.2) | PFM 550 | 0.20 | 110.00 |
| 12/7/2012 | Review Aliano counsel edits to proposed settlement agreement exhibits; revise same (.7); email/attachments to/from all counsel re same (.3) | PFM 550 | 1.00 | 550.00 |
| 12/10/2012 | Telephone conference with A. Tamburelli re publication notice (.2); review/analyze email/attachment re KCC CSA proposal (1.0); telephone conference with R. DeWitte re same (.4) | PFM 550 | 1.60 | 880.00 |
| 12/11/2012 | Review updated information from KCC re class notice (.3) | PFM 550 | 0.30 | 165.00 |
| 12/12/2012 | Emails/attachments from/to Aliano counsel re class notice, proposed final approval order (.3) | PFM 550 | 0.30 | 165.00 |
| 12/13/2012 | Emails from/to Aliano counsel re status, proposed final approval order (.1); telephone conference with I. Fiorentinos re status (.2) | PFM 550 | 0.30 | 165.00 |

|  | **Total This Invoice** |
|--|------------------------|
|  | **Job Balance Total** |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
| --- | --- |
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
| --- | --- | --- | --- | --- |
| 12/17/2012 | Telephone conference with client re status of settlement, security agreement, letter of credit option (.3) | PFM 550 | 0.30 | 165.00 |
| 12/19/2012 | Review/revise proposed preliminary approval motion, brief, declaration from Aliano counsel; revise my preliminary approval brief; legal research re same (4.5); email to opposing counsel re status (.1) | PFM 550 | 4.60 | 2,530.00 |
| 12/21/2012 | Emails from/to opposing counsel re status, timing (.2) | PFM 550 | 0.20 | 110.00 |
| 12/26/2012 | Telephone conference with client re letter of credit options (.2); revise settlement agreement re letter of credit options (1.2); email/attachment to Aliano counsel re same (.1) | PFM 550 | 1.50 | 825.00 |
| 1/11/2013 | Emails among all counsel, court clerk re status (.3); telephone conference with T. Zimmerman re same, LC settlement agreement (.2); review/revise Zimmerman version of proposed final approval order (.3); review order (.1) | PFM 550 | 0.90 | 495.00 |
| 1/11/2013 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 1/15/2013 | Emails from/to client re status (.1) | PFM 550 | 0.10 | 55.00 |
| 1/16/2013 | Emails from/to client re status, strategy (.3) | PFM 550 | 0.30 | 165.00 |
| 1/17/2013 | Telephone conference with client re status, strategy (.2) | PFM 550 | 0.20 | 110.00 |
| 1/18/2013 | Review of revised settlement agreement and revised proposed order (.8) | KGL 500 | 0.80 | 400.00 |
| 1/18/2013 | Email/attachments to all counsel re revised settlement agreement, proposed final approval order (.2) | PFM 550 | 0.20 | 110.00 |
| 1/25/2013 | Review order (.1); review email from opposing counsel re status (.1) | PFM 550 | 0.20 | 110.00 |

**Total This Invoice**

**Job Balance Total**



**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)

# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
| --- | --- |
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
| --- | --- | --- | --- | --- |
| 2/5/2013 | Review of e-mail from Paul Markoff (.1); review of e-mail from RadioShack's counsel (.1) | KGL 500 | 0.20 | 100.00 |
| 2/5/2013 | Review/analyze defendant's proposed edits to settlement agreement (2.0); emails form/to all counsel re same (.3); emails/attachment to/from client re same (.2); telephone conference with I. Fiorentinos re issues with proposed revisions, upcoming hearing (.8) | PFM 550 | 3.30 | 1,815.00 |
| 2/6/2013 | Prepare for and attend court re status hearing; meeting with Aliano counsel after court (1.5); emails from/to client re status (.3) | PFM 550 | 1.80 | 990.00 |
| 2/7/2013 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 2/7/2013 | Further review of defense comments to settlement agreement (.3); review order (.1) | PFM 550 | 0.40 | 220.00 |
| 2/18/2013 | Review/analyze defense proposed settlement documents (2.8); email to all counsel re same (.5) | PFM 550 | 3.30 | 1,815.00 |
| 2/20/2013 | Review of 2 e-mails from opposing counsel (.1); review of 1 e-mail from co-plaintiff counsel (.1); review of 2 e-mails from Paul Markoff (.1) | KGL 500 | 0.30 | 150.00 |
| 2/20/2013 | Emails from/to all counsel re conference call about settlement (.2) | PFM 550 | 0.20 | 110.00 |
| 2/21/2013 | Preparation and review of documents for conference call with all counsel (.8); conference call with all counsel (.8) | KGL 500 | 1.60 | 800.00 |
| 2/21/2013 | Conference call with all counsel re settlement documents (.8); legal research re retention of jurisdiction (.5); emails/attachments to all counsel re same, class administration estimate (.3); legal research re class certification in bankruptcy setting (1.5) | PFM 550 | 3.10 | 1,705.00 |
| 2/22/2013 | Legal research re bankruptcy (.4) | PFM 550 | 0.40 | 220.00 |

| | **Total This Invoice** | |
| --- | --- | --- |
| | **Job Balance Total** | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|------|--|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|------|-------------|---------------|-----------|--------|
| 2/26/2013 | Review Radioshack earnings reports and 10-K (.6) | PFM 550 | 0.60 | 330.00 |
| 2/28/2013 | Telephone conference with I. Fiorentinos re settlement (.5) | PFM 550 | 0.50 | 275.00 |
| 3/1/2013 | Review of Radioshack's revised version of the settlement agreement (1.6); review of e-mail from Tom Zimmerman (.1) | KGL 500 | 1.70 | 850.00 |
| 3/1/2013 | Review email from T. Zimmerman re Radioshack settlement draft (.1) | PFM 550 | 0.10 | 55.00 |
| 3/4/2013 | Review/analyze Defendant's latest draft of proposed settlement agreement (.9); legal research re bankruptcy issues, including treatment of settlement agreements, security agreements (including executoriness, preferences) (3.5); telephone conference with T. Zimmerman re same (.2); email to opposing counsel re status (.1) | PFM 550 | 4.70 | 2,585.00 |
| 3/5/2013 | Telephone conferences with T. Zimmerman re settlement agreement (1.5); review his edits re same (.3); revise settlement agreement, draft posted notice (1.9); review KCC proposal re class notice; research publication lead times (.5); emails from/to opposing counsel re settlement agreement (.2) | PFM 550 | 4.40 | 2,420.00 |
| 3/6/2013 | Emails from/to opposing counsel re settlement conference call (.2) | PFM 550 | 0.20 | 110.00 |
| 3/7/2013 | Conference call with I. Fiorentinos, E. Jenkins re settlement agreement (.5); emails to/from T. Zimmerman re same (.3); research Radioshack financials, insider transactions (.4) | PFM 550 | 1.20 | 660.00 |

| | **Total This Invoice** |
|--|--|
| | **Job Balance Total** |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)



