UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated, | ) No.: 11 C 6741 ) (CONSOLIDATED WITH 11 C 7819) ) ) |
| Plaintiff, | ) |
| v. | ) **DECLARATION OF JENNIFER M.** ) **KEOUGH REGARDING NOTICE** ) **DISSEMINATION AND CLAIMS** |
| RADIOSHACK CORPORATION, a Delaware corporation, | ) **ADMINISTRATION** ) |
| Defendant. | ) Judge John F. Grady ) ) Magistrate Judge Maria Valdez |
| MARIO ALIANO and VICTORIA RADAVICIUTE, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| RADIOSHACK CORPORATION, a Delaware Corporation, | ) ) ) |
| Defendant. | ) ) |

# INTRODUCTION

JENNIFER M. KEOUGH declares and states as follows:

1.     I am Chief Operating Officer of The Garden City Group, Inc. ("GCG"). The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision and, if called on to do so, I could and would testify competently thereto. I have over 20 years of experience working in the legal field. The overwhelming majority of that time has been spent managing complex projects and class action administrations. I have particular expertise in the innovative construction of administration protocols, plan-of-allocation design and interpretation, and processes involving highly complex data issues, to name a few. Attached as **Exhibit A** is my curriculum vitae.

2.     GCG has been providing comprehensive legal administrative and notice services for over 28 years. GCG is a recognized leader in legal administration services for class action settlements, bankruptcy cases, and legal noticing programs, and has operational offices in New York, Washington, Ohio, Louisiana, Illinois, Oregon, and Florida. GCG has a staff of more than 1,000 individuals, including lawyers, a team of software engineers, call center professionals, in-house legal advertising specialists, and graphic artists with extensive website design experience.

3.     GCG handles the administration of a wide variety of class action settlements and notice programs, including but not limited to, consumer, securities, mass tort, antitrust, product liability, labor and employment, ERISA, civil and human rights, insurance and healthcare. Our team has served as administrator for over 2,500 cases. In the course of its history, GCG has mailed over 290 million notices, disseminated over 800 million emails, handled over 28 million phone calls, processed over 50 million claims, and distributed over $35 billion in settlement benefits.

4. GCG has been retained to implement and administer a number of complex and technical email-based notice administrations. Some of our largest administrations involving email notice include settlements such as *In re Classmates.com Consolidated Litigation*, Case No. 09-cv-0045-RAJ (W.D. Wash); *In re Webloyalty.com, Inc. Marketing and Sales Practices Litigation*, MDL No. 07-01820 – JLT Lead Case: 06-11620-JLT (D. Mass.); *Browning, et al. v. Yahoo! Inc., et al.*, Case No. C04-01463 HRL (N.D. Cal.); *In re Expedia Hotel Taxes and Fees Litigation*, Case No. 05-2-02060-1 SEA (Sup. Ct. Wash. King County); *Hillis v. Equifax Consumer Services Inc., et al*, Case No. 1:04-CV-3400-TCB (N.D. Ga.); *Molnar v. 1-800-Flowers Retail, Inc.*, Case No. BC 382828 (C.D. Cal.); *Palmer v. Sprint Solutions, Inc.*, Case No. 09-cv-01211 JLR (W.D. Wash.); and *Kambiz Batmanghelich, et al. v. Sirius XM Radio Inc. and Stream International, Inc.*, Case No. CV-09-9190 VBF (JCx) (Sup. Ct. Cal. Los Angeles County). A more extensive list of the cases GCG has handled can be found on our website at http://www.gcginc.com.

5. GCG was selected and engaged in the above-captioned action (the "Action") to serve as Class Settlement Administrator for the Settlement, as described in the Class Action Settlement Agreement and Release (the "Settlement Agreement"),[1] and preliminarily approved by this Court in its Preliminary Approval Order (the "Order"). I submit this Declaration in order to provide the Court with information regarding the implementation of notice, pursuant to the terms of the Settlement Agreement and in accordance with the Court's Order, and to report on the claims administration.

---

[1] Unless otherwise defined or identified herein, all capitalized terms shall have the same meaning as set forth in the Settlement Agreement.

## CLASS ACTION FAIRNESS ACT NOTIFICATION

6. On behalf of RadioShack Corporation ("RadioShack"), GCG provided notice of the proposed settlement under the Class Action Fairness Act 28 U.S.C. §1715 (the "CAFA Notice"). At RadioShack's direction, on May 24, 2013, GCG served CAFA Notice and an accompanying CD containing the documents specified by 28 U.S.C. §1715(b)(1)-(8) to the Attorney General of the United States and to the state and territory Attorneys General identified in the Service List for the CAFA Notice attached hereto as **Exhibit B**. GCG sent the CAFA Notice and accompanying CD by Federal Express overnight delivery service, and received confirmation of delivery for each addressee to whom it sent the CAFA Notice. A copy of the delivery confirmation is attached hereto as **Exhibit C**. As of September 1, 2013, GCG had not received any objections from an Attorney General or government entity as a result of the CAFA Notice mailing.

## DISSEMINATION AND PUBLICATION OF NOTICE

7. As more fully described below, this Notice Program was designed to reach potential Class Members through direct mail and email notice, national newspaper supplements in *Parade* and *USA Weekend* and national consumer magazines *People* and *Time,* the creation of a settlement website, and the creation of a toll-free telephone line. The Settlement Class is defined to include:

> "All persons who, between August 24, 2010 and November 21, 2011, paid by credit or debit card for products or services and received an electronically-printed receipt from any Store that contained the expiration date of the person's credit or debit card."

Excluded from the Settlement Class are Defendant, its officers, employees, and attorneys; transactions conducted with business credit or debit cards; and transactions made with RadioShack-branded debit or credit cards, as those cards do not contain expiration dates.

8. All elements of the Notice Program have been successfully implemented in compliance with the Court's Order. The Notice Program commenced on June 19, 2013 and was substantially completed on July 26, 2013.

9. This Notice Program was reasonably calculated under the circumstances. Using tools and methods accepted within the advertising industry, the Notice Program reached an estimated 70 percent of "RadioShack consumers who have a credit or debit card" with an average frequency of 1.8 times.[2] These are the affected members of the Settlement Class.

## DIRECT MAIL AND EMAIL NOTICE

10. <u>Postcard Notice</u>. Pursuant to the Order and Paragraph 2.5(A) of the Settlement Agreement, GCG mailed the Postcard Notice by first-class postcard, address service requested, to each Class Member for whom RadioShack had a last known physical address and did not have an email address. Pursuant to Paragraph 2.5(G) of the Settlement Agreement, on or about June 5, 2013 RadioShack provided GCG with a list of Class Members for whom RadioShack had a last known mailing address and/or email address (the "Class List"). GCG promptly loaded the Class List into a database created for this administration and assigned unique identifiers to each record in order to maintain the ability to track each record throughout the process. GCG then updated addresses on the Class List using the National Change of Address ("NCOA") database.[3] On June 19, 2013, GCG caused the Postcard

---

[2] In order to determine the most appropriate media to employ in this notice publication program, we studied data provided by national syndicated media research bureaus, GfK MediaMark Research and Intelligence, LLC ("GfK MRI"). For our media selection, we looked at the definition in GfK MRI and comScore that most closely matches our Class Member definition of "RadioShack consumers who have a credit or debit card." GfK MRI is a nationally syndicated research tool. It is the leading supplier of multi-media audience research, and provides comprehensive reports on demographics, lifestyle, product usage, and media exposure. GfK MRI conducts more than 26,000 personal interviews annually to gather their information and is used by more than 450 advertising agencies as the basis for the majority of media and marketing campaigns.

[3] The NCOA database is an official United States Postal Service technology product, which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mailstream. This

Notice to be mailed to 4,244,804 Class Members on the Class List without email addresses. Once the number of undeliverable emails was determined, as described in Paragraph 11, below, GCG sent the Postcard Notice to an additional 152,434 Class Members with an undeliverable email address for whom RadioShack had a last known physical address. As of September 8, 2013, GCG had remailed 86,720 Postcard Notices to Class Members whose initial Postcard Notice was returned by U.S. Mail with a change of address, and had received 353,074 initial Postcard Notices returned by U.S. Mail without a change of address. Of the 4,044,164 class members who were sent the Postcard Notice and whose Notice was not returned to GCG as undeliverable, a total of 61,630 filed a claim. A sample of the First Class Notice by is attached hereto as **Exhibit D**.

11. <u>Email Notice</u>. Pursuant to the Order and Paragraph 2.5(B) of the Settlement Agreement, GCG formatted the Email Notice for each Class Member for whom RadioShack had an email address. In order to implement email notice campaigns effectively, GCG maintains a proprietary list of contacts at Internet Service Providers ("ISPs") that GCG communicates with when an ISP will receive large volumes of class action notice emails. Communication with ISPs in advance of email notice campaigns facilitates the email notice process and helps reduce blockings, which may occur when an ISP detects unusual email activity, such as a large volume email delivery. On June 13, 2013, prior to disseminating the notice by email, GCG sent letters via overnight mail informing certain ISPs, which were scheduled to receive the largest volume of emails, of the Court-ordered email program (the "ISP Letter"). A sample of the ISP Letter is attached hereto as **Exhibit**

product is an effective tool to update address changes when a person has completed a change of address form with the Post Office. The U.S. Postal Service maintains address information on the database for 48 months.

E. Through these ISP Letters, GCG notified the ISPs that they would receive a high volume of emails during the email distribution period, and, in that regard, GCG requested their assistance and cooperation with the distribution process. Each ISP Letter identified the case and contained an overview of the email program, including the approximate volume of emails each ISP would receive, the subject line and content of the email, and the domain name and IP address from which the emails would be sent.

12. On June 19, 2013, GCG caused the Email Notice to be emailed to 558,075 last known email addresses, as reflected in the Class List. For any Email Notice returned as undeliverable and for which RadioShack had a last known physical address, GCG caused a Postcard Notice to be sent via first-class postcard (see Paragraph 10). Of the 405,641 class members who were sent the Email Notice and whose email was not returned to GCG as undeliverable, at least 2,418 filed a claim. A sample of the Email Notice is attached hereto as **Exhibit F**.

13. In total, GCG provided direct notice to 4,802,879 Class Members from the Class List. Based on the 4,449,805 records not returned as undeliverable, the direct notice efforts reached over 92.6% of the Class List.

## PUBLICATION IN NATIONAL PRINT TITLES

14. To further enhance the direct mail effort and capture notification of additional Class Members, a plain language Summary Notice was published in key publications. The Summary Notice was written in an appropriate style for the target audience and included clear, concise, and understandable language. The published Summary Notice comports with the plain language standards for legal noticing based on various national and international authorities and organizations, including the Federal Judicial Center in the United States. Attached as **Exhibit G** are true and correct copies of the Summary Notices as they appeared in the national newspaper supplements and consumer magazines as described below:

| Magazines | | |
| --- | --- | --- |
| **Title** | **Circulation** | **Readership** |
| *People* | 3,563,065 | 42,756,780 |
| *Parade* | 32,500,000 | 76,375,000 |
| *TIME* | 3,276,822 | 17,858,680 |
| *USA Weekend* | 22,000,000 | 49,060,000 |
| **Total:** | **61,339,887** | **186,050,460** |

A. *Parade* (June 30, 2013)

**Parade** is a Sunday newspaper magazine designed to educate, entertain, and inspire. The editorial focuses on how regular people can make a difference in their lives, their communities, and the world. Pages cover investigative articles, celebrities, health, science, fitness, beauty, high school sports, and intellectual challenge.

