IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>RADIOSHACK CORPORATION,<br>a Delaware corporation,<br><br>        Defendant.<br>_____<br>MARIO ALIANO and VICTORIA<br>RADAVICIUTE, individually and on behalf of<br>all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>RADIOSHACK CORPORATION,<br>a Delaware corporation,<br><br>        Defendant. | No. 11 C 6741<br>(consolidated with 11 C 7819)<br><br>Magistrate Judge Maria Valdez |

**MOTION TO PRESENT REVISIONS
TO PROPOSED FINAL APPROVAL ORDER**

A revised Proposed Final Approval Order, attached hereto as Exhibit 1, is being respectfully presented to the Court, for the reasons set forth below:

A Proposed Final Approval Order was included as Exhibit G to the Settlement Agreement that was presented to the Court for Final Approval on September 17, 2013. *See* Settlement Agreement, attached as Exhibit 1 to Plaintiffs' Motion for Final Approval of Settlement Agreement [Docket No. 124]. The terms of the Settlement Agreement in this case contemplate that if the Court were to enter an order approving the settlement, these lawsuits will initially be dismissed without prejudice, which dismissal will convert to dismissals with prejudice and releases will become effective when certain time passes and events occur. *See*

Settlement Agreement at Paragraphs 1.11, 1.16, 2.3, 2.4. 2.8, 2.9 and 2.10. Attached hereto as Exhibit 1 is a black-lined version of the previously submitted Proposed Final Approval Order on which certain language changes have been set forth, in paragraphs G and I, in order to ensure that there is no confusion that Class Members, who have not timely requested that they be excluded from the settlement, continue to be prohibited from pursuing claims until the releases fully take effect. These changes are consistent with the terms of the settlement and explicitly carry forward a similar prohibition set forth in Paragraph I of the Preliminary Approval Order [Docket No. 101].

Also, for the Court's reference, the number of exclusions and objections have been filled in under Paragraphs 4 and 5; and revisions have been noted in Paragraphs B and H in order to take into account that objections have been filed. Further, revisions have been made to Paragraphs E and F consistent with arguments made during the final approval hearing.

Dated: September 24, 2013

Respectfully submitted,

s/ Irene S. Fiorentinos_____

James R. Daly
Irene S. Fiorentinos
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601-1692
Telephone: (312) 782-3939

*Attorneys for Defendant*
*RadioShack Corporation*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 24, 2013, I electronically filed the foregoing MOTION TO PRESENT REVISIONS TO PROPOSED FINAL APPROVAL ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing by email to all counsel of record in *Redman v. RadioShack Corporation*, Case No. 1:11-cv-6741, and *Aliano v. RadioShack Corporation*, Case No. 1:11-cv-7819, at the e-mail address on file with the Court.

s/ Irene S. Fiorentinos
Irene S. Fiorentinos