**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 11 C 6741 |
| v. | ) ) | (consolidated with 11 C 7819) |
| | ) | Magistrate Judge Maria Valdez |
| RADIOSHACK CORPORATION, a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |
| MARIO ALIANO and VICTORIA RADAVICIUTE, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| RADIOSHACK CORPORATION, a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   See Certificate of Service

PLEASE TAKE NOTICE that on February 6, 2014 at 10:15 a.m., Plaintiffs' counsel will appear before the Honorable Maria Valdez, presiding in Courtroom 1041 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604 and then and there present *Joint Motion to Present to the Court Additional Authority in Support of Motion for Final Approval*.

SCOTT D.H. REDMAN, Plaintiff

By:   /s Paul F. Markoff
      One of Plaintiff's Attorneys

Paul F. Markoff
Karl G. Leinberger
Markoff Leinberger LLC
134 N. LaSalle St., Ste. 1050
Chicago, IL 60602
312.726.4162 (p)
312.277.2507 (f)

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on February 3, 2014, I electronically filed the foregoing NOTICE OF MOTION with the Clerk of the Court using the CM/ECF system which will send notification of such filing by email to all counsel of record in *Redman v. RadioShack Corporation*, Case No. 1:11-cv-6741, and *Aliano v. RadioShack Corporation*, Case No. 1:11-cv-7819, at the e-mail address on file with the Court.

                                                               s/ Paul F. Markoff
                                                                Paul F. Markoff