## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Scott D.H. Redman, et al.
                            Plaintiff,

v.                                             Case No.: 1:11−cv−06741
                                                              Honorable Maria Valdez

Radioshack Corporation
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 7, 2014:

      MINUTE entry before the Honorable Maria Valdez: Plaintiff's Motions for Final Approval of Settlement Agreement [124] and [129] are granted in part and denied in part. Enter Memorandum Opinion and Order. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.