**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated, )<br>         Plaintiff, )<br>)<br>v. )<br>)<br>RADIOSHACK CORPORATION, )<br>a Delaware corporation, )<br>         Defendant. )<br>_____)<br>MARIO ALIANO and VICTORIA )<br>RADAVICIUTE, individually and on behalf of )<br>all others similarly situated, )<br>         Plaintiffs, )<br>)<br>v. )<br>)<br>RADIOSHACK CORPORATION, )<br>a Delaware corporation, )<br>         Defendant. )| No. 11 C 6741<br>(consolidated with 11 C 7819)<br><br>Magistrate Judge Maria Valdez |

**MOTION TO PRESENT
PROPOSED FINAL APPROVAL ORDER**

On September 24, 2013, Defendant RadioShack Corporation filed a motion to present revisions to the Proposed Final Approval Order included as Exhibit G to the to the Settlement Agreement that had been presented to the Court for final approval. The motion was granted on October 1, 2013. After the Court issued its February 7, 2014 Memorandum Opinion and Order approving the settlement, Defendant submitted, on February 12, 2014 via the Court's proposed order email, with copies to all counsel of record, the order set forth in attached Exhibit A. The only difference between the attached Exhibit A and the order submitted on September 24, 2013, is the updating of paragraph E to reflect the Court's February 7. 2014 decision on attorneys' fees and expenses. Subsequently, the Court requested that this proposed order be presented to the

Court by way of motion again with notice to all counsel.  Accordingly, Defendant hereby submits the proposed order and seeks its entry as is contemplated by the Settlement Agreement.

Dated: February 20, 2014

Respectfully submitted,

s/ Irene S. Fiorentinos_____

James R. Daly
Irene S. Fiorentinos
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601-1692
Telephone:  (312) 782-3939

*Attorneys for Defendant
RadioShack Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on February 20, 2014, I electronically filed the foregoing MOTION TO PRESENT PROPOSED FINAL APPROVAL ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing by email to all counsel of record in *Redman v. RadioShack Corporation*, Case No. 1:11-cv-6741, and *Aliano v. RadioShack Corporation*, Case No. 1:11-cv-7819, at the e-mail address on file with the Court.

                                                              s/ Irene S. Fiorentinos
                                                              Irene S. Fiorentinos