# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated, | Case No. 11 C 6741 (consolidated with 11 C 7819) |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | Magistrate Judge Maria Valdez |
| RADIOSHACK CORPORATION, a Delaware corporation, | |
| Defendant. | |
| MARIO ALIANO and VICTORIA RADAVICIUTE, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| RADIOSHACK CORPORATION, a Delaware corporation, | |
| Defendant. | |
| MICHAEL ROSMAN and JESSICA KASTEN, | |
| Objectors. | |

## ROSMAN AND KASTEN NOTICE OF APPEAL

Melissa A. Holyoak
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (573) 823-5377
melissaholyoak@gmail.com

*Attorney for Objectors Michael Rosman and Jessica Kasten*

Notice is hereby given that objecting class members Michael Rosman and Jessica Kasten appeal to the United States Court of Appeals for the Seventh Circuit from this Court's Memorandum Opinion and Order (Docket No. 158), filed February 7, 2014, and from its Final Approval Order (Docket No. 161), filed February 25, 2014, and from all opinions and orders that merge therein.

Dated: March 4, 2014.
/s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
Center for Class Action Fairness
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (573) 823-5377
Email: melissaholyoak@gmail.com

*Attorney for Objectors Michael Rosman and Jessica Kasten*

**Certificate of Service**

   The undersigned certifies that she electronically filed the foregoing via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing. Additionally she caused to be served by mail a copy of this document upon the following:

> Hon. Maria Valdez
> Everett McKinley Dirksen United States Courthouse
> Room 1036
> 219 South Dearborn Street
> Chicago, IL 60604

Dated: March 4, 2014.

                       /s/ Melissa A. Holyoak