# Invoice

Scott D.H. Redman

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

| FEIN | |
|------|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|------|-------------|---------------|-----------|--------|
| 3/8/2013 | Draft renewed motion to compel and supporting brief (.6); emails/attachments to/from Aliano counsel re same (.2); draft amended motion for class certification and supporting brief (1.1); review records re status of previously-claimed confidential document (.4); draft notice, prepare exhibits for filing (.5) | PFM 550 | 2.80 | 1,540.00 |
| 3/8/2013 | Review and analysis of motion to compel and memo in support of motion to compel (1.3); review and analysis of motion to certify class and memo in support of motion to certify class (1.6) | KGL 500 | 2.90 | 1,450.00 |
| 3/11/2013 | Prepare pleadings for submission to chambers (.3); telephone conference with I. Fiorentinos re status of settlement (.1) | PFM 550 | 0.40 | 220.00 |
| 3/15/2013 | Review of motion to transfer and voluminous exhibit (1.3) | KGL 500 | 1.30 | 650.00 |
| 3/18/2013 | Telephone conference with I. Fiorentinos re settlement (.4); telephone conference with client re same (.2); telephone conference with T. Zimmerman re same (.2); emails/attachment from/to client re settlement agreement proposal (.1) | PFM 550 | 0.90 | 495.00 |
| 3/19/2013 | Telephone conference with I. Fiorentinos re settlement (.3); email to T. Zimmerman re same (.1); conference call with T. Zimmerman, A. Tamburelli re same (.2); legal research re class claims, executory contracts (1.1) | PFM 550 | 1.70 | 935.00 |
| 3/20/2013 | Review pleadings to prepare for motion hearing (.5); meeting with all counsel prior to hearing re hearing, settlement (.5); court appearance re various motions (1.4) | PFM 550 | 2.40 | 1,320.00 |
| | | **Total This Invoice** | | |
| | | **Job Balance Total** | | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 3/21/2013 | Legal research re escrow, bankruptcy issues (3.9); emails/attachments with counsel re same (.2) | PFM 550 | 4.10 | 2,255.00 |
| 3/22/2013 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 3/22/2013 | Telephone conference with T. Zimmerman re escrow options (.4); email to opposing counsel re same (.1); legal research re escrows (2.5) | PFM 550 | 3.00 | 1,650.00 |
| 4/1/2013 | Emails to/from T. Zimmerman re draft settlement documents (.1) | PFM 550 | 0.10 | 55.00 |
| 4/3/2013 | Legal research re preference claim vis-a-vis escrows and settlement agreements (3.1) | PFM 550 | 3.10 | 1,705.00 |
| 4/4/2013 | Legal research re escrows/settlement agreements as preferences (2.5) | PFM 550 | 2.50 | 1,375.00 |
| 4/5/2013 | Review of e-mail and 7 attachments related to settlement from defense counsel (1.1) | KGL 500 | 1.10 | 550.00 |
| 4/5/2013 | Further legal research re escrows, preferences (1.1); review/analyze defense drafts of settlement agreement, escrow agreement (1.5); revise same (4.9); telephone conference with T. Zimmerman re same (.2); emails/attachments to/from T. Zimmerman re same (.3); emails/attachments from/to opposing counsel re settlement documents (.2) | PFM 550 | 8.00 | 4,400.00 |
| 4/8/2013 | Telephone conferences, emails/attachments with T. Zimmerman re revised settlement documents (.4); review Zimmerman revisions (.4); revise documents (.5); email/attachments to opposing counsel re same (.1); legal research re escrows (1.0) | PFM 550 | 2.40 | 1,320.00 |
| 4/9/2013 | Review recent settlement documents drafts (.3); conference call with all counsel re settlement (1.0) | PFM 550 | 1.30 | 715.00 |
| | **Total This Invoice** | | | |
| | **Job Balance Total** | | | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|------|--|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|------|-------------|---------------|-----------|--------|
| 4/10/2013 | Court appearance re status (1.0); revise proposed settlement agreement (1.1); emails/attachment from/to all counsel re same, conference call re settlement (.4); emails, telephone conference with R. DeWitte re notice and administration plan (.4); conference call with all counsel re settlement (.6) | PFM 550 | 3.50 | 1,925.00 |
| 4/11/2013 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 4/11/2013 | Telephone conferences with I. Fiorentinos re settlement (.5); telephone conferences with T. Zimmerman re same (.5); emails/attachments with T. Zimmerman re same, settlement documents (.5); revise multiple versions of settlement documents (3.6); emails to/from I. Fiorentinos re radioshack.com page views (.1); emails to/from R. DeWitte re same (.1); telephone conference with courtroom deputy re motion to transfer (.1); emails/attachments re latest working drafts (2); review revised KCC proposal (.3) | PFM 550 | 5.90 | 3,245.00 |
| 4/12/2013 | Review Aliano plaintiffs' amended motion for class certification, brief, exhibits (.9); review/revise exhibits to settlement agreement (1.0); meeting with all counsel re drafting settlement documents (3.8); emails from/to T. Zimmerman re claim form (.2); review emails from R. DeWitte re KCC experience with Jones Day (.3) | PFM 550 | 6.20 | 3,410.00 |
| 4/15/2013 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 4/15/2013 | Telephone conference with client re settlement status, options (.7); review order (.1); emails to/from opposing counsel re settlement status (.2); legal research re escrows (1.5) | PFM 550 | 2.50 | 1,375.00 |
| | | **Total This Invoice** | | |
| | | **Job Balance Total** | | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)

# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 4/16/2013 | Telephone conference with R. DeWitte re notice/administration issues (.3); emails to/from opposing counsel re status (.2) | PFM 550 | 0.50 | 275.00 |
| 4/17/2013 | Email to opposing counsel re status (.1) | PFM 550 | 0.10 | 55.00 |
| 4/19/2013 | Review/revise latest draft of settlement documents; conference call with T. Zimmerman, A. Tamburelli re same (2.9); emails/attachments to/from T. Zimmerman, A. Tamburelli re revised documents (.3) | PFM 550 | 3.20 | 1,760.00 |
| 4/22/2013 | Emails/attachments from/to all counsel re notice plan (.2); conference call with I. Fiorentinos, E. Jenkins re GCG proposal (.2); emails/attachment to/from R. DeWitte re same (.4); review notice plan; research pricing, lead times (.4) | PFM 550 | 1.20 | 660.00 |
| 4/23/2013 | Review GCG proposal; communications with KCC re same (.9); telephone conference with T. Zimmerman re same, settlement documents (.3); review/send emails re same (.2) | PFM 550 | 1.40 | 770.00 |
| 4/24/2013 | Emails/attachment, telephone conference with R. DeWitte re KCC administration/notice proposal, critique of GCG proposal (.5); conference call with all counsel re same, settlement documents (.7); emails/attachments re same, revised documents (.5) | PFM 550 | 1.70 | 935.00 |
| 4/25/2013 | Review latest drafts of settlement documents (1.0); emails/attachments re same (.2); emails re KCC proposal (.3); emails, article re Radioshack not honoring settlement codes in other case (.4) | PFM 550 | 1.90 | 1,045.00 |
| 4/26/2013 | Telephone conference with I. Fiorentinos re status (.2); emails to/from, telephone conference with, R. DeWitte re same (.5) | PFM 550 | 0.70 | 385.00 |

**Total This Invoice**

**Job Balance Total**

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

| | |
|---|---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 4/29/2013 | Telephone conference, emails/attachment with R. DeWitte re notice plan, revised proposal (.5); email/attachment to T. Zimmerman re same (.1); email to opposing counsel re status (.1) | PFM 550 | 0.70 | 385.00 |
| 4/30/2013 | Telephone conference with R. DeWitte re notice plan, review Notice Plan Highlights (.4); conference call with R. DeWitte, opposing counsel re same (.4); conference call with I. Fiorentinos, E. Jenkins re status, notice plan (.2) | PFM 550 | 1.00 | 550.00 |
| 5/1/2013 | Review emails re alternative notice options (.3); telephone conference with R. DeWitte re same, escrow agreement (.2) | PFM 550 | 0.50 | 275.00 |
| 5/2/2013 | Review discovery documents, prior contacts with opposing counsel re discovery responses; legal research re motion to compel re loyalty program document requests; draft motion to compel, supporting brief, notice, prepare exhibits (3.2); email to T. Zimmerman re status (.1); email to client recommending dropping settlement (.1) | PFM 550 | 3.40 | 1,870.00 |
| 5/3/2013 | Emails with client re terminating settlement in principal (.2); emails, telephone conference with T. Zimmerman re settlement status (.3); voicemail to I. Fiorentinos re same (.1) conference call with I. Fiorentinos, E. Jenkins re same (.1); review financial records, settlement communications, draft documents; email to all counsel withdrawing settlement (.5) | PFM 550 | 1.20 | 660.00 |