B. *USA Weekend* (June 30, 2013)

**USA Weekend** is a general interest newspaper magazine written for readers who want to become better informed about the topics that matter most in their daily lives: family and food, getting fit and staying healthy, personal finance, personal computing, the latest in entertainment, and the newsmakers and newcomers at the national forefront.

C. *People* (July 8 and July 15, 2013)

**People** is a national weekly magazine with broad circulation of over 3.5 million and a readership of over 42 million. *People* contains insightful, compassionate, and entertaining coverage of the most intriguing people in our culture, from extraordinary people doing the ordinary to ordinary people caught up in extraordinary circumstances. By revealing the human side to every story, *People* connects readers to their world.

D. *TIME* (August 5, 2013)

*TIME* is a national weekly magazine with circulation of approximately 3.2 million and includes extensive reporting, analysis, and viewpoints that provide insight and big-picture perspective on the most important ideas of the day, at home and around the world. *TIME* regularly covers the myriad touch points of our lives, including politics and international affairs, business and finance, the environment, science and technology, health and nutrition, entertainment and celebrities, and philanthropy and volunteerism.

**WEBSITE AND TOLL-FREE TELEPHONE LINE**

15. The Notice Program includes an official settlement website and a toll-free telephone line. On this website, Class Members can obtain further information about the class action, their rights, dates and deadlines, and related information. The website address and telephone number were prominently displayed in the Summary Notice, Email Notice, and in the Postcard Notice mailed to Class Members.

16. <u>Website</u>. Pursuant to the Order and Paragraph 2.5(D) of the Settlement Agreement, GCG established an official website, www.shacksettlement.com (the "Settlement Website"), in order to post the Full Notice and Claim Form filed with the Court. These documents are printable in PDF electronic form, and Class Members were able to download these documents from the Settlement Website through the Claim Form deadline of August 27, 2013. Class Members also had the option to access and submit their Claim Forms electronically online. The Settlement Website became available on June 18, 2013, has been continuously available to the present, and is accessible 24 hours per day, seven days per week. In addition, pursuant to paragraph 2.5(E) of the Agreement, RadioShack posted on its website, www.radioshack.com, a link to the Settlement Website. As of September 8, 2013, there had been 136,733 visits to the Settlement Website.

17.    GCG has also received requests from individuals for the Full Notice and Claim Form ("Long Form Notice Packets") to be mailed.  All such requests were complied with in a timely manner, and as of the week ending September 8, 2013, GCG had mailed 4,055 Full Notice Packets to requestors.  Copies of the Full Notice and Claim Form available on the Settlement Website and mailed upon request are attached hereto as **Exhibit H** and **Exhibit I**, respectively.

18.    <u>Toll-Free Telephone Line</u>.    Pursuant to the Order and Paragraph 2.5(D) of the Settlement Agreement, GCG established a toll-free telephone line, 1-855-590-8701, which Class Members can call to obtain Claim Forms or be directed to Class Counsel with inquiries.  As of September 8, 2013, there had been 18,007 calls to the toll-free telephone line.  GCG has and will continue to maintain the toll-free line and expeditiously handle Class Member inquiries.

## CLAIMS ADMINISTRATION

19.    Pursuant to the Order, Claimants were required to submit Claim Forms online or postmarked by August 27, 2013.  As of September 8, 2013, GCG had received and processed 83,332 timely Claim Forms.  As of September 8, 2013, GCG had received and processed 29 late claims, and will process any additional late claims that may be submitted.

20.    Pursuant to section 2.9(B) of the Settlement Agreement, GCG is reviewing Claim Forms in order to determine whether a Claim Form is a Valid Claim Form as defined by the terms of the Settlement.  As part of this validation process, GCG is reviewing all Claim Forms for duplicate submissions, ineligible purchases, known fraudulent filers, and any individuals excluded from the Class based on the Class definition, including RadioShack, its officers, employees, and attorneys; transactions conducted with business credit or debit cards; and transactions made with RadioShack-branded debit or credit cards.  The validation process is ongoing, but as of September 8, 2013, a total of 82,498 claims have been

validated.

**OBJECTIONS AND EXCLUSION REQUESTS**

21.     Exclusion Requests.     Pursuant to Section 2.6(A) of the Settlement Agreement, Class Members who wish to be excluded from the Settlement are required to submit their written and executed exclusion request to GCG, postmarked no later than August 27, 2013.  As of September 8, 2013, GCG had received 1,555 timely, valid exclusion requests from Class Members.  As of September 8, 2013, GCG had received six (6) untimely postmarked exclusions, and may continue to receive untimely exclusion requests from Class Members.

22.     Objections.     Pursuant to Section 2.6(B) of the Settlement Agreement, Class Members who wish to object to the Settlement are required to file their objection with the Court no later than August 27, 2013.  As of September 8, 2013, GCG had received six (6) timely potential objections from Class Members.  GCG is also aware that the Court has received additional timely and untimely submitted objections.

**NOTICE AND ADMINISTRATION COSTS**

23.     As detailed above, GCG has completed dissemination of notice, has processed and continues to process claims, and has maintained and continues to maintain and update the toll-free telephone line and Website.  GCG's fees and expenses up to July 31, 2013 are $2,121,860.54, of which a total of $98,000 relates to preparing and sending direct notice by email and printing the Direct Postcard Notice; a total of $1,064,642.89 relates to postage for the Postcard Notice mailing; and a total of $515,277.86 relates to executing the Publication Notice Plan per this Court's Order.

24.     GCG will continue to administer the settlement and is prepared to make distributions to Valid claimants and handle all related follow-up through closure of this matter.  Based on our review of the Agreement, GCG estimates its remaining

fees and expenses will be approximately $134,441.20. If the scope of administration or the project assumptions change, the aforementioned estimate will adjust accordingly.

**CONCLUSION**

25. It is generally accepted that a Due Process Notice Program should reach at least 70 percent of all Class Members. GCG obtained the customer data from RadioShack for a comprehensive direct mail notice program to Class Members. After final calculations, the Notice Program has an estimated total reach of 70 percent of the target of "RadioShack consumers who have a credit or debit card." Under the circumstances, this Notice Program was reasonably calculated to ensure the highest standard of individual notice to Class Members. In my opinion, this Notice Program adequately satisfied due process and the rules governing class actions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of September, 2013, at Seattle, Washington.

_____

Jennifer M. Keough

# EXHIBIT A

# Jennifer M. Keough
*Chief Operating Officer*

Jennifer M. Keough is Chief Operating Officer ("COO") of GCG and oversees all operations across every practice area company wide. Working directly with the President and CEO, and leading a team that spans the country, Ms. Keough is responsible for the company's day-to-day operating activities, as well as strategic planning and business development.  She has managed hundreds of administrations throughout her career and continues to do so in her capacity as COO.

Ms. Keough has been a key contributor to GCG since she joined the organization in 2003 as Vice President and Managing Director of the company's West Coast operations.  She was named Executive Vice President in February 2009, and assumed her current role of COO in November 2011.

Since joining GCG, Ms. Keough has helped the firm establish a formidable presence in the region and the nation.  The Seattle office, which she opened in 2003 with just three employees, has since grown to a workforce of more than 200 under her leadership. In June 2012, the Seattle office moved into a 43,000 square foot state-of-the-art facility to support the growing personnel and caseload demands of the firm.

Before joining GCG, Ms. Keough was a Class Action Business Analyst for Perkins Coie, where she was responsible for managing the settlement implementation process for large class action settlements. Prior to joining Perkins Coie, she worked for more than a decade at Smith & Hennessey PLLC (formerly Smith & Leary PLLC), where she successfully managed large scale legal projects and financial investigations primarily in complex matters in the Pacific Northwest, Alaska, Georgia, Louisiana, Mississippi, and Florida.

With more than 20 years of legal expertise, Ms. Keough has developed and implemented many of the nation's largest and most high-profile claims administrations.  Her experience extends well beyond simply implementing previously established notice programs and claims processes. She has particular expertise in the innovative construction of processes involving highly complex data issues, extensive documentation requirements, sensitive health care matters, and high dollar awards.  Her dedication to clients and claimants, and her excellent quality of work were specifically identified in the Report and Recommendations of Trustee on Distributions from the Engle Trust Fund in the Engle Class Action, a tobacco-related litigation. The Trustee noted that, "The outstanding organizational and administrative skills of GCG and particularly of Jennifer Keough cannot be overstated."

Ms. Keough personally manages the design, implementation and oversight of GCG's most complex and high-profile matters, including:

**The Gulf Coast Claims Facility**

GCG was retained to administer the $20 billion fund established by British Petroleum to compensate individuals and businesses ranging across the entire Gulf Coast for costs and damages arising from the April 2010 oil spill in the Gulf of Mexico.  GCG's services included:

- An extensive publication program
    - National and regional advertising (more than 250 regional newspapers)
    - Strategic Internet notice with more than 16 million banner ad impressions on local newspaper, television and radio websites
    - Posters in over 10,000 locations
- Mailing more than 550,000 claim packets
- Receiving more than 1.05 million claims to date
- Mailing more than 50 different letters five days a week - as many as 30,000 letters weekly
- Designing and maintaining an official and secure GCCF website in 4 languages which has had more than 1.2 billion website hits
- Receiving and responding to more than 7 million calls - handling more than 330,000 calls in a single day
- Distributing payments to more than 450,000 claimants, totaling in excess of $6.3 billion

**Native American Trust Settlement – Elouise Pepion Cobell, et al. v. Ken Salazar**

GCG was retained to administer this landmark $3.4 billion government class action settlement, the largest in US history involving land; proceeds from farming and grazing leases, timber sales, mining, oil and gas production, and other activities; and other assets held in trust by the federal government for the benefit of individual Native Americans. When the federal government was held to have violated its trust duties and mismanaged these assets, it was ordered to identify beneficiaries across the entire country and provide extensive relief. GCG's services included:
- Distributing notice materials to more than 700,000 individuals
- Performing in-depth demographic research to map locations of class members to strategically target community outreach areas
- Implementing an extensive community outreach program including:
    - Posters, flyers, and DVD distribution
    - Posters distributed to U.S. Post Offices and placed in over 10,000 targeted locations
    - Town hall meetings
- Handling more than 2.5 million minutes of class member call time
- Providing informational videos in 10 languages, including Navajo, Apache, Ojibwe and Cherokee, on the case website (www.indiantrust.com)

**The Engle Trust – Howard Engle, M.D., et al. v. R.J. Reynolds Tobacco Co., Philip Morris Incorporated, et al.**

The $800 million Engle Trust Fund was established as part of litigation involving several tobacco companies and Florida smokers, and GCG was selected as the administrator by the Court and Trustee for the Trust Fund.  Under the leadership of Ms. Keough, GCG's work included:

- Assisting with the design of the claims processing protocol, the creation of the notice and claims form
- Evaluating over 1.5 million pages of documentation and medical records regarding dozens of eligible diagnoses and medical conditions from over 45,000 claimants
- Establishing the case website in three different languages (English, Spanish, and Creole)

- Designing protocols to identify and verify eligible survivors and where necessary, GCG mediated disputes regarding who should receive payment
- Determining valid claims and distributing payments

GCG distributed the Fund ahead of schedule to eligible claimants, many of whom were seriously ill.