| **Total This Invoice** | |
|---|---|
| **Job Balance Total** | |

www.markleinlaw.com



**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)

# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
| --- | --- |
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
| --- | --- | --- | --- | --- |
| 5/6/2013 | Emails/attachments from/to R. DeWitte re settlement status, escrow agreement; review Compushare redline of same; provide comments to redline (.7); research re employee loyalty list of possible deponents (backgrounds, current positions, current employers) (3.1) | PFM 550 | 3.80 | 2,090.00 |
| 5/7/2013 | Further background research re defendant's employee's related to POS project, board or legal department vis-a-vis potential depositions (2.5); review POS Committee documents re potential depositions (2,2); draft notice of deposition for 4 deponents, document rider (1.1); review emails/attachment re opposing counsel's claim form and notice proposal and T. Zimmerman's response (.2); emails/attachment to/from T. Zimmerman re depositions, document rider (.2) | PFM 550 | 6.20 | 3,410.00 |
| 5/8/2013 | Prepare for and attend court appearance, meeting with all counsel, re settlement, motion to compel, motion for class certification (3.0); arrange court reporter/location for Ft. Worth depositions (.4); review email from T. Zimmerman re same (.1); finalize notice of depositions, document rider (.4); emails with Aliano counsel, telephone conference with T. Zimmerman re settlement, notice, consultations with class administrator re fraud detection (.4) | PFM 550 | 4.30 | 2,365.00 |
| 5/9/2013 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |

| | **Total This Invoice** |
| --- | --- |
| | **Job Balance Total** |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|------|------|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|------|-------------|---------------|-----------|--------|
| 5/9/2013 | Conference call with I. Fiorentinos, A. Tamburelli, class administrator re fraud detection, notice (1.2); review records re same (.4) | PFM 550 | 1.60 | 880.00 |
| 5/10/2013 | Review/send emails/attachments re claim form, verification of claims, class notice (.5); review/analyze latest GCG class administration proposal (1.2); compare various proposals (1.5); emails/attachments to/from Aliano counsel re same (.3); telephone conference with I. Fiorentinos re claim form, eligibility, class administrators (1.1) | PFM 550 | 4.60 | 2,530.00 |
| 5/14/2013 | Conference call with I. Fiorentinos, E. Jenkins re settlement documents, escrow (.5); telephone conference with E. Jenkins re settlement documents (.1); review/revise latest drafts (2.5); emails/attachments with all counsel re same (.2); telephone conference with T. Zimmerman re claim form (.1) | PFM 550 | 3.40 | 1,870.00 |
| 5/15/2013 | Emails/attachments, telephone conferences, conference call re settlement documents, claims and escrow issues (1.0); review documents, prepare for dissemination and execution (1.5); emails to/from client re execution (.2); court appearance re status (1.2) | PFM 550 | 3.90 | 2,145.00 |

| | | **Total This Invoice** | | |
|---|---|---|---|---|
| | | **Job Balance Total** | | |

www.markleinlaw.com

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

| | |
|---|---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 5/16/2013 | Draft/revise motion for preliminary approval, supporting brief (2.5); review final documents, emails/attachments to/from client, all counsel re execution (.5) emails/attachments, telephone conference re execution of settlement agreement, escrow agreement (.5); prepare motion and exhibits, consent; file (1.0); voicemail to courtroom deputy re filing of consent (.1); emails/attachments, telephone conferences re settlement agreement, logistics, preliminary approval brief (.5) | PFM 550 | 6.10 | 3,355.00 |
| 5/17/2013 | Telephone conference with I. Fiorentinos re preliminary approval brief (.3); telephone conference with A. Tamburelli re same (.1); conference call with J. Daly, I. Fiorentinos re same (.3); meeting with K. Leinberger re same (.2); emails from/to A. Tamburelli re same (.1); revise preliminary approval brief (1.2); email/attachment to T. Zimmerman, A. Tamburelli re same (.1); review emails re coordinating motion date (.4); meeting with client re case status (.3); review order (.1); email to all counsel re withdrawing notice of depositions (.1) | PFM 550 | 3.00 | 1,650.00 |
| 5/17/2013 | Review of court order (.1) | KGL 500 | 0.10 | 50.00 |
| 5/21/2013 | Review/send emails/attachments re preliminary approval motion, brief (.3); finalize brief, notice (.4); review reassignment order (.1) | PFM 550 | 0.80 | 440.00 |
| 5/21/2013 | Review of court order (.1); analysis of memorandum in support of motion for settlement approval (1.1) | KGL 500 | 1.20 | 600.00 |
| 5/22/2013 | Review emails re CAFA notice (.2) | PFM 550 | 0.20 | 110.00 |
| | | **Total This Invoice** | | |
| | | **Job Balance Total** | | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

| | |
|---|---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 5/23/2013 | Telephone conference with R. DeWitte re matter (.2) | PFM 550 | 0.20 | 110.00 |
| 5/28/2013 | Review package from GCG re CAFA notice (.3); review email/attachment re updated proposed preliminary approval order (.2); conference call with I. Fiorentinos, E. Jenkins re proposed order, timing of hearings (.3); telephone conference with T. Zimmerman re same (.1); email to opposing counsel re same (.1) | PFM 550 | 1.00 | 550.00 |
| 5/29/2013 | Attendance at preliminary approval hearing (.8); review of 2 e-mails regarding claims forms and approval order and multiple attachments (.9) | KGL 500 | 1.70 | 850.00 |
| 5/29/2013 | Preparation for and attend preliminary approval hearing (2.0); emails to/from client re preliminary approval (.2); revise proposed preliminary approval order, emails/attachment to/from counsel re same; email/attachment to court re same (.4); review revised notices, emails/attachments re same (.4); research publication deadlines, email re same (.5) | PFM 550 | 3.50 | 1,925.00 |
| 5/30/2013 | Review of 2 court orders (.2) | KGL 500 | 0.20 | 100.00 |
| 5/30/2013 | Review email re publication plain (.1); review orders (.2) | PFM 550 | 0.30 | 165.00 |
| 6/3/2013 | Emails/attachments from/to all counsel re defendant's proposed changes in publication notice; review same and Rule 23 (.5) | PFM 550 | 0.50 | 275.00 |
| 6/6/2013 | Review email/attachments from opposing counsel, class administrator re approval for notices; email to all counsel re same (.8) | PFM 550 | 0.80 | 440.00 |
| 6/10/2013 | Review/send emails re notice (.8) | PFM 550 | 0.80 | 440.00 |

| | |
|---|---|
| **Total This Invoice** | |
| **Job Balance Total** | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)

# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 6/13/2013 | Emails/attachment from/to counsel re additional consent to magistrate jurisdiction (.3) | PFM 550 | 0.30 | 165.00 |
| 6/14/2013 | Review/send emails re class notice issues (.4) | PFM 550 | 0.40 | 220.00 |
| 6/16/2013 | Review/send emails re class notice issues (.3) | PFM 550 | 0.30 | 165.00 |
| 6/17/2013 | Review emails/documents re Defendant's false class notice numbers, GCG request for approval; emails, conference calls re same; analysis of impact on settlement fund, claims numbers (3.0) | PFM 550 | 3.00 | 1,650.00 |
| 6/18/2013 | Emails/attachments re approving final notices; edit same (.9) | PFM 550 | 0.90 | 495.00 |
| 6/19/2013 | Review settlement agreement; email to opposing counsel re failure to disclose class list (.4) | PFM 550 | 0.40 | 220.00 |
| 6/20/2013 | Emails/attachments re class list; review same (.6); telephone calls with class members re notice, questions about settlement, case (.4); emails to/from client re status of notice (.3) | PFM 550 | 1.30 | 715.00 |
| 6/21/2013 | Handle class member calls | SLS 100 | 6.50 | 650.00 |
| 6/21/2013 | Non-stop telephone conferences with class members re class notice, case, options; email/attachment to GCG re same (10.1) | PFM 550 | 10.10 | 5,555.00 |
| 6/21/2013 | Handle class member calls (1.8) | KGL 500 | 1.80 | 900.00 |
| 6/24/2013 | Receipt of numerous phone calls and voicemails and making numerous return phone calls to class members (7.5) | KGL 500 | 7.50 | 3,750.00 |
| 6/24/2013 | Emails/attachments to/from Zimmerman's office re handling class member calls (.4); email to class administrator re Spanish-speaking callers (.2); handle hundreds of class member calls (9.3) | PFM 550 | 9.90 | 5,445.00 |
| 6/24/2013 | Handle class member calls | SLS 100 | 6.50 | 650.00 |
| 6/25/2013 | Handle class member calls (8.0) | PFM 550 | 8.00 | 4,400.00 |

| | **Total This Invoice** |
|---|---|
| | **Job Balance Total** |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)

# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 6/25/2013 | Receipt of numerous phone calls and voicemails from class members and phone calls to numerous class members (7.1) | KGL 500 | 7.10 | 3,550.00 |
| 6/26/2013 | Receipt of numerous phone calls and voicemails from class members and phone calls to numerous class members (5.8); review of 1 e-mail from Judge Grady's chambers (.1); review of 1 e-mail from Tom Zimmerman (.1); review of 1 e-mail from James Daly (.1) | KGL 500 | 6.10 | 3,050.00 |
| 6/26/2013 | Handle class member calls | SLS 100 | 6.50 | 650.00 |
| 6/27/2013 | Receipt of numerous phone calls and voicemails and making numerous return phone calls to class members (5.9) | KGL 500 | 5.90 | 2,950.00 |
| 6/27/2013 | Handle class member calls (6.7) | PFM 550 | 6.70 | 3,685.00 |
| 6/28/2013 | Receipt of numerous phone calls and voicemails and making numerous return phone calls to class members (3.7) | KGL 500 | 3.70 | 1,850.00 |
| 6/28/2013 | Handle class member calls (5.9) | PFM 550 | 5.90 | 3,245.00 |
| 7/1/2013 | Receipt of numerous phone calls and voicemails from class members and phone calls to numerous class members (3.4) | KGL 500 | 3.40 | 1,700.00 |
| 7/1/2013 | Handle class member calls | SLS 100 | 3.00 | 300.00 |
| 7/1/2013 | Handle class member calls (3.8) | PFM 550 | 3.80 | 2,090.00 |
| 7/2/2013 | Review email/attachments from CSA re publication notices, weekly stats (.3); handle class member calls (1.8) | PFM 550 | 2.10 | 1,155.00 |
| 7/2/2013 | Receipt of numerous phone calls and voicemails from class members and phone calls to numerous class members (4.2) | KGL 500 | 4.20 | 2,100.00 |
| 7/3/2013 | Receipt of numerous phone calls and voicemails from class members and phone calls to numerous class members (2.3) | KGL 500 | 2.30 | 1,150.00 |
| 7/3/2013 | Handle class member calls (1.5) | PFM 550 | 1.50 | 825.00 |
| | | **Total This Invoice** | | |
| | | **Job Balance Total** | | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



| | |
|---|---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 7/5/2013 | Handle class member calls (2.3) | PFM 550 | 2.30 | 1,265.00 |
| 7/5/2013 | Handle class member calls | SLS 100 | 3.00 | 300.00 |
| 7/8/2013 | Receipt of numerous phone calls and voicemails and making numerous return phone calls to class members (1.8) | KGL 500 | 1.80 | 900.00 |
| 7/8/2013 | Handle class member calls (3.0) | PFM 550 | 3.00 | 1,650.00 |
| 7/8/2013 | Handle numerous class member phone calls | SLS 100 | 3.00 | 300.00 |
| 7/9/2013 | Receipt of phone calls from putative class members (1.4) | KGL 500 | 1.40 | 700.00 |
| 7/9/2013 | Handle class member calls (3.5); emails to/from CSA re claimant (.1); review weekly stats (.2) | PFM 550 | 3.80 | 2,090.00 |
| 7/10/2013 | Review of 2 letters from class member (.2); voicemail from class members and phone call to class members (1.7) | KGL 500 | 1.90 | 950.00 |
| 7/10/2013 | Handle numerous class member phone calls | SLS 100 | 2.50 | 250.00 |
| 7/10/2013 | Handle class member calls (3.1); emails with CSA, all counsel re class member issues (.3); review objections (.2) | PFM 550 | 3.60 | 1,980.00 |
| 7/11/2013 | Phone call from multiple class members (.9) | KGL 500 | 0.90 | 450.00 |
| 7/11/2013 | Review filed objection (.1); handle class member calls (2.5) | PFM 550 | 2.60 | 1,430.00 |
| 7/12/2013 | Handle numerous class member phone calls | SLS 100 | 2.50 | 250.00 |
| 7/12/2013 | Phone call from class member (.1); voicemail from class member and return phone call (.2) | KGL 500 | 0.30 | 150.00 |
| 7/12/2013 | Handle class member calls, phone and email (2.9); legal research re damages per person v. damages per violation (1.0) | PFM 550 | 3.90 | 2,145.00 |
| 7/15/2013 | Receipt of telephone calls from class members (.4) | KGL 500 | 0.40 | 200.00 |
| 7/15/2013 | Handle numerous class member phone calls | SLS 100 | 2.00 | 200.00 |

| | |
|---|---|
| **Total This Invoice** | |
| **Job Balance Total** | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)



| | |
|---|---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 7/15/2013 | Handle class member calls (4.1); telephone conferences with opposing counsel re M. Lavery inquiries (.4); telephone conference with T. Zimmerman re same (.2); emails to/from M. Lavery re same (.3) | PFM 550 | 5.00 | 2,750.00 |
| 7/16/2013 | Return of voicemails and phone calls from class members (1.1) | KGL 500 | 1.10 | 550.00 |
| 7/16/2013 | Conference call, emails re M. Lavery potential intervention, discovery (.4); research re same (.5); review postings re T. Frank soliciting objector; research re same (1.5); handle class member calls (4.6) | PFM 550 | 7.00 | 3,850.00 |
| 7/17/2013 | Receipt of multiple phone calls from class members (.8) | KGL 500 | 0.80 | 400.00 |
| 7/17/2013 | Handle class member calls (1.7) | PFM 550 | 1.70 | 935.00 |
| 7/17/2013 | Handle numerous class member phone calls | SLS 100 | 1.00 | 100.00 |
| 7/18/2013 | Receipt of voicemails and phone calls from class members (1.4) | KGL 500 | 1.40 | 700.00 |
| 7/18/2013 | Review email from M. Lavery re claim, dispute (.1) | PFM 550 | 0.10 | 55.00 |
| 7/19/2013 | Handle class member calls (1.5); email to C. Langone re M. Lavery (.3) | PFM 550 | 1.80 | 990.00 |
| 7/19/2013 | Handle numerous class member phone calls | SLS 100 | 1.00 | 100.00 |
| 7/22/2013 | Multiple voicemails from class members (.2); phone call to class member (.1); phone calls from class members (.2) | KGL 500 | 0.50 | 250.00 |
| 7/22/2013 | Review email from opposing counsel to C. Langone re discovery for class member (.2); emails from/to Aliano counsel re potential objection (.1); handle class member calls (2.3); emails to/from CSA re class member claim (.2) | PFM 550 | 2.80 | 1,540.00 |
| 7/22/2013 | Handle numerous class member phone calls | SLS 100 | 1.50 | 150.00 |
| 7/23/2013 | Phone calls from class members (.6) | KGL 500 | 0.60 | 300.00 |
| | | **Total This Invoice** | | |
| | | **Job Balance Total** | | |