In addition to her highly valued contributions and oversight in the above administrations, Ms. Keough has personally managed numerous other large, high-profile matters, applying her attention to detail, creativity, excellent communication skills, and strong leadership to each project. Additional projects which she has personally managed include the **Williams Securities Litigation** ($311 million settlement fund), the **Napster Copyright Litigation** ($130 million settlement fund), and the **American Express Financial Advisors Securities Litigation** ($100 million settlement fund / 1 million claims processed). Ms. Keough is also highly experienced in complex data management. In one recent matter alone involving data from three major credit reporting bureaus, Ms. Keough led GCG's efforts to load, analyze, deduplicate, and conform massive quantities of data.

Ms. Keough has extensive experience in all facets of notice campaigns and is a recognized leader in the field of email notice in particular. Her expertise in this area is unmatched. She has designed and implemented many of the largest, most complex email notice programs to date, including, but not limited to:

| | |
|---|---|
| **ClassMates.com** | 57 million emails |
| **Webloyalty.com** | 18 million emails |
| **Browning v. Yahoo! Inc.** | 15 million emails |
| **Expedia, Inc**. | 13 million emails |
| **AT&T Wireless** | 7 million emails |
| **Equifax Consumer Services, Inc.** | 7 million emails |
| **1-800 Flowers Retail** | 4.6 million emails |
| **TransUnion, LLC and TrueLink, Inc.** | 3.6 million emails |
| **New Motion, Inc.** | 1.3 million emails |
| **Sirius XM Radio** | 1.7 million emails |
| **Consumerinfo.com** | 1 million emails |

Ms. Keough earned her J.D. from Seattle University School of Law. She earned her Master's in Finance and Valuation, *cum laude*, and her B.A. in Business Management from Seattle University Albers School of Business.

# EXHIBIT B

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601.1692

TELEPHONE: +1.312.782.3939 • FACSIMILE: +1.312.782.8585

DIRECT NUMBER: (312) 269-4155
IFIORENTINOS@JONESDAY.COM

May 24, 2013

<u>VIA FEDERAL EXPRESS</u>

United States Attorney General
And Other Attorneys General
Identified in the Attached Exhibit A

Re:     **CAFA Notice of Proposed Class Action Settlement**
        *Redman v. RadioShack Corporation*, **1:11-cv-06741 and**
        *Aliano et al. v. RadioShack Corporation*, **1:11-cv-07819**

Dear Sir or Madam:

In compliance with § 1715(b) of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1711 *et seq.*, please find enclosed information relating to the proposed settlement of the lawsuit entitled *Redman v. RadioShack Corporation,* Case Number 1:11-cv-06741, and consolidated case *Aliano et al. v. RadioShack Corporation,* Case Number 1:11-cv-07819, United States District Court, Northern District of Illinois (E.D.), (Hon. Maria Valdez, presiding).  On May 16, 2013, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement Agreement, which is scheduled for presentment to the Court on May 29, 2013, at 10:15 a.m.

The enclosed CD contains the following materials relating to the proposed settlement in the above-referenced matter:

1.     Class Action Complaint (*Redman*) and Class Action Complaint and Amended Class Action Complaint (*Aliano et al.*), provided pursuant to 28 U.SC. § 1715(b)(1);
2.     Notice of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement Agreement, provided pursuant to 28 U.S.C. § 1715(b)(2);
3.     Plaintiffs' Motion for Preliminary Approval and the parties' Class Action Settlement Agreement and Release and attached exhibits, provided pursuant to 28 U.S.C. § 1715(b)(3)-(5); and

4.     The Order reassigning the consolidated case to Magistrate Judge Maria Valdez for proceedings, including the entry of final judgment, on Plaintiffs' Motion for Preliminary Approval, provided pursuant to 28 U.S.C. § 1715(b)(6).

The Court has not yet entered a final judgment or any order dismissing the case, nor has the Court rendered any written judicial opinion related to the materials described above.

Finally, as RadioShack Corporation is a nationwide retailer with over 4,000 stores throughout the United States, it is not feasible at this time to provide the names of class members who reside in each State or a reasonably accurate estimate of the proportionate share of the claims of such members to the entire settlement.

Defendant is represented by James Daly, Irene Fiorentinos and Elizabeth Jenkins of Jones Day. Should you have any questions regarding this notice or any of the enclosed information, please feel free to contact Irene Fiorentinos directly by email at ifiorentinos@jonesday.com or by phone at (312) 269-4155.

Very truly yours,

 /s/ Irene S. Fiorentinos
Irene S. Fiorentinos

cc:     Paul F. Markoff
        Markoff Leinberger LLC
        134 N LaSalle St. Ste 1050
        Chicago, IL 60602
        Attorney for Plaintiff Redman

        Thomas A. Zimmerman
        Zimmerman Law Offices, P.C.
        77 W. Washington St. Ste 1220
        Chicago, IL 60602
        Attorney for Plaintiffs Aliano and Radaviciute

Eric H. Holder Jr.
US Attorney General
US Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530
(202) 514-2001

Michael C. Geraghty
Attorney General for Alaska
1031 W. 4th Avenue
Suite 200
Anchorage, AK  99501
(907) 269-5100

Luther Strange
Attorney General for Alabama
501 Washington Avenue
Montgomery, AL  36104
(334) 242-7300

Dustin McDaniel
Attorney General for Arkansas
323 Center St., Suite 200
Little Rock, AR  72201
(501) 682-2007

Tom Horne
Attorney General for Arizona
1275 W. Washington St.
Phoenix, AZ  85007
(602) 542-5025

CAFA Coordinator
Office of the Attorney General
Consumer Law Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA  94102
(415) 703-5500

John W. Suthers
Attorney General for Colorado
Ralph L. Carr Colorado Judicial
Center, 1300 Broadway, 10th Fl
Denver, CO  80203
(720) 508-6000

George C. Jepsen
Attorney General for Connecticut
55 Elm St.
Hartford, CT  06106
(860) 808-5318

Irvin B. Nathan
Attorney General for DC
One Judiciary Square
441 4th St. NW
Washington, DC  20001
(202) 727-3400

Joseph R. Biden III
Attorney General for Delaware
Carvel State Office Bldg.
820 N. French St., 6th Fl
Wilmington, DE  19801
(302) 577-8400

Pam Bondi
Attorney General for Florida
The Capitol PL-01
Tallahassee, FL  32399
(850) 414-3300

Sam Olens
Attorney General for Georgia
40 Capitol Square SW
Atlanta, GA  30334
(404) 656-3300

David M. Louie
Attorney General for Hawaii
425 Queen St.
Honolulu, HI  96813
(808) 586-1500

Tom Miller
Attorney General for Iowa
1305 E Walnut St
Des Moines, IA  50319
(515) 281-5164

Lawrence G. Wasden
Attorney General for Idaho
700 W. Jefferson St.
Suite 210
Boise, ID  83720
(208) 334-2400

Lisa Madigan
Attorney General for Illinois
100 W Randolph St.
Chicago, IL  60601
(312) 814-3000

Greg Zoeller
Attorney General for Indiana
Indiana Government Center South
302 W. Washington St, 5th Floor
Indianapolis, IN  46204
(317) 232-6201

Derek Schmidt
Attorney General for Kansas
120 SW 10th Ave., 2nd Fl.
Topeka, KS  66612
(785) 296-2215

Jack Conway
Attorney General for Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY  40601
(502) 696-5300

James D. 'Buddy' Caldwell
Attorney General for Louisiana
1885 North 3rd St., 6th Floor
Baton Rouge, LA  70802
(225) 326-6000

Martha Coakley
Attorney General for Massachusetts
1 Ashburton Pl.
Boston, MA  02108
(617) 727-2200

Douglas F. Gansler
Attorney General for Maryland
200 St. Paul Pl.
Baltimore, MD  21202
(410) 576-6300

Janet T. Mills
Attorney General for Maine
6 State House Station
Augusta, ME  04333
(207) 626-8800

Bill Schuette
Attorney General for Michigan
G. Mennen Williams Bldg., 7th Fl.
525 W. Ottawa St.
Lansing, MI  48909
(517) 373-1110

Lori Swanson
Attorney General for Minnesota
1400 Bremer Tower
445 Minnesota St.
St. Paul, MN  55101
(651) 296-3353

Chris Koster
Attorney General for Missouri
Supreme Court Building
207 W High St.
Jefferson City, MO  65101
(573) 751-3321

Jim Hood
Attorney General for Mississippi
Walter Sillers Bldg.
550 High St., Ste. 1200
Jackson, MS  39201
(601) 359-3680

Tim Fox
Attorney General for Montana
Justice Building, 3rd Fl.
215 North Sanders
Helena, MT  59601
(406) 444-2026

Roy Cooper
Attorney General for North Carolina
114 West Edenton Street
Raleigh, NC  27602
(919) 716-6400

Wayne Stenehjem
Attorney General for North Dakota
State Capitol
600 E. Blvd. Ave., Dept. 125
Bismarck, ND  58505
(701) 328-2210

Jon Bruning
Attorney General for Nebraska
2115 State Capitol
Lincoln, NE  68509
(402) 471-2682

Michael A. Delaney
Attorney General for New Hampshire
33 Capitol St.
Concord, NH  03301
(603) 271-3658

Jeffrey S. Chiesa
Attorney General for New Jersey
HJC, 8th Floor, West Wing
25 Market Street
Trenton, NJ  08625
(609) 292-4925

Gary K. King
Attorney General for New Mexico
408 Galisteo St.
Villagra Bldg.
Santa Fe, NM  87501
(505) 827-6000

Catherine Cortez Masto
Attorney General for Nevada
100 N. Carson St.
Carson City, NV  89701
(775) 684-1100

Eric T. Schneiderman
Attorney General for New York
The Capitol
Albany, NY  12224
(800) 771-7755

Mike DeWine
Attorney General for Ohio
30 E. Broad St., 14th Floor
Columbus, OH  43215
(614) 466-4986

E. Scott Pruitt
Attorney General for Oklahoma
313 NE 21st St.
Oklahoma City, OK  73105
(405) 521-3921

Ellen F. Rosenblum
Attorney General for Oregon
Oregon Department of Justice
1162 Court St. NE
Salem, OR  97301
(503) 378-4400

Kathleen G. Kane
Attorney General for Pennsylvania
16th Floor, Strawberry Square
Harrisburg, PA  17120
(717) 787-3391