# Invoice

| | |
|---|---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 7/23/2013 | Handle class member calls (2.2); emails to/from CSA re class member communication (.1); review/analyze Radioshack's quarterly SEC report (.9) | PFM 550 | 3.20 | 1,760.00 |
| 7/24/2013 | Phone calls from class members (.4) | KGL 500 | 0.40 | 200.00 |
| 7/24/2013 | Review CSA weekly statistics and proposed letter to class members that both exclude and object (.3); review records to determine if any direct mail to me includes such people (.2); handle class member calls (2.0); review order (.1) | PFM 550 | 2.60 | 1,430.00 |
| 7/24/2013 | Handle numerous class member phone calls | SLS 100 | 1.50 | 150.00 |
| 7/25/2013 | Phone calls from class members (.9); review of letter from class member (.1) | KGL 500 | 1.00 | 500.00 |
| 7/25/2013 | Handle class member calls (2.5) | PFM 550 | 2.50 | 1,375.00 |
| 7/26/2013 | Handle class member calls (1.2) | PFM 550 | 1.20 | 660.00 |
| 7/26/2013 | Handle numerous class member phone calls | SLS 100 | 1.00 | 100.00 |
| 7/29/2013 | Phone calls from class members (.5) | KGL 500 | 0.50 | 250.00 |
| 7/29/2013 | Handle class member calls (4.3) | PFM 550 | 4.30 | 2,365.00 |
| 7/29/2013 | Handle calls from class members | SLS 100 | 2.00 | 200.00 |
| 7/30/2013 | Voicemail from class member and return phone call (.2) | KGL 500 | 0.20 | 100.00 |
| 7/30/2013 | Handle class member calls (2.2) | PFM 550 | 2.20 | 1,210.00 |
| 7/31/2013 | Phone call from class member (.1) | KGL 500 | 0.10 | 50.00 |
| 7/31/2013 | Handle class member calls (1.1) | PFM 550 | 1.10 | 605.00 |
| 7/31/2013 | Handle calls from class members | SLS 100 | 1.50 | 150.00 |
| 8/1/2013 | Voicemail and phone calls from class members (.8) | KGL 500 | 0.80 | 400.00 |
| 8/2/2013 | Phone calls from class members (.3) | KGL 500 | 0.30 | 150.00 |
| 8/2/2013 | Handle calls from class members | SLS 100 | 1.50 | 150.00 |
| 8/5/2013 | Phone calls from class members (.5) | KGL 500 | 0.50 | 250.00 |

| | **Total This Invoice** |
|---|---|
| | **Job Balance Total** |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)

# Markoff Leinberger

# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|------|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|------|-------------|---------------|-----------|--------|
| 8/5/2013 | Handle class member calls (1.3); research re T. Franks objections (.8); emails/attachment to/from CSA re Spanish-speaking class members (.2); review weekly stats (.2) | PFM 550 | 2.50 | 1,375.00 |
| 8/5/2013 | Handle numerous class member phone calls | SLS 100 | 1.50 | 150.00 |
| 8/6/2013 | Phone calls from class members (.5) | KGL 500 | 0.50 | 250.00 |
| 8/6/2013 | Handle class member calls (1.8) | PFM 550 | 1.80 | 990.00 |
| 8/7/2013 | Voicemail from class member (.1); 2 phone calls from class members (.2) | KGL 500 | 0.30 | 150.00 |
| 8/7/2013 | Handle class member calls (1.4) | PFM 550 | 1.40 | 770.00 |
| 8/7/2013 | Handle numerous class member phone calls | SLS 100 | 1.50 | 150.00 |
| 8/8/2013 | Phone calls from class members (.6); voicemail from class member (.1); phone call to class member (.1) | KGL 500 | 0.80 | 400.00 |
| 8/8/2013 | Handle class member calls (1.1) | PFM 550 | 1.10 | 605.00 |
| 8/9/2013 | Review of attorney appearance on behalf of objectors (.1); review of objector's brief (Gupta) (1.5) | KGL 500 | 1.60 | 800.00 |
| 8/9/2013 | Phone calls from class members (.3) | KGL 500 | 0.30 | 150.00 |
| 8/9/2013 | Handle numerous class member phone calls | SLS 100 | 1.00 | 100.00 |
| 8/9/2013 | Handle class member calls (.8); review Warner objection brief; research his other cases (2.0); telephone conference with T. Zimmerman re same (.2); emails with all counsel re same (.1) | PFM 550 | 3.10 | 1,705.00 |
| 8/12/2013 | Handle class member phone calls | SLS 100 | 1.50 | 150.00 |
| 8/12/2013 | Handle class member calls (.8) | PFM 550 | 0.80 | 440.00 |
| 8/13/2013 | Two voicemails from class members (.2); phones call to class members (.2); phone calls from multiple class members (.3) | KGL 500 | 0.70 | 350.00 |
| 8/13/2013 | Handle class member calls (1.2); emails to/from CSA re same (.2); conference call with all counsel re objections (.5); emails with Aliano counsel re briefing (.2) | PFM 550 | 2.10 | 1,155.00 |

| | | **Total This Invoice** | | |
|---|---|---|---|---|
| | | **Job Balance Total** | | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 8/14/2013 | Handle class member phone calls | SLS 100 | 1.00 | 100.00 |
| 8/14/2013 | Phone calls from class members (.5) | KGL 500 | 0.50 | 250.00 |
| 8/14/2013 | Handle class member calls (1.4) | PFM 550 | 1.40 | 770.00 |
| 8/15/2013 | Phone calls from class member (.5) | KGL 500 | 0.50 | 250.00 |
| 8/15/2013 | Handle class member calls (1.6) | PFM 550 | 1.60 | 880.00 |
| 8/16/2013 | Phone calls from class members (.2) | KGL 500 | 0.20 | 100.00 |
| 8/16/2013 | Handle class member calls; emails/attachments re same (1.8) | PFM 550 | 1.80 | 990.00 |
| 8/19/2013 | Handle class member phone calls | SLS 100 | 2.00 | 200.00 |
| 8/19/2013 | Voicemail from class member (.1); phone call to class member (.1) | KGL 500 | 0.20 | 100.00 |
| 8/19/2013 | Handle class member calls (1.0) | PFM 550 | 1.00 | 550.00 |
| 8/20/2013 | Phone calls from class members (.5); analysis of amended objections filed by Gupta, Runyard, and Warner (.4) | KGL 500 | 0.90 | 450.00 |
| 8/20/2013 | Handle class member calls (1.5); cursory review of amended Warner objection, supporting documents (.3) | PFM 550 | 1.80 | 990.00 |
| 8/21/2013 | Phone calls from class members (.4) | KGL 500 | 0.40 | 200.00 |
| 8/21/2013 | Handle class member calls (1.5); meetings with K. Leinberger re objection response, final approval filings (.4) | PFM 550 | 1.90 | 1,045.00 |
| 8/21/2013 | Legal research on bond requirement and drafting memo to file (.6) | KGL 500 | 0.60 | 300.00 |
| 8/22/2013 | Handle class member phone calls | SLS 100 | 1.50 | 150.00 |
| 8/22/2013 | Handle class member calls (1.7); conference call with all counsel re objections, final approval submission (.5); conference call with Aliano counsel re same (.4); meetings with K. Leinberger re obtaining analyst opinion re Defendant (.4) | PFM 550 | 3.00 | 1,650.00 |

| | | **Total This Invoice** | | |
|---|---|---|---|---|
| | | **Job Balance Total** | | |