Peter Kilmartin
Attorney General for Rhode Island
150 S. Main St.
Providence, RI  02903
(401) 274-4400

Alan Wilson
Attorney General for South Carolina
Rembert Dennis Bldg
1000 Assembly St., Room 519
Columbia, SC  29201
(803) 734-3970

Marty J. Jackley
Attorney General for South Dakota
1302 E. Hwy. 14, Suite 1
Pierre, SD  57501
(605) 773-3215

Robert E. Cooper, Jr.
Attorney General for Tennessee
Cordell Hull Building, Ground Floor
425 5th Ave. N.
Nashville, TN  37243
(615) 741-3491

Greg Abbott
Attorney General for Texas
300 W. 15th St.
Austin, TX  78701
(512) 463-2100

Mark Shurtleff
Attorney General for Utah
Utah State Capitol Complex
350 N. State St., Suite 230
Salt Lake City, UT  84114
(801) 538-9600

Kenneth T. Cuccinelli II
Attorney General for Virginia
900 E. Main St.
Richmond, VA  23219
(804) 786-2071

William H. Sorrell
Attorney General for Vermont
109 State St.
Montpelier, VT  05609
(802) 828-3171

Bob Ferguson
Attorney General for Washington
1125 Washington St. SE
Olympia, WA  98504
(360) 753-6200

J.B. Van Hollen
Attorney General for Wisconsin
Wisconsin Dept. of Justice
17 W. Main St
Madison, WI  53703
(608) 266-1221

Patrick Morrisey
Attorney General for West Virginia
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV  25305
(304) 558-2021

Gregory A. Phillips
Attorney General for Wyoming
123 Capitol Building
200 W. 24th St.
Cheyenne, WY  82002
(307) 777-7841

Luis Sánchez Betances
Edificio Principal del Depto. De Justicia
Piso 11, 601 Calle Olimpo
Esquina Axtmayer, Parada 11
San Juan, PR  00907
(787) 721-7771

Vincent F. Frazer
Attorney General for Virgin Islands
34-38 Kronprindsens Gade
GERS Bldg, 2nd Fl
St. Thomas, VI  00802
(340) 774-5666

# EXHIBIT C



**Delivered**

| Tracking No.or Nickname | Shipper city, state | Ship (P/U) date | Status | Recipient city, state | Delivery date | Signature image |
|---|---|---|---|---|---|---|
| 520360046424 | Seattle, WA | 5/24/2013 | Delivered | Washington, DC | 5/28/2013 | Yes |
| 520360045987 | Seattle, WA | 5/24/2013 | Delivered | Anchorage, AK | 5/28/2013 | Yes |
| 520360045998 | Seattle, WA | 5/24/2013 | Delivered | Montgomery, AL | 5/28/2013 | Yes |
| 520360046001 | Seattle, WA | 5/24/2013 | Delivered | Little Rock, AR | 5/28/2013 | Yes |
| 520360046012 | Seattle, WA | 5/24/2013 | Delivered | Phoenix, AZ | 5/28/2013 | Yes |
| 520360046023 | Seattle, WA | 5/24/2013 | Delivered | San Francisco, CA | 5/28/2013 | Yes |
| 520360046034 | Seattle, WA | 5/24/2013 | Delivered | Denver, CO | 5/28/2013 | Yes |
| 520360046045 | Seattle, WA | 5/24/2013 | Delivered | Hartford, CT | 5/28/2013 | Yes |
| 520360046056 | Seattle, WA | 5/24/2013 | Delivered | Washington, DC | 5/28/2013 | No |
| 520360046067 | Seattle, WA | 5/24/2013 | Delivered | Wilmington, DE | 5/28/2013 | Yes |
| 520360046078 | Seattle, WA | 5/24/2013 | Delivered | Tallahassee, FL | 5/28/2013 | Yes |
| 520360046089 | Seattle, WA | 5/24/2013 | Delivered | Atlanta, GA | 5/28/2013 | Yes |
| 520360046090 | Seattle, WA | 5/24/2013 | Delivered | Honolulu, HI | 5/28/2013 | Yes |
| 520360046104 | Seattle, WA | 5/24/2013 | Delivered | Des Moines, IA | 5/28/2013 | Yes |
| 520360046115 | Seattle, WA | 5/24/2013 | Delivered | Boise, ID | 5/28/2013 | Yes |
| 520360046126 | Seattle, WA | 5/24/2013 | Delivered | Chicago, IL | 5/28/2013 | No |
| 520360046137 | Seattle, WA | 5/24/2013 | Delivered | Indianapolis, IN | 5/28/2013 | Yes |
| 520360046148 | Seattle, WA | 5/24/2013 | Delivered | Topeka, KS | 5/28/2013 | Yes |
| 520360046159 | Seattle, WA | 5/24/2013 | Delivered | Frankfort, KY | 5/28/2013 | Yes |
| 520360046160 | Seattle, WA | 5/24/2013 | Delivered | Baton Rouge, LA | 5/28/2013 | Yes |
| 520360046170 | Seattle, WA | 5/24/2013 | Delivered | Boston, MA | 5/28/2013 | Yes |
| 520360046181 | Seattle, WA | 5/24/2013 | Delivered | Baltimore, MD | 5/28/2013 | Yes |
| 520360046192 | Seattle, WA | 5/24/2013 | Delivered | Augusta, ME | 5/28/2013 | Yes |
| 520360046207 | Seattle, WA | 5/24/2013 | Delivered | Lansing, MI | 5/28/2013 | Yes |
| 520360046218 | Seattle, WA | 5/24/2013 | Delivered | St. Paul, MN | 5/28/2013 | Yes |
| 520360046229 | Seattle, WA | 5/24/2013 | Delivered | Jefferson City, MO | 5/28/2013 | Yes |
| 520360046230 | Seattle, WA | 5/24/2013 | Delivered | Jackson, MS | 5/28/2013 | Yes |
| 520360046240 | Seattle, WA | 5/24/2013 | Delivered | Helena, MT | 5/28/2013 | Yes |

**Delivered**

| | | | | | | |
|---|---|---|---|---|---|---|
| 520360046251 | Seattle, WA | 5/24/2013 | Delivered | Raleigh, NC | 5/28/2013 | Yes |
| 520360046262 | Seattle, WA | 5/24/2013 | Delivered | Bismarck, ND | 5/28/2013 | Yes |
| 520360046273 | Seattle, WA | 5/24/2013 | Delivered | Lincoln, NE | 5/28/2013 | Yes |
| 520360046284 | Seattle, WA | 5/24/2013 | Delivered | Concord, NH | 5/28/2013 | Yes |
| 520360046295 | Seattle, WA | 5/24/2013 | Delivered | Trenton, NJ | 5/28/2013 | Yes |
| 520360046300 | Seattle, WA | 5/24/2013 | Delivered | Santa Fe, NM | 5/28/2013 | Yes |
| 520360046310 | Seattle, WA | 5/24/2013 | Delivered | Carson City, NV | 5/28/2013 | Yes |
| 520360046321 | Seattle, WA | 5/24/2013 | Delivered | Albany, NY | 5/28/2013 | Yes |
| 520360046332 | Seattle, WA | 5/24/2013 | Delivered | Columbus, OH | 5/28/2013 | Yes |
| 520360046343 | Seattle, WA | 5/24/2013 | Delivered | Oklahoma City, OK | 5/28/2013 | Yes |
| 520360046354 | Seattle, WA | 5/24/2013 | Delivered | Salem, OR | 5/28/2013 | Yes |
| 520360046365 | Seattle, WA | 5/24/2013 | Delivered | Harrisburg, PA | 5/28/2013 | Yes |
| 520360046376 | Seattle, WA | 5/24/2013 | Delivered | Providence, RI | 5/28/2013 | Yes |
| 520360046387 | Seattle, WA | 5/24/2013 | Delivered | Columbia, SC | 5/28/2013 | Yes |
| 520360046398 | Seattle, WA | 5/24/2013 | Delivered | Pierre, SD | 5/28/2013 | Yes |
| 520360046402 | Seattle, WA | 5/24/2013 | Delivered | Nashville, TN | 5/28/2013 | Yes |
| 520360046413 | Seattle, WA | 5/24/2013 | Delivered | Austin, TX | 5/28/2013 | Yes |
| 520360046435 | Seattle, WA | 5/24/2013 | Delivered | Salt Lake City, UT | 5/28/2013 | Yes |
| 520360046446 | Seattle, WA | 5/24/2013 | Delivered | Richmond, VA | 5/28/2013 | Yes |
| 520360046457 | Seattle, WA | 5/24/2013 | Delivered | Montpelier, VT | 5/29/2013 | Yes |
| 520360046468 | Seattle, WA | 5/24/2013 | Delivered | Olympia, WA | 5/28/2013 | Yes |
| 520360046479 | Seattle, WA | 5/24/2013 | Delivered | Madison, WI | 5/28/2013 | Yes |
| 520360046480 | Seattle, WA | 5/24/2013 | Delivered | Charleston, WV | 5/28/2013 | Yes |
| 520360046490 | Seattle, WA | 5/24/2013 | Delivered | Cheyenne, WY | 5/28/2013 | Yes |
| 520360046505 | SEATTLE, WA | 5/24/2013 | Delivered | SAN JUAN, PR | 5/29/2013 | Yes |
| 520360046516 | SEATTLE, WA | 5/24/2013 | Delivered | ST. THOMAS, | 5/28/2013 | Yes |

# EXHIBIT D

**RadioShack**
**Notice of Class Action Settlement**
*Redman, et al. v. RadioShack Corporation*, No. 11 C 6741 (N.D. Ill.)
**Please read this carefully. It may affect your legal rights.**
www.shacksettlement.com

To:     All persons who, between August 24, 2010 and November 21, 2011, paid by credit or debit card for products or services and received an electronically-printed receipt from any RadioShack store that contained the expiration date of the person's credit or debit card. Excluded are RadioShack, its officers, employees, and attorneys; transactions conducted with business credit or debit cards; and transactions made with RadioShack-branded debit or credit cards.

The Plaintiffs in this lawsuit allege that the Defendant wrongly printed the expiration date of credit or debit card numbers on customer receipts in violation of the Fair and Accurate Credit Transactions Act. Defendant denies it is liable to Plaintiffs or the class.

If you are a member of the class, you can submit a claim to receive a $10.00 RadioShack Voucher. You must submit a claim form to receive a benefit. You can also object to the proposed settlement or exclude yourself from the class by sending a letter so stating, or you can appear in the case. The deadline to act is **August 27, 2013**. If you do not exclude yourself from the class, the court's judgment will be binding on you.

This is an abbreviated version of the full class notice. Please visit www.shacksettlement.com for more information and to submit a claim online. For more information, you may also contact the Class Settlement Administrator at 855.590.8701 or Plaintiffs' attorneys at 312.726.4162.