# Markoff Leinberger LLC

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 8/23/2013 | Phone call from class member (.1); analysis of analyst reports regarding RadioShack's outlook from July 2013 (1.8) | KGL 500 | 1.90 | 950.00 |
| 8/23/2013 | Handle class member phone calls | SLS 100 | 1.00 | 100.00 |
| 8/23/2013 | Handle class member calls (1.5); meeting with K. Leinberger re financial reports (.1) | PFM 550 | 1.60 | 880.00 |
| 8/26/2013 | Handle class member phone calls | SLS 100 | 1.50 | 150.00 |
| 8/26/2013 | Review of attorney appearance (.1); analysis of Vasquez objections (.9) | KGL 500 | 1.00 | 500.00 |
| 8/26/2013 | Handle class member calls (2.2); review new Warner objection, brief, affidavit (.6); review email re same (.1); review transcripts, other docs re response (1.0); legal research re appeal bonds (.9); emails/attachments from/to client re status, objections (.4) | PFM 550 | 4.20 | 2,310.00 |
| 8/27/2013 | Phone calls from class members (1.1); voicemail from class member and return phone call (.2); review of attorney appearance (.1); review of objection to proposed settlement filed by Kasten (.9); review of supplemental authority filing (.1) | KGL 500 | 2.40 | 1,200.00 |
| 8/27/2013 | Handle class member phone calls | SLS 100 | 2.00 | 200.00 |
| 8/27/2013 | Handle class member calls (1.6); emails/attachments with CSA re claims (.2); emails/attachments with Aliano counsel re same (.2); emails/attachments with client re same (.2); review Franks objection brief (.5); review Warner supplemental authority (.1) | PFM 550 | 2.80 | 1,540.00 |
| 8/28/2013 | Handle class member calls (1.4); email to CSA re claimant issue (.1); meeting with K. Leinberger re financial analysis evidence (.2) | PFM 550 | 1.70 | 935.00 |

| | | | |
|---|---|---|---|
| | | **Total This Invoice** | |
| | | **Job Balance Total** | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 8/28/2013 | Review and analysis of analyst reports on Radioshack Corporation outlook in October-November 2012 (2.8) | KGL 500 | 2.80 | 1,400.00 |
| 8/29/2013 | Voicemail from class member (.1); phone call to class member (.1) | KGL 500 | 0.20 | 100.00 |
| 8/29/2013 | Research for expert witness regarding Radioshack Corporation outlook (2.3); communication with potential experts (.3) | KGL 500 | 2.60 | 1,300.00 |
| 8/29/2013 | Handle class member calls (.4); review emails/attachment re same (.2) | PFM 550 | 0.60 | 330.00 |
| 8/29/2013 | Handle class member phone calls | SLS 100 | 1.00 | 100.00 |
| 8/30/2013 | Review of e-mail from expert witness company and drafting detailed response (.4); voicemail from class member and return phone call (.2); research for potential expert (3.7); phone call to potential expert (.1); drafting e-mail to potential expert (.1); multiple telephone and e-mail communications with multiple potential expert witnesses regarding Radioshack's outlook (1.6); drafting affidavit (.8) | KGL 500 | 6.90 | 3,450.00 |
| 8/30/2013 | Handle class member phone calls | SLS 100 | 1.00 | 100.00 |
| 8/30/2013 | Handle class member calls (.3); review objections (.4) | PFM 550 | 0.70 | 385.00 |
| 9/3/2013 | Review of potential experts curriculum vitae (1.8); research for expert witness (4.5); phone calls to potential experts (.5); phone calls from potential experts (.3); review of multiple e-mails from potential experts (.6) | KGL 500 | 7.70 | 3,850.00 |
| 9/3/2013 | Meetings with K. Leinberger re financial testimony; review documents re same (.8); telephone conference with client re status, affidavit, expert, strategy (.5) | PFM 550 | 1.30 | 715.00 |

| | **Total This Invoice** |
|---|---|
| | **Job Balance Total** |

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

| | |
|---:|:---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 9/4/2013 | Review of 3 filings by putative class members (.7); conference call with expert witness (.3); drafting four e-mails to expert witness (.6); review of 3 e-mails from expert witness (.3); analysis of draft response to objector's filings and drafting redline edits (2.4); analysis of draft final approval memorandum and drafting redline edits (2.8); phone call to expert witness (.3); analysis of Radioshack counsel's comments regarding plaintiff's response to objectors (1.1); analysis of Radioshack's response to objectors (2.1); phone call to Aliano counsel (.2); drafting letter with enclosure for expert witness (.3) | KGL 500 | 11.10 | 5,550.00 |
| 9/4/2013 | Emails/attachments with counsel re final approval papers (.4); conference call with Aliano counsel re same, fee petition (.6); legal research re final approval issues, objections, fee petition, CAFA (10.3); meetings with K. Leinberger re expert; review documents re same (.4); emails/attachments to/from client re objections, final approval submissions, expert (.2) | PFM 550 | 11.90 | 6,545.00 |
| 9/5/2013 | Emails/attachments re CSA notice, claims declaration; review same (.7); review/analyze CSA fund distribution summary (.2); emails/attachments, telephone conference re expert; review draft (.7); legal research re final approval, objections, fee petition, CAFA (5.5); begin draft of fee brief (3.0) | PFM 550 | 10.10 | 5,555.00 |
| 9/5/2013 | Phone call to Ed O'Brien (.2); drafting e-mail to Ed O'Brien (.1); drafting e-mail to Paul Markoff with attachment (.1) | KGL 500 | 0.40 | 200.00 |
| | | **Total This Invoice** | | |
| | | **Job Balance Total** | | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|------|--|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|------|-------------|---------------|-----------|--------|
| 9/6/2013 | Legal research re, drafting, editing of fee brief, final approval papers, declarations; research re other fee awards, Warner cases (7.2); emails/attachments, telephone conferences with Aliano counsel re same (.5); review/send emails/attachments re CSA updates, handling claims, distributions from escrow fund (.6); telephone conference with E. O'Brien re affidavit (.2); handle class member calls (.4) | PFM 550 | 8.90 | 4,895.00 |
| 9/7/2013 | Review/analyze Aliano response to Warner objection (.8); review time records for lodestar submission (1.5); review expert affidavit; emails to/from expert re same, possible additional analysis (.6); review final approval-related draft from Aliano and Defendant (.5); review Aliano comments on fee brief (.5) | PFM 550 | 3.90 | 2,145.00 |
| 9/7/2013 | Review of 2 e-mails from Ed O'Brien (.2); review of draft affidavit (.8); review of 2 e-mails from Paul Markoff (.2) | KGL 500 | 1.20 | 600.00 |
| 9/8/2013 | Legal research re and drafting/editing of fee brief, P. Markoff declaration, responses to objections, final approval brief (6.7); emails/attachments with expert re declaration; review, propose expansion of same (1.3) | PFM 550 | 8.00 | 4,400.00 |

| | **Total This Invoice** |
|--|--|
| | **Job Balance Total** |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162 (p)
312.674.7272 (f)



# Invoice

| | |
|---:|:---|
| **Invoice #:** | 347 |
| **Invoice Date:** | 9/10/2013 |
| **Due Date:** | 9/10/2013 |
| **Account #:** | 1036-16 |
| **Project:** | Radioshack |