DO NOT CONTACT THE COURT FOR INFORMATION, AS IT WILL NOT BE ABLE TO ASSIST YOU

# EXHIBIT E



June 13, 2013

**VIA FEDERAL EXPRESS**

Ms. Abigail Abraham
Assistant General Counsel
AOL, Inc.
22000 AOL Way
Dulles, VA 20166

**Re:     Court-Ordered E-mail Notice Distribution for aol.com**

Dear Ms. Abraham,

I am the Chief Operating Officer of The Garden City Group, Inc. ("GCG"), which is in the business of administering large class action lawsuits, including all related Court-ordered class notice requirements (www.gcginc.com).  GCG was selected by the parties and appointed by the United States District Court for the Northern District of Illinois (Eastern Division) as the Settlement Administrator in the lawsuit known as *Redman, et al. v. RadioShack Corporation,* case no. 11-CV-06741.  Pursuant to Court Order, notification to over 500,000 plaintiffs in the Class is to proceed via email.  The Court's Order is attached to this letter as Exhibit A.  You can obtain additional information about the class action lawsuit, including certain Court documents, on the official class action website at www.ShackSettlement.com.

We will be distributing Court-approved email notices to all Class Members beginning as early as June 18, 2013, and ending up to four business days later.  A copy of the complete email notice approved by the Court is attached as Exhibit B.  **We estimate that about 64,321 plaintiffs will receive notice via an email address at aol.com.**

I am writing to seek your assistance in assuring that email notifications sent pursuant to the Court Order are not blocked or filtered as spam email, or as email that does not otherwise conform to your delivery policies.  To that end, please note that all emails will bear the domain name:

shacksettlement@tgcginc.com



These emails will originate from the following range of IP addresses:

174.46.64.*
64.195.212.*

In addition, I have attached as Exhibit C an example of what the header of these email messages will look like.

Please let me know if you will not be able to accommodate the Court's Order, or if there are further steps that either you or GCG should undertake to ensure delivery of the email notification. I can be reached by email at jennifer.keough@gardencitygroup.com, or by telephone at 206-876-5276.

Thank you.

Sincerely,

/s/

Jennifer M. Keough
Chief Operating Officer


Enclosure



EXHIBIT F

Dear Test Claimant:

Please read the message below regarding a class action settlement of a lawsuit against RadioShack Corporation. It is time sensitive and may affect your legal rights. You can also go to www.shacksettlement.com to view the notice and submit a claim.

Claim No: 9876543
Control No: 987654321

- TO: All persons who, between August 24, 2010 and November 21, 2011, paid by credit or debit card for products or services and received an electronically-printed receipt from any RadioShack store that contained the expiration date of the person's credit or debit card ("Class" or "Class Member").

- Eligible stores consist of any point of sale owned or operated by RadioShack Corporation ("Defendant") in the United States of America ("Stores"). Excluded from the definition of "Store" are all points of sale located in any RadioShack Authorized Dealer location or franchise location.

- Excluded from the Class are Defendant, its officers, employees, and attorneys; transactions conducted with business credit or debit cards; and transactions made with RadioShack-branded debit or credit cards, as those cards do not contain expiration dates.

- The settlement resolves a lawsuit over whether Defendant violated certain requirements imposed by the Fair and Accurate Credit Transactions Act, 15 U.S.C. § 1681, *et seq.* ("FACTA"). This settlement avoids the future costs and risks associated with continuing litigation and entitles consumers like you the opportunity to submit a claim for a $10.00 voucher that can be used for products or services at any Store ("Settlement Benefits").

- Your legal rights are affected whether you act or not. Read this Notice carefully.

## <u>YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT:</u>

| | |
|---|---|
| **SUBMIT A CLAIM FORM** | The only way to get Settlement Benefits (a $10.00 RadioShack Settlement Voucher). |
| **EXCLUDE YOURSELF** | Receive no Settlement Benefits but retain your right to sue about the legal claims in this case. |
| **OBJECT** | Write to the Court about why you do not like the settlement. |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the settlement. |
| **DO NOTHING** | Receive no Settlement Benefits. Give up rights. |

- These rights and options – and the deadlines to exercise them – are explained in this Notice.

- The court in charge of this case still has to decide whether to approve the settlement. Settlement Benefits will be distributed if the court approves the settlement and after appeals, if any, are resolved. Please be patient.

## 1. What is this lawsuit about?

Scott D.H. Redman, Mario Aliano, and Victoria Radaviciute ("Plaintiffs"), on behalf of all members of the Class, have asserted that Defendant violated certain requirements imposed by FACTA. Specifically, Plaintiffs claim that Defendant printed the expiration date of credit or debit cards on receipts provided to Class Members and that such actions were in violation of FACTA. Plaintiffs have not alleged any actual monetary damage. In the absence of actual monetary damages, in order for Plaintiffs to prevail, the court would have to find that Defendant willfully violated FACTA. Defendant denies any liability or wrongdoing. The parties have entered into a Class Action Settlement Agreement and Release ("Settlement Agreement") in an effort to resolve this lawsuit without the need for a trial. For more information, you may contact Plaintiffs' attorneys ("Class Counsel") at 312.726.4162.

## 2. Why is this a class action?

In a class action, one or more people called Class Representatives (in this case, Plaintiffs) sue on behalf of a group of people who have similar claims. The people with similar claims are a Class or Class Members. One court resolves the issues for all Class Members, except for those who exclude themselves from the Class.

## 3. Why is there a settlement?

The court did not decide in favor of Plaintiffs or Defendant. Plaintiffs think they would have prevailed at a trial. Defendant thinks it would have prevailed at trial. There was no trial. Instead, both sides agreed to a settlement. That way, they avoid the cost of a trial, and the people affected will get compensation. The Class Representatives and their attorneys think the settlement is best for all Class Members.

## 4. How do I know if I am part of the settlement?

Everyone who fits the following description is a Member of the Class:

All persons who, between August 24, 2010 and November 21, 2011, paid by credit or debit card for products or services and received an electronically-printed receipt from any Store that contained the expiration date of the person's credit or debit card. Excluded from the Class are Defendant, its officers, employees, and attorneys; transactions conducted with business credit or debit cards; and transactions made with RadioShack-branded debit or credit cards, as those cards do not contain expiration dates.

**5. What does the settlement provide?**

Class Members can submit a claim to receive a $10.00 RadioShack Settlement Voucher redeemable at any RadioShack Store, as identified in this Notice, or online at www.radioshack.com, for any product or service ("Settlement Voucher"). No Class Member will be entitled to more than one Settlement Voucher, regardless of the number of receipts that may have contained the expiration date of the Class Member's debit or credit card or that are claimed by the Class Member. Each Settlement Voucher: (1) shall be fully transferrable to any person; (2) shall be redeemable only at a RadioShack-branded store or online at www.radioshack.com; (3) shall be redeemable until the Redemption Deadline (six (6) months after the Effective Date of the Settlement); (4) shall have no cash value; (5) shall not be replaced if lost, stolen, or damaged; and (6) may be used only once, even if the user does not use the full amount of the credit available on the Settlement Voucher at one time. Up to three (3) Settlement Vouchers may be aggregated for use at one time. No change will be provided for the purchase of items using the Settlement Voucher having a price lower than the balance of the Settlement Voucher.

If claims for Settlement Vouchers exceed $5,350,000 ("Settlement Amount") after deducting certain other payments (see following paragraph), the amount of each Settlement Voucher will be reduced *pro rata*.

The Settlement Agreement also requires, among other things, that the following will be deducted from the Settlement Amount: (a) $5,000 paid to each Plaintiff for their individual claims and their services as Class Representatives; (b) up to $1,000,000 (18.69% of the Settlement Amount) to Class Counsel for attorneys' fees and costs; and (c) costs for notifying Class Members of the Settlement, administering the Settlement, and distributing Settlement Benefits.

**6. How can I get a Settlement Benefit?**

You must submit a completed claim form by **August 27, 2013**. You can click here to submit a claim on-line, you can click here to download a claim form to submit by mail, or you can call **1-855-590-8701** to have a claim form mailed to you. In any case your claim form must be submitted (or postmarked, if mailed) by **August 27, 2013**.

**7. When would I get my Settlement Benefit?**

The Court will hold a hearing on **September 17, 2013,** at **11:00 a.m**. at the U.S. District Court, 219 S. Dearborn St., Courtroom 1041, Chicago, IL 60604, to decide whether to finally approve the settlement. If the Court approves the settlement, somebody may appeal the decision, which could take more than a year to resolve. Please be patient. If the Court approves the settlement and nobody objects to the settlement, Settlement Benefits will be distributed within 21 days of the Court's approval.

**8. What am I giving up to get Settlement Benefits and stay in the Class?**

Unless you exclude yourself, you are staying in the Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against Defendant about the legal issues in *this lawsuit*. It also means that all of the Court's orders will apply to you and legally bind you.

## 9. Can I exclude myself from the Class?

Yes. If you do not want to participate in the settlement or receive any Settlement Benefits, you must notify the Class Settlement Administrator in writing of your intention to be excluded (opt out). Your election to opt out must contain the following information: your name, your current address, your signature, a statement clearly stating words to the effect of "I want to be excluded from the *Redman, et al. v. RadioShack* Settlement," and the date. You must mail your exclusion request postmarked no later than **August 27, 2013** to the following:

RadioShack Project Administration
c/o GCG
P.O. Box 35044
Seattle, WA 98124-3508

If you exclude yourself, you will not get any Settlement Benefits and you cannot object to the settlement. You will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) Defendant in the future.

## 10. How can I object to the settlement?

You can object to the settlement if you do not like any part of it. You must give reasons why you think the Court should not approve it. The Court will consider your views. To object, you must submit a written objection with the caption *Redman, et al. v. RadioShack*, No. 11 C 6741, that includes: (a) your full name and current address; (b) a signed declaration that you are a member of the Class and that identifies the Store where you made the credit/debit card purchase and approximate date of your purchase at the Store; (c) the specific grounds for the objection; (d) all documents or writings that you desire the Court to consider; and (e) a notice of intention to appear, if any, at the Fairness Hearing. All written objections shall be filed and postmarked no later than **August 27, 2013**. Any member of the Class who fails to object in the manner prescribed herein shall be deemed to have waived his or her objections and forever be barred from making any such objections in this lawsuit or in any other action or proceeding. Any member of the Class not otherwise excluded who objects in the manner prescribed and whose objection is rejected by the Court remains a member of the Class and is bound by the terms and conditions of the Settlement Agreement. You must file your letter with the Clerk of the U.S. District Court, 219 S. Dearborn St., 20th Floor, Chicago, IL 60604, and you must serve a copy of your letter on the attorneys for Plaintiffs and Defendant at the following addresses by **August 27, 2013**:

Paul F. Markoff
Markoff Leinberger LLC
134 N LaSalle St, Ste 1050
Chicago, IL 60602

-and-

James R. Daly
Jones Day
77 W Wacker Dr
Chicago, IL 60601

**11. Do I have a lawyer in this case?**

The Court appointed lawyers to represent you and other Class Members. These lawyers are called Class Counsel. They will be paid out of the Settlement Amount. If you want to be represented by your own lawyer, you may hire one at your own expense. Class Counsel are:

Paul F. Markoff                                        Thomas A. Zimmerman, Jr.