Scott D.H. Redman

| FEIN | |
|---|---|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|---|---|---|---|---|
| 9/9/2013 | Handle class member calls (.4); emails/attachments, telephone conferences with opposing counsel re final approval brief, response to objections, fee request, expert (.5); emails/attachments, telephone conferences with Aliano counsel re same, fee brief, strategy (.8); emails from/to expert re declaration (.3); legal research re and draft, edit many briefs, declarations including fee brief, final approval brief, response to objectors (10.5) | PFM 550 | 12.50 | 6,875.00 |
| 9/9/2013 | Review of 8 e-mails from Edward O'Brien (1.0); review of 4 e-mails from Paul Markoff (.4); analysis of affidavit from Ed O'Brien (1.6); review of edits to affidavit (.4); review of attorney appearance for objectors Kasten and Rosman (.1); organization of exhibits to affidavit (.2); review and edits for Markoff affidavit (1.3); legal research on Laffey Matrix and incorporation of risk of nonpayment (.8) | KGL 500 | 5.80 | 2,900.00 |

| | |
|---|---|
| **Total This Invoice** | |
| **Job Balance Total** | |

**Markoff Leinberger LLC**

134 N LaSalle St Ste 1050
Chicago, IL 60602

312.726.4162  (p)
312.674.7272  (f)



# Invoice

**Invoice #:** 347
**Invoice Date:** 9/10/2013
**Due Date:** 9/10/2013
**Account #:** 1036-16
**Project:** Radioshack

Scott D.H. Redman

| FEIN | |
|------|--|
| paul@markleinlaw.com | |

| Date | Description | Attorney/Rate | Hours/Qty | Amount |
|------|-------------|---------------|-----------|--------|
| 9/10/2013 | Review of 2 e-mails from Edward O'Brien (.3); phone call to Edward O'Brien (.1); review of analyst reports and editing Appendix B to O'Brien affidavit (.8); analysis of affidavit of Ed O'Brien and Exhibits 1 and 2 thereto (.9); drafting e-mail with attachment to Ed O'Brien (.1); analysis and redline edits to plaintiff's response to Gupta objections (1.4); analysis and redline objections to final approval brief (1.9); analysis and redline edits to response to Rosman objections (1.4); analysis and redline edits to omnibus response to objections (.9); drafting mtn for leave to file briefs in excess of 15 pages (.8); drafting affidavit for Karl Leinberger (1.3); legal research for Lexis and Westlaw cases for court (.8) | KGL 500 | 10.60 | 5,300.00 |
| 9/10/2013 | Handle class member calls (.3); telephone conferences, emails/attachments with opposing counsel re final approval papers (.5); telephone conferences, emails/attachments with Aliano counsel re same (1.2); emails/attachments re CSA declaration, data (.5); further factual, legal research re same; drafting, revision of same, including several briefs, declaration; prepare exhibits (7.3) | PFM 550 | 9.80 | 5,390.00 |
| | | Reimb Group | | |
| 9/26/2011 | Service Fee | | | 42.00 |
| 10/27/2011 | Filing Fee | | | 350.00 |
| 8/20/2012 | Messenger-federal court | | | 5.66 |
| 9/4/2013 | Expert witness fee | | | 3,000.00 |
| 9/10/2013 | Expert witness fee | | | 3,000.00 |
| | Total Reimbursable Expenses | | | 6,397.66 |

| | | |
|--|--|--|
| | **Total This Invoice** | $446,012.66 |
| | **Job Balance Total** | $446,012.66 |

www.marklieinlaw.com

EXHIBIT 1

**SALARY TABLE 2013-DCB**

**INCORPORATING A LOCALITY PAYMENT OF 24.22%**

**FOR THE LOCALITY PAY AREA OF WASHINGTON-BALTIMORE-NORTHERN VIRGINIA, DC-MD-VA-WV-PA**

**RATES FROZEN AT 2010 LEVELS**

**EFFECTIVE JANUARY 2013**

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 22,115 | $ 22,854 | $ 23,589 | $ 24,321 | $ 25,056 | $ 25,489 | $ 26,215 | $ 26,948 | $ 26,977 | $ 27,663 |
| 2 | 24,865 | 25,456 | 26,279 | 26,977 | 27,280 | 28,082 | 28,885 | 29,687 | 30,490 | 31,292 |
| 3 | 27,130 | 28,034 | 28,938 | 29,843 | 30,747 | 31,651 | 32,556 | 33,460 | 34,364 | 35,269 |
| 4 | 30,456 | 31,471 | 32,486 | 33,501 | 34,516 | 35,531 | 36,546 | 37,560 | 38,575 | 39,590 |
| 5 | 34,075 | 35,210 | 36,346 | 37,481 | 38,616 | 39,752 | 40,887 | 42,022 | 43,158 | 44,293 |
| 6 | 37,983 | 39,249 | 40,514 | 41,780 | 43,046 | 44,312 | 45,578 | 46,843 | 48,109 | 49,375 |
| 7 | 42,209 | 43,616 | 45,024 | 46,431 | 47,838 | 49,246 | 50,653 | 52,061 | 53,468 | 54,875 |
| 8 | 46,745 | 48,303 | 49,861 | 51,418 | 52,976 | 54,534 | 56,092 | 57,649 | 59,207 | 60,765 |
| 9 | 51,630 | 53,350 | 55,070 | 56,791 | 58,511 | 60,232 | 61,952 | 63,673 | 65,393 | 67,114 |
| 10 | 56,857 | 58,752 | 60,648 | 62,544 | 64,439 | 66,335 | 68,230 | 70,126 | 72,022 | 73,917 |
| 11 | 62,467 | 64,548 | 66,630 | 68,712 | 70,794 | 72,876 | 74,958 | 77,040 | 79,122 | 81,204 |
| 12 | 74,872 | 77,368 | 79,864 | 82,359 | 84,855 | 87,350 | 89,846 | 92,341 | 94,837 | 97,333 |
| 13 | 89,033 | 92,001 | 94,969 | 97,936 | 100,904 | 103,872 | 106,839 | 109,807 | 112,774 | 115,742 |
| 14 | 105,211 | 108,717 | 112,224 | 115,731 | 119,238 | 122,744 | 126,251 | 129,758 | 133,264 | 136,771 |
| 15 | 123,758 | 127,883 | 132,009 | 136,134 | 140,259 | 144,385 | 148,510 | 152,635 | 155,500 * | 155,500 * |

* Rate limited to the rate for level IV of the Executive Schedule (5 U.S.C. 5304 (g)(1)).

Applicable locations are shown on the 2013 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2013/locality-pay-area-definitions/

EXHIBIT 2

**SALARY TABLE 2013-CHI**

**INCORPORATING A LOCALITY PAYMENT OF 25.10%**

**FOR THE LOCALITY PAY AREA OF CHICAGO-NAPERVILLE-MICHIGAN CITY, IL-IN-WI**

**RATES FROZEN AT 2010 LEVELS**

**EFFECTIVE JANUARY 2013**

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 22,272 | $ 23,016 | $ 23,756 | $ 24,493 | $ 25,234 | $ 25,669 | $ 26,401 | $ 27,139 | $ 27,168 | $ 27,859 |
| 2 | 25,041 | 25,637 | 26,465 | 27,168 | 27,473 | 28,281 | 29,090 | 29,898 | 30,706 | 31,514 |
| 3 | 27,322 | 28,233 | 29,143 | 30,054 | 30,965 | 31,875 | 32,786 | 33,697 | 34,608 | 35,518 |
| 4 | 30,672 | 31,694 | 32,716 | 33,738 | 34,760 | 35,782 | 36,804 | 37,826 | 38,849 | 39,871 |
| 5 | 34,316 | 35,460 | 36,603 | 37,746 | 38,890 | 40,033 | 41,177 | 42,320 | 43,463 | 44,607 |
| 6 | 38,252 | 39,527 | 40,801 | 42,076 | 43,351 | 44,626 | 45,900 | 47,175 | 48,450 | 49,725 |
| 7 | 42,508 | 43,925 | 45,342 | 46,760 | 48,177 | 49,595 | 51,012 | 52,429 | 53,847 | 55,264 |
| 8 | 47,076 | 48,645 | 50,214 | 51,783 | 53,351 | 54,920 | 56,489 | 58,058 | 59,626 | 61,195 |
| 9 | 51,995 | 53,728 | 55,461 | 57,193 | 58,926 | 60,658 | 62,391 | 64,124 | 65,856 | 67,589 |
| 10 | 57,260 | 59,169 | 61,078 | 62,987 | 64,896 | 66,805 | 68,714 | 70,623 | 72,532 | 74,441 |
| 11 | 62,909 | 65,006 | 67,102 | 69,199 | 71,296 | 73,392 | 75,489 | 77,586 | 79,682 | 81,779 |
| 12 | 75,403 | 77,916 | 80,429 | 82,943 | 85,456 | 87,969 | 90,482 | 92,996 | 95,509 | 98,022 |
| 13 | 89,664 | 92,653 | 95,641 | 98,630 | 101,619 | 104,607 | 107,596 | 110,585 | 113,573 | 116,562 |
| 14 | 105,956 | 109,488 | 113,019 | 116,551 | 120,082 | 123,614 | 127,145 | 130,677 | 134,209 | 137,740 |
| 15 | 124,635 | 128,789 | 132,944 | 137,098 | 141,253 | 145,407 | 149,562 | 153,717 | 155,500 * | 155,500 * |