Karl G. Leinberger                    -and-          Adam M. Tamburelli

*Markoff Leinberger LLC*                              *Zimmerman Law Offices, P.C.*

**12. What is the difference between objecting and excluding?**

Objecting is simply telling the Court that you do not like something about the settlement and that it should not be approved. You can object only if you stay in the Class. If the Court rejects your objection, you cannot thereafter exclude yourself from the Class. Excluding yourself is telling the Court that you do not want to be part of the Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

**13. When and where will the Court decide whether to approve the settlement?**

The Court will hold a hearing (a "Fairness Hearing") to decide whether to finally approve the settlement. The Fairness Hearing will be held on **September 17, 2013**, at **11:00 a.m**. at the U.S. District Court, 219 S. Dearborn St., Courtroom 1041, Chicago, IL 60604. At the Fairness Hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. If there are objections or requests to be heard, the Court may consider them at the hearing.

**14. Do I have to attend the Fairness Hearing?**

No. Class Counsel will answer questions the Court may have, but you are welcome to attend at your own expense. If you send an objection, you do not have to go to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also have your own lawyer attend, but it is not necessary to hire a lawyer. You may ask the Court for permission to speak at the Fairness Hearing by sending a letter saying that it is your "Notice of Intention to Appear in *Redman, et al. v. RadioShack*." Your letter must also include a reference to case number 11 C 6741, your name, current address, telephone number, and signature. You must <u>file</u> your letter with the Clerk of the U.S. District Court, 219 S. Dearborn St., 20th Floor, Chicago, IL 60604, <u>and</u> you must serve a copy of your letter on the attorneys for Plaintiffs and Defendant at the addresses identified in #10 above by **August 27, 2013**. You cannot speak at the Fairness Hearing if you exclude yourself from the Class.

**15. What happens if I do nothing at all?**

If you do nothing, and the Court approves the settlement, you will not get any Settlement Benefits, but you will still be bound by the settlement. If you want Settlement Benefits, you <u>must</u> submit a claim form.

**16. How do I get more information?**

You may seek the advice and guidance of your own private attorney at your own expense, if you desire; you may review the pleadings, records, and other papers on file in this lawsuit, which may be inspected during regular business hours at the U.S. District Court, 219 S. Dearborn St., 20th Floor, Chicago, IL 60604; or you may contact Class Counsel at 312.726.4162.

| DO NOT CALL THE COURT WITH QUESTIONS |
| --- |

**17. What if I move?**

If you move between the time you submit a claim form and before you receive Settlement Benefits, please update your contact information with the Class Settlement Administrator (see below).

RadioShack Project Administration
c/o GCG
P.O. Box 35044
Seattle, WA 98124-3508

Claim No: 9876543
Control No: 987654321

If you wish to UNSUBSCRIBE from future email messages from the Class Settlement Administrator with regard to this Settlement, please click on this link.

# EXHIBIT G



# People

**EXCLUSIVE**

**Matthew Perry's Untold Story**

# MY LIFE AS AN ADDICT

**GETTING SOBER & HELPING OTHERS**

The beloved *Friends* star reveals his harrowing battle with drugs and alcohol— and his surprising new passion

**IT'S a BOY!**

**Jessica Simpson WELCOMES BABY ACE!**

**HOT STAR!**

**MELISSA McCARTHY HER STRUGGLES & TRIUMPHS**

**AN NFL STAR CHARGED WITH MURDER**

G558 R006

0003
#02094
P00079

People now on select tablets!

#BXBDBGD *****SCH 5-DIGIT 20176 FSS
#2795 2356 920#PE 349VA04 H SMP

## RADIOSHACK NOTICE OF CLASS ACTION SETTLEMENT REGARDING DEBIT/CREDIT CARD RECEIPTS

*Redman v. RadioShack Corporation*, Case No. 11 C 6741 U.S. District Court, Northern District of Illinois Eastern Division
www.shacksettlement.com

To: All persons who, between August 24, 2010 and November 21, 2011, paid by credit or debit card for products or services and received an electronically-printed receipt from any RadioShack store at a time when the Store at which the person made his or her payment may have provided the person with an electronically-printed receipt containing the expiration dates of the person's credit or debit card. Excluded are RadioShack, its officers, employees, and attorneys; transactions conducted with business credit or debit cards; and transactions made with RadioShack-branded debit or credit cards.

**This may affect your legal rights.**

The Plaintiffs in this lawsuit allege that Defendant RadioShack Corporation wrongly printed the expiration date of credit or debit card numbers on customer receipts in violation of the Fair and Accurate Credit Transactions Act. Defendant denies it is liable to Plaintiffs or the class. The parties agreed to settle this lawsuit, in which Class Members have an opportunity to receive a $10 RadioShack voucher.

You may submit a claim online at **www.shacksettlement.com** or can call the Class Settlement Administrator at (855) 590-8701 to obtain a claim form. You must submit a claim to receive a benefit.

You can also object to the proposed settlement, exclude yourself from the class by sending a letter so stating or appear in the case. The deadline to act is **August 27, 2013**. If you do not exclude yourself from the class, the court's judgment will be binding.

This is an abbreviated version of the full class notice. Please visit **www.shacksettlement.com** for more information and to submit a claim, or call the Class Settlement Administrator at (855) 590-8701 to receive a claim form by mail.

**DO NOT CONTACT THE COURT FOR INFORMATION, AS IT WILL NOT BE ABLE TO ASSIST YOU**

**(855) 590-8701**
**www.shacksettlement.com**



Griffiths (with Charles Grounds as her son) may be up a creek.

# Camp
### NBC, July 10, 10 p.m. ET/PT | ★★★☆

**COMEDY** This new hour-long comedy is a bustling, rather scattered affair—it's sort of like learning to weave a basket, start a fire and right an overturned canoe all in one session. Rachel Griffiths (*Brothers & Sisters*) plays the financially strapped, newly single owner of the Little Otter Family Camp. In addition to keeping track of the many romances, feuds and friendships among her counselors, she enjoys robust casual sex with the divorcé who owns the prospering rival camp. None of this adds up to much—the chief recreation is watching Griffiths, who somehow combines a sunny naturalness with a small reserve of arch, ironic detachment. For her scenes, at least, be a happy camper.

## GETTING TO KNOW: *THE FOSTERS'*
# SHERRI SAUM

**You and Teri Polo (inset, right) play a lesbian couple who take in a foster child. How did you approach the part?** I'm not gay, but I know what love is. And I do love Teri! I kissed her for a photo once, and someone said, "You guys are brave." The only brave thing about that is that she likes onions!

**Jennifer Lopez is a producer on the show. What's she like?** So down-to-earth! When you talk to her, you know she's listening.

**What kind of feedback have you gotten from viewers?** I've heard from women who have families like we do on the show, and they're excited about it. It's humbling. —KRISTEN MASCIA



Saum, 38, (center) stars in the ABC Family show, airing Mondays.

**COMMENTS? WRITE TO TOM:** tomsreviews@peoplemag.com

**11** The man on the $10 bill was never president. So why is he pictured there?
**a.** He was the first secretary of the Treasury.
**b.** He was chief justice of the Supreme Court.
**c.** He said, "Give me liberty or give me death."
**d.** He was the first signer of the Declaration of Independence.





**12**

Match these fabled Old West gunslingers to their real names.

**1.** Billy the Kid
**2.** Butch Cassidy
**3.** Calamity Jane
**4.** Buffalo Bill
**5.** Belle Starr
**6.** Annie Oakley

**a.** Myra Shirley
**b.** Robert Parker
**c.** Martha Canary
**d.** William McCarty
**e.** William Cody
**f.** Phoebe Moses

**13** The Oscar for Best Picture has gone to a western—that quintessential American movie genre—only three times. Which of these classics was not a winner?
**a.** *High Noon*
**b.** *Unforgiven*
**c.** *Dances With Wolves*
**d.** *Cimarron*

**14** The famous long glissando that opens composer George Gershwin's "Rhapsody in Blue" is played on what instrument?
**a.** Harp
**b.** Clarinet
**c.** Trumpet
**d.** Violin



**15**

# 90 PERCENT
of America's freshwater is contained in the Great Lakes. Put the lakes in order of the amount of water each holds (from the most gallons to the least).
**a.** Lake Erie **b.** Lake Huron **c.** Lake Michigan **d.** Lake Ontario **e.** Lake Superior

**16** Why was lyricist Francis Scott Key present at the British bombardment of Baltimore's Fort McHenry the night he conceived "The Star-Spangled Banner"?
**a.** He was a militia member defending the fort.
**b.** He was a lawyer negotiating the release of a prisoner.
**c.** He was a doctor treating the wounded.
**d.** He was a barber cutting the British admiral's hair.

**RADIOSHACK**
**NOTICE OF CLASS ACTION SETTLEMENT**
**REGARDING DEBIT/CREDIT CARD RECEIPTS**

*Redman v. RadioShack Corporation*, Case No. 11 C 6741
U.S. District Court, Northern District of Illinois Eastern Division
www.shacksettlement.com

To: All persons who, between August 24, 2010 and November 21, 2011, paid by credit or debit card for products or services and received an electronically-printed receipt from any RadioShack store at a time when the Store at which the person made his or her payment may have provided the person with an electronically-printed receipt containing the expiration dates of the person's credit or debit card. Excluded are RadioShack, its officers, employees, and attorneys; transactions conducted with business credit or debit cards; and transactions made with RadioShack-branded debit or credit cards.

**This may affect your legal rights.**

The Plaintiffs in this lawsuit allege that Defendant RadioShack Corporation wrongly printed the expiration date of credit or debit card numbers on customer receipts in violation of the Fair and Accurate Credit Transactions Act. Defendant denies it is liable to Plaintiffs or the class. The parties agreed to settle this lawsuit, in which Class Members have an opportunity to receive a $10 RadioShack voucher.

You may submit a claim online at www.shacksettlement.com or can call the Class Settlement Administrator at (855) 590-8701 to obtain a claim form. You must submit a claim to receive a benefit.

You can also object to the proposed settlement, exclude yourself from the class by sending a letter so stating or appear in the case. The deadline to act is **August 27, 2013**. If you do not exclude yourself from the class, the court's judgment will be binding.

This is an abbreviated version of the full class notice. Please visit www.shacksettlement.com for more information and to submit a claim, or call the Class Settlement Administrator at (855) 590-8701 to receive a claim form by mail.