\* Rate limited to the rate for level IV of the Executive Schedule (5 U.S.C. 5304 (g)(1)).

Applicable locations are shown on the 2013 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2013/locality-pay-area-definitions/

# LAFFEY MATRIX -- 2003-2013
## (2009-10 rates were unchanged from 2008-09 rates)

Years (Rate for June 1 - May 31, based on prior year's CPI-U)

| Experience | 03-04 | 04-05 | 05-06 | 06-07 | 07-08 | 08-09 | 09-10 | 10-11 | 11-12 | 12-13 |
|---|---|---|---|---|---|---|---|---|---|---|
| 20+ years | 380 | 390 | 405 | 425 | 440 | 465 | 465 | 475 | 495 | 505 |
| 11-19 years | 335 | 345 | 360 | 375 | 390 | 410 | 410 | 420 | 435 | 445 |
| 8-10 years | 270 | 280 | 290 | 305 | 315 | 330 | 330 | 335 | 350 | 355 |
| 4-7 years | 220 | 225 | 235 | 245 | 255 | 270 | 270 | 275 | 285 | 290 |
| 1-3 years | 180 | 185 | 195 | 205 | 215 | 225 | 225 | 230 | 240 | 245 |
| Paralegals & Law Clerks | 105 | 110 | 115 | 120 | 125 | 130 | 130 | 135 | 140 | 145 |

*Explanatory Notes:*

1.  This matrix of hourly rates for attorneys of varying experience levels and paralegals/law clerks has been prepared by the Civil Division of the United States Attorney's Office for the District of Columbia. The matrix is intended to be used in cases in which a "fee-shifting" statute permits the prevailing party to recover "reasonable" attorney's fees. *See, e.g.,* 42 U.S.C. § 2000e-5(k) (Title VII of the 1964 Civil Rights Act); 5 U.S.C. § 552(a)(4)(E) (Freedom of Information Act); 28 U.S.C. § 2412 (b) (Equal Access to Justice Act). The matrix does **not** apply in cases in which the hourly rate is limited by statute. *See* 28 U.S.C. § 2412(d).

2.  This matrix is based on the hourly rates allowed by the District Court in *Laffey v. Northwest Airlines, Inc.*, 572 F. Supp. 354 (D.D.C. 1983), *aff'd in part, rev'd in part on other grounds*, 746 F.2d 4 (D.C. Cir. 1984), *cert. denied*, 472 U.S. 1021 (1985). It is commonly referred to by attorneys and federal judges in the District of Columbia as the "*Laffey* Matrix" or the "United States Attorney's Office Matrix." The column headed "Experience" refers to the years following the attorney's graduation from law school. The various "brackets" are intended to correspond to "junior associates" (1-3 years after law school graduation), "senior associates" (4-7 years), "experienced federal court litigators" (8-10 and 11-19 years), and "very experienced federal court litigators" (20 years or more). *See Laffey*, 572 F. Supp. at 371.

3.  The hourly rates approved by the District Court in *Laffey* were for work done principally in 1981-82. The Matrix begins with those rates. *See Laffey*, 572 F. Supp. at 371 (attorney rates) & 386 n.74 (paralegal and law clerk rate). The rates for subsequent yearly periods were determined by adding the change in the cost of living for the Washington, D.C. area to the applicable rate for the prior year, and then rounding to the nearest multiple of $5 (up if within $3 of the next multiple of $5). The result is subject to adjustment if appropriate to ensure that the relationship between the highest rate and the lower rates remains reasonably constant. Changes in the cost of living are measured by the Consumer Price Index for All Urban Consumers (CPI-U) for Washington-Baltimore, DC-MD-VA-WV, as announced by the Bureau of Labor Statistics for May of each year.

4.  Use of an updated *Laffey* Matrix was implicitly endorsed by the Court of Appeals in *Save Our Cumberland Mountains v. Hodel*, 857 F.2d 1516, 1525 (D.C. Cir. 1988) (en banc). The Court of Appeals subsequently stated that parties may rely on the updated *Laffey* Matrix prepared by the United States Attorney's Office as evidence of prevailing market rates for litigation counsel in the Washington, D.C. area. *See Covington v. District of Columbia*, 57 F.3d 1101, 1105 & n. 14, 1109 (D.C. Cir. 1995), *cert. denied*, 516 U.S. 1115 (1996). Lower federal courts in the District of Columbia have used this updated *Laffey* Matrix when determining whether fee awards under fee-shifting statutes are reasonable. *See, e.g.*, *Blackman v. District of Columbia*, 59 F. Supp. 2d 37, 43 (D.D.C. 1999); *Jefferson v. Milvets System Technology, Inc.*, 986 F. Supp. 6, 11 (D.D.C. 1997); *Ralph Hoar & Associates v. Nat'l Highway Transportation Safety Admin.*, 985 F. Supp. 1, 9-10 n.3 (D.D.C. 1997); *Martini v. Fed. Nat'l Mtg Ass'n*, 977 F. Supp. 482, 485 n.2 (D.D.C. 1997); *Park v. Howard University*, 881 F. Supp. 653, 654 (D.D.C. 1995).

EXHIBIT 3

# LAFFEY MATRIX

History

Case Law

Expert Opinions

See the Matrix

Contact us

Home

Links

| Year | Adjustmt Factor** | Paralegal/ Law Clerk | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/13- 5/31/14 | 1.0244 | $175 | $320 | $393 | $567 | $640 | $771 |
| 6/01/12- 5/31/13 | 1.0258 | $170 | $312 | $383 | $554 | $625 | $753 |
| 6/01/11- 5/31/12 | 1.0352 | $166 | $305 | $374 | $540 | $609 | $734 |
| 6/01/10- 5/31/11 | 1.0337 | $161 | $294 | $361 | $522 | $589 | $709 |
| 6/01/09- 5/31/10 | 1.0220 | $155 | $285 | $349 | $505 | $569 | $686 |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05- 5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04- 5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03- 6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02- 5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01- 5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00- 5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99- 5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98- 5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97- 5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |
| 6/1/96- 5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |
| 6/1/95- 5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |

EXHIBIT 4

| 6/1/94-5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |
|---|---|---|---|---|---|---|---|

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g., McDowell v. District of Columbia, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4, 2001); Salazar v. Dist. of Col., 123 F.Supp.2d 8 (D.D.C. 2000).

* "Years Out of Law School" is calculated from June 1 of each year, when most law students graduate. "1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from date of graduation (June 1). "4-7" applies to attorneys in their 4th, 5th, 6th and 7th years of practice. An attorney who graduated in May 1996 would be in tier "1-3" from June 1, 1996 until May 31, 1999, would move into tier "4-7" on June 1, 1999, and tier "8-10" on June 1, 2003.

** The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.