**DO NOT CONTACT THE COURT FOR INFORMATION,
AS IT WILL NOT BE ABLE TO ASSIST YOU**

**(855) 590-8701     www.shacksettlement.com**

**17**

How much do you know about the fruits of America's literary labors? Complete each title with its missing ingredient.
**a.** Plum **b.** Raisin **c.** Mango **d.** Grape **e.** Huckleberry

1. The House on _____ Street
BY SANDRA CISNEROS

2. The _____s of Wrath
BY JOHN STEINBECK

3. On the Banks of _____ Creek
BY LAURA INGALLS WILDER

4. The Adventures of _____ Finn
BY MARK TWAIN

5. A _____ in the Sun
BY LORRAINE HANSBERRY

Weiners & Losers / Al-Qaeda's Mad Scientist / Boy George

# TIME

## IS
## YOUR
## CITY
## NEXT?

Lessons from Detroit's fight to survive

**BY RANA FOROOHAR**



$4.99US $5.99CAN

3 1>

0   92567 10090   3

## RADIOSHACK NOTICE OF CLASS ACTION SETTLEMENT REGARDING DEBIT/ CREDIT CARD RECEIPTS

*Redman v. RadioShack Corporation,*
Case No. 11 C 6741
U.S. District Court, Northern District
of Illinois Eastern Division
www.shacksettlement.com

To: All persons who, between August 24, 2010 and November 21, 2011, paid by credit or debit card for products or services and received an electronically-printed receipt from any RadioShack store at a time when the Store at which the person made his or her payment may have provided the person with an electronically-printed receipt containing the expiration dates of the person's credit or debit card. Excluded are RadioShack, its officers, employees, and attorneys; transactions conducted with business credit or debit cards; and transactions made with RadioShack-branded debit or credit cards.

**This may affect your legal rights.**

The Plaintiffs in this lawsuit allege that Defendant RadioShack Corporation wrongly printed the expiration date of credit or debit card numbers on customer receipts in violation of the Fair and Accurate Credit Transactions Act. Defendant denies it is liable to Plaintiffs or the class. The parties agreed to settle this lawsuit, in which Class Members have an opportunity to receive a $10 RadioShack voucher.

You may submit a claim online at **www.shacksettlement.com** or can call the Class Settlement Administrator at (855) 590-8701 to obtain a claim form. You must submit a claim to receive a benefit.

You can also object to the proposed settlement, exclude yourself from the class by sending a letter so stating or appear in the case. The deadline to act is **August 27, 2013**. If you do not exclude yourself from the class, the court's judgment will be binding.

This is an abbreviated version of the full class notice. Please visit **www.shacksettlement.com** for more information and to submit a claim, or call the Class Settlement Administrator at (855) 590-8701 to receive a claim form by mail.

**DO NOT CONTACT THE COURT FOR INFORMATION, AS IT WILL NOT BE ABLE TO ASSIST YOU**

**(855) 590-8701**
**www.shacksettlement.com**

# There are many proven, effective ways to reduce stuttering.

# Doing nothing is not one of them.

We can help, but you have to take the first step. We're here for you.



THE
STUTTERING
FOUNDATION®
*A Nonprofit Organization*
*Since 1947—Helping Those Who Stutter*

## 800-992-9392

www.stutteringhelp.org
www.tartamudez.org

Post Office Box 11749 • Memphis, TN 38111-0749



# USA WEEKEND

JUNE 28-30, 2013 ○ usaweekend.com

**4TH OF JULY FIREWORKS CONTEST WINNERS**

Congratulations, Fayetteville, N.C. & Union Beach, N.J.

Rob LaBerta, former chief of the Union Beach volunteer fire department, holds a U.S. flag he recovered after the devastation of Hurricane Sandy.

## ★CELEBRATING THE AMERICAN SPIRIT★

HEALTHY EATING TIPS FOR SUMMER ROAD TRIPS ★ REFRESHING BLUEBERRY SODA

IN THIS ISSUE

## RADIOSHACK
## NOTICE OF CLASS ACTION SETTLEMENT
## REGARDING DEBIT/CREDIT CARD RECEIPTS

*Redman v. RadioShack Corporation*, Case No. 11 C 6741
U.S. District Court, Northern District of Illinois Eastern Division
www.shacksettlement.com

To: All persons who, between August 24, 2010 and November 21, 2011, paid by credit or debit card for products or services and received an electronically-printed receipt from any RadioShack store at a time when the Store at which the person made his or her payment may have provided the person with an electronically-printed receipt containing the expiration dates of the person's credit or debit card. Excluded are RadioShack, its officers, employees, and attorneys; transactions conducted with business credit or debit cards; and transactions made with RadioShack-branded debit or credit cards.

**This may affect your legal rights.**

The Plaintiffs in this lawsuit allege that Defendant RadioShack Corporation wrongly printed the expiration date of credit or debit card numbers on customer receipts in violation of the Fair and Accurate Credit Transactions Act. Defendant denies it is liable to Plaintiffs or the class. The parties agreed to settle this lawsuit, in which Class Members have an opportunity to receive a $10 RadioShack voucher.

You may submit a claim online at **www.shacksettlement.com** or can call the Class Settlement Administrator at (855) 590-8701 to obtain a claim form. You must submit a claim to obtain a benefit.

You can also object to the proposed settlement, exclude yourself from the class by sending a letter so stating or appear in the case. The deadline to act is **August 27, 2013**. If you do not exclude yourself from the class, the court's judgment will be binding.

This is an abbreviated version of the full class notice. Please visit **www.shacksettlement.com** for more information and to submit a claim, or call the Class Settlement Administrator at (855) 590-8701 to receive a claim form by mail.

**DO NOT CONTACT THE COURT FOR INFORMATION, AS IT WILL NOT BE ABLE TO ASSIST YOU**

(855) 590-8701          www.shacksettlement.com

# No Drilling Grab Bar offers 250 pounds of gripping power

These attractive stainless steel Grab Bars offer added bathroom safety without damage to bathroom surfaces. The innovative mounting system uses a strong commercial adhesive that will support up to 250 lbs— but can also be removed if needed without damage. This Grab Bar is simple to install—no tools, measuring or holes. Three easy steps and you can feel more secure for yourself, your loved ones, your aging parents or any senior citizens vulnerable to slips and falls.

No Tools,
No Drilling,
No Holes

ADA Compliant



## No-Drill Grab Bar
**$79.95** + S&H
(Specify 12, 18 or 24 inches)
*Please mention promotional code 61591.*


for Boomers and Beyond®

1998 Ruffin Mill Road
Colonial Heights, VA 23834

# 1-888-745-7360

© 2013 by firstSTREET for Boomers and Beyond, Inc.

80841



## STICKDOKU
BY TERRY STICKELS

Use your logic to find the correct number for each square. When finished, all nine rows across, all nine columns down and all nine 3-by-3 boxes must contain all nine numbers, 1 through 9, with no repeats.

| 9 | 2 |   |   |   | 3 |   |   |   |
|---|---|---|---|---|---|---|---|---|
| 1 |   | 3 | 5 |   |   |   |   |   |
|   |   |   | 8 |   |   |   | 4 |   |
|   |   | 2 |   | 8 |   |   |   | 7 |
|   | 6 |   |   |   | 4 |   |   |   |
| 8 |   | 3 |   | 7 |   |   |   |   |
|   | 5 |   |   | 9 |   |   |   |   |
|   |   |   | 5 | 1 |   | 2 |   |   |
|   | 2 |   |   |   |   | 3 | 6 |   |

**To print a larger version of Stickdoku, visit usaweekend.com.**

## FRAME GAMES
BY TERRY STICKELS

Can you solve these puzzles? Each communicates a well-known saying, person, place or thing. Answers below.

❶ HOLD | MORE MORE / MORE MORE

❷ | YM / 2

❸ 13 7 39 / 5 11 / COMING

❹  HOUSE

FRAME GAMES ™ BY TERRY STICKELS © 2013 TERRY STICKELS TERRYSTICKELS.COM

**STICKDOKU ANSWERS:**

**FRAME GAMES ANSWERS:**
1. Hold out for more 2. Have my back against the wall 3. Overcoming the odds 4. White House Down



## Next week in USA WEEKEND

# We pay a visit to Monkey College!

DAVID YELLEN FOR USA WEEKEND

# EXHIBIT H

*REDMAN, ET AL. V. RADIOSHACK CORPORATION*

**NOTICE OF CLASS ACTION SETTLEMENT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

- TO: All persons who, between August 24, 2010 and November 21, 2011, paid by credit or debit card for products or services and received an electronically-printed receipt from any RadioShack store that contained the expiration date of the person's credit or debit card ("Class" or "Class Member").

- Eligible stores consist of any point of sale owned or operated by RadioShack Corporation ("Defendant") in the United States of America ("Stores"). Excluded from the definition of "Store" are all points of sale located in any RadioShack Authorized Dealer location or franchise location.

- Excluded from the Class are Defendant, its officers, employees, and attorneys; transactions conducted with business credit or debit cards; and transactions made with RadioShack-branded debit or credit cards, as those cards do not contain expiration dates.

- The settlement resolves a lawsuit over whether Defendant violated certain requirements imposed by the Fair and Accurate Credit Transactions Act, 15 U.S.C. § 1681, *et seq.* ("FACTA"). This settlement avoids the future costs and risks associated with continuing litigation and entitles consumers like you the opportunity to submit a claim for a $10.00 voucher that can be used for products or services at any Store ("Settlement Benefits").

- Your legal rights are affected whether you act or not. Read this Notice carefully.

<u>**YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT:**</u>

| | |
|---|---|
| **SUBMIT A CLAIM FORM** | The only way to get Settlement Benefits (a $10.00 RadioShack Settlement Voucher). |
| **EXCLUDE YOURSELF** | Receive no Settlement Benefits but retain your right to sue about the legal claims in this case. |
| **OBJECT** | Write to the Court about why you do not like the settlement. |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the settlement. |
| **DO NOTHING** | Receive no Settlement Benefits. Give up rights. |

- These rights and options – and the deadlines to exercise them – are explained in this Notice.

- The court in charge of this case still has to decide whether to approve the settlement. Settlement Benefits will be distributed if the court approves the settlement and after appeals, if any, are resolved. Please be patient.

**1.     What is this lawsuit about?**

Scott D.H. Redman, Mario Aliano, and Victoria Radaviciute ("Plaintiffs"), on behalf of all members of the Class, have asserted that Defendant violated certain requirements imposed by FACTA. Specifically, Plaintiffs claim that Defendant printed the expiration date of credit or debit cards on receipts provided to Class Members and that such actions were in violation of FACTA. Plaintiffs have not alleged any actual monetary damage. In the absence of actual monetary damages, in order for Plaintiffs to prevail, the court would have to find that Defendant willfully violated FACTA. Defendant denies any liability or wrongdoing. The parties have entered into a Class Action Settlement Agreement and Release ("Settlement Agreement") with Plaintiffs in an effort to resolve this lawsuit without the need for a trial. For more information, you may contact Plaintiffs' attorneys ("Class Counsel") at 312.726.4162.

**2.     Why is this a class action?**

In a class action, one or more people called Class Representatives (in this case, Plaintiffs) sue on behalf of a group of people who have similar claims.  The people with similar claims are a Class or Class Members.  One court resolves the issues for all Class Members, except for those who exclude themselves from the Class.

**3.     Why is there a settlement?**

The court did not decide in favor of Plaintiffs or Defendant.  Plaintiffs think they would have prevailed at a trial. Defendant thinks it would have prevailed at trial.  There was no trial.  Instead, both sides agreed to a settlement.  That way, they avoid the cost of a trial, and the people affected will get compensation.  The Class Representatives and their attorneys think the settlement is best for all Class Members.

**4.     How do I know if I am part of the settlement?**

Everyone who fits the following description is a Member of the Class:

> All persons who, between August 24, 2010 and November 21, 2011, paid by credit or debit card for products or services and received an electronically-printed receipt from any Store that contained the expiration date of the person's credit or debit card.  Excluded from the Class are Defendant, its officers, employees, and attorneys; transactions conducted with business credit or debit cards; and transactions made with RadioShack-branded debit or credit cards, as those cards do not contain expiration dates.

**5.     What does the settlement provide?**

Class Members can submit a claim to receive a $10.00 RadioShack Settlement Voucher redeemable at any RadioShack Store, as identified in this Notice, or online at www.radioshack.com, for any product or service ("Settlement Voucher"). No Class Member will be entitled to more than one Settlement Voucher, regardless of the number of receipts that may have contained the expiration date of the Class Member's debit or credit card or that are claimed by the Class Member. Each Settlement Voucher:  (1) shall be fully transferrable to any person; (2) shall be redeemable only at a RadioShack-branded store or online at www.radioshack.com; (3) shall be redeemable until the Redemption Deadline (six (6) months after the Effective Date of the Settlement); (4) shall have no cash value; (5) shall not be replaced if lost, stolen, or damaged; and (6) may be used only once, even if the user does not use the full amount of the credit available on the Settlement Voucher at one time. Up to three (3) Settlement Vouchers may be aggregated for use at one time. No change will be provided for the purchase of items using the Settlement Voucher having a price lower than the balance of the Settlement Voucher.

If claims for Settlement Vouchers exceed $5,350,000 ("Settlement Amount") after deducting certain other payments (see following paragraph), the amount of each Settlement Voucher will be reduced *pro rata*.

The Settlement Agreement also requires, among other things, that the following will be deducted from the Settlement Amount: (a) $5,000 paid to each Plaintiff for their individual claims and their services as Class Representatives; (b) up to $1,000,000 (18.69% of the Settlement Amount) to Class Counsel for attorneys' fees and costs; and (c) costs for notifying Class Members of the Settlement, administering the Settlement, and distributing Settlement Benefits.

**6.     How can I get a Settlement Benefit?**

You <u>must</u> submit a completed claim form by **August 27, 2013**.  You can click here to submit a claim on-line, you can click here to download a claim form to submit by mail, or you can call **1-855-590-8701** to have a claim form mailed to you. In any case your claim form must be submitted (or postmarked, if mailed) by **August 27, 2013**.

**7.     When would I get my Settlement Benefit?**

The Court will hold a hearing on **September 17, 2013**, at **11:00 a.m.** at the U.S. District Court, 219 S. Dearborn St., Courtroom 1041, Chicago, IL 60604, to decide whether to finally approve the settlement.  If the Court approves the settlement, somebody may appeal the decision, which could take more than a year to resolve.  Please be patient.  If the Court approves the settlement and nobody objects to the settlement, Settlement Benefits will be distributed within 21 days of the Court's approval.

**8.     What am I giving up to get Settlement Benefits and stay in the Class?**

Unless you exclude yourself, you are staying in the Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against Defendant about the legal issues in *this lawsuit*. It also means that all of the Court's orders will apply to you and legally bind you.

**9.     Can I exclude myself from the Class?**

Yes. If you do not want to participate in the settlement or receive any Settlement Benefits, you must notify the Class Settlement Administrator in writing of your intention to be excluded (opt out). Your election to opt out must contain the following information: your name, your current address, your signature, a statement clearly stating words to the effect of "I want to be excluded from the *Redman, et al. v. RadioShack* Settlement," and the date. You must mail your exclusion request postmarked no later than **August 27, 2013** to the following:

RadioShack Project Administration
c/o GCG
P.O. Box 35044
Seattle, WA 98124-3508

If you exclude yourself, you will not get any Settlement Benefits and you cannot object to the settlement. You will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) Defendant in the future.

**10.     How can I object to the settlement?**

You can object to the settlement if you do not like any part of it. You must give reasons why you think the Court should not approve it. The Court will consider your views. To object, you must submit a written objection with the caption *Redman, et al. v. RadioShack,* No. 11 C 6741, that includes: (a) your full name and current address; (b) a signed declaration that you are a member of the Class and that identifies the Store where you made the credit/debit card purchase and approximate date of your purchase at the Store; (c) the specific grounds for the objection; (d) all documents or writings that you desire the Court to consider; and (e) a notice of intention to appear, if any, at the Fairness Hearing. All written objections shall be filed and postmarked no later than **August 27, 2013**. Any member of the Class who fails to object in the manner prescribed herein shall be deemed to have waived his or her objections and forever be barred from making any such objections in this lawsuit or in any other action or proceeding. Any member of the Class not otherwise excluded who objects in the manner prescribed and whose objection is rejected by the Court remains a member of the Class and is bound by the terms and conditions of the Settlement Agreement. You must file your letter with the Clerk of the U.S. District Court, 219 S. Dearborn St., 20th Floor, Chicago, IL 60604, and you must serve a copy of your letter on the attorneys for Plaintiffs and Defendant at the following addresses by **August 27, 2013**:

Paul F. Markoff
Markoff Leinberger LLC
134 N LaSalle St, Ste 1050
Chicago, IL 60602

-and-

James R. Daly
Jones Day
77 W Wacker Dr
Chicago, IL 60601

**11.     Do I have a lawyer in this case?**

The Court appointed lawyers to represent you and other Class Members. These lawyers are called Class Counsel. They will be paid out of the Settlement Amount. If you want to be represented by your own lawyer, you may hire one at your own expense. Class Counsel are:

| Paul F. Markoff | | Thomas A. Zimmerman, Jr. |
| Karl G. Leinberger | -and- | Adam M. Tamburelli |
| *Markoff Leinberger LLC* | | *Zimmerman Law Offices, P.C.* |

**12.      What is the difference between objecting and excluding?**

Objecting is simply telling the Court that you do not like something about the settlement and that it should not be approved.  You can object only if you stay in the Class.  If the Court rejects your objection, you cannot thereafter exclude yourself from the Class. Excluding yourself is telling the Court that you do not want to be part of the Class.  If you exclude yourself, you have no basis to object because the case no longer affects you.

**13.      When and where will the Court decide whether to approve the settlement?**

The Court will hold a hearing (a "Fairness Hearing") to decide whether to finally approve the settlement.  The Fairness Hearing will be held on **September 17, 2013, at 11:00 a.m.** at the U.S. District Court, 219 S. Dearborn St., Courtroom 1041, Chicago, IL 60604.  At the Fairness Hearing, the Court will consider whether the settlement is fair, reasonable, and adequate.  If there are objections or requests to be heard, the Court may consider them at the hearing.

**14.      Do I have to attend the Fairness Hearing?**

No.  Class Counsel will answer questions the Court may have, but you are welcome to attend at your own expense.  If you send an objection, you do not have to go to Court to talk about it.  As long as you mailed your written objection on time, the Court will consider it.  You may also have your own lawyer attend, but it is not necessary to hire a lawyer.  You may ask the Court for permission to speak at the Fairness Hearing by sending a letter saying that it is your "Notice of Intention to Appear in *Redman, et al. v. RadioShack*."  Your letter must also include a reference to case number 11 C 6741, your name, current address, telephone number, and signature.  You must <u>file</u> your letter with the Clerk of the U.S. District Court, 219 S. Dearborn St., 20th Floor, Chicago, IL 60604, <u>and</u> you must serve a copy of your letter on the attorneys for Plaintiffs and Defendant at the addresses identified in #10 above by **August 27, 2013**.  You cannot speak at the Fairness Hearing if you exclude yourself from the Class.

**15.      What happens if I do nothing at all?**

If you do nothing, and the Court approves the settlement, you will not get any Settlement Benefits, but you will still be bound by the settlement.  If you want Settlement Benefits, you <u>must</u> submit a claim form.

**16.      How do I get more information?**

You may seek the advice and guidance of your own private attorney at your own expense, if you desire; you may review the pleadings, records, and other papers on file in this lawsuit, which may be inspected during regular business hours at the U.S. District Court, 219 S. Dearborn St., 20th Floor, Chicago, IL 60604; or you may contact Class Counsel at 312.726.4162.

| DO NOT CALL THE COURT WITH QUESTIONS |
| --- |

**17.      What if I move?**

If you move between the time you submit a claim form and before you receive Settlement Benefits, please update your contact information with the Class Settlement Administrator (see below).

RadioShack Project Administration
c/o GCG
P.O. Box 35044
Seattle, WA 98124-3508

# EXHIBIT I

**MUST BE POSTMARKED ON OR BEFORE AUGUST 27, 2013**

**RadioShack Project Administration**
**c/o GCG**
**P.O. Box 35044**
**Seattle, WA 98124-3508**
**Toll-Free: 1 (855) 590-8701**

RDO



Control No:

Claim No:

JANE CLAIMANT
123 4TH AVE
APT 5
SEATTLE, WA 67890

**REQUIRED ADDRESS INFORMATION OR CORRECTIONS**

If the pre-printed address to the left is incorrect or out of date, **OR** if there is no pre-printed data to the left, **YOU MUST** provide your current name and address here:

**Name:**

**Address:**

**City/State/Zip:**

## CLAIM FORM

**FILE YOUR CLAIM ONLINE AT WWW.SHACKSETTLEMENT.COM OR MAIL THIS COMPLETED CLAIM FORM NO LATER THAN AUGUST 27, 2013, TO:**

RadioShack Project Administration
c/o GCG
P.O. Box 35044
Seattle, WA 98124-3508
Toll-Free: 1 (855) 590-8701

### Claimant Information:

Name:

Address:

City:          State:     Zip:

Email Address (if you have one):

Daytime Phone *(area code-number)*:

(     )     -

**To view GCG's Privacy Notice, please visit http://www.gcginc.com/pages/privacy-policy.php**



## Purchase Information:

To support your claim, please provide the purchase information requested below for any purchase for which you paid by credit or debit card and received an electronically-printed receipt containing the expiration date of your credit or debit card. **Please Note: Each Class Member who submits a Valid Claim Form will be entitled to receive ONLY ONE (1) $10.00 RadioShack Settlement Voucher no matter how many purchases were made.** Excluded from the Class are transactions conducted with business credit or debit cards, and transactions made with RadioShack branded debit or credit cards. The Claims Administrator may contact you to obtain additional information regarding your purchase to verify your claim.

MONTH AND YEAR YOU BELIEVE YOU MADE YOUR PURCHASE *(MM/YYYY)*:

CREDIT CARD TYPE YOU BELIEVE YOU USED:

CITY AND STATE WHERE YOU MADE YOUR PURCHASE (*CITY*):            *(STATE)*:

**I hereby certify under penalty of perjury that:**

a. Between August 24, 2010 and November 21, 2011, I paid by credit or debit card for products or services at a RadioShack store and received an electronically-printed receipt from the store.

b. The information contained in this Claim Form is true and correct to the best of my knowledge, information, and belief.

**YOU MUST SIGN OR YOUR CLAIM WILL BE REJECTED.**

_____          _____
Signature                                                Date