UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADIOSHACK CORPORATION, a Delaware corporation,<br><br>Defendant.<br><br>MICHAEL ROSMAN and JESSICA KASTEN,<br><br>Objectors. | Case No. 11 C 6741<br>(consolidated with 11 C 7819)<br><br><u>CLASS ACTION</u><br><br>Magistrate Judge Maria Valdez |

# ROSMAN AND KASTEN DOCKETING STATEMENT

Melissa A. Holyoak
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (573) 823-5377
melissaholyoak@gmail.com

*Attorney for Objectors Michael Rosman and Jessica Kasten*

Under Circuit Rules 3(c)(1) and 28(a) of the United States Court of Appeals for the Seventh Circuit, objectors Michael Rosman and Jessica Kasten hereby provide this Docketing Statement to accompany their Notice of Appeal.

## I. JURISDICTION OF THE DISTRICT COURT

The district court has jurisdiction under 28 U.S.C. §§ 1331 and 1337 because the matter is a civil action arising under the laws of the United States: the Fair and Accurate Credit Transactions Act, 15 U.S.C. § 1681c(g), an Act of Congress regulating commerce. Dkt. 1 at 2-3. On May 16, 2013, the settling parties consented under 28 U.S.C. §636(c) for Magistrate Judge Maria Valdez to exercise the district court's jurisdiction. Dkt. 95. On May 17, 2013, the case was reassigned to Magistrate Judge Valdez. Dkt. 97.

## II. JURISDICTION OF THE COURT OF APPEALS

Magistrate Judge Valdez issued a Memorandum Opinion and Order on February 7, 2014, and a Final Approval Order on February 25, 2014, a final decision approving settlement of this class action. Dkt. 158; Dkt. 161. Michael Rosman and Jessica Kasten, class members who timely objected to the settlement, filed a claim, and appeared at the fairness hearing through counsel, filed a timely notice of appeal with the district court on March 4, 2014. Dkt. 162. Because final judgment was issued by a magistrate judge who had jurisdiction with "the consent of the parties" under 28 U.S.C. §636(c)(1), the United States Court of Appeals has jurisdiction under 28 U.S.C. §636(c)(3).

## III. PRIOR OR RELATED APPELLATE PROCEEDINGS

There are no prior or related appellate proceedings in this case.

## IV. COUNSEL OF RECORD

Counsel of record for appellants Rosman and Kasten before the United States Court of Appeals for the Seventh Circuit will be Theodore H. Frank. Mr. Frank's post office address is Center for Class Action Fairness, 1718 M Street NW, No. 236, Washington, DC 20036. Mr. Frank's telephone number is (703) 203-3848. Mr. Frank's email address is tedfrank@gmail.com.

Dated: March 4, 2014.　　　　　　　*/s/ Melissa A. Holyoak*
　　　　　　　　　　　　　　　　　Melissa A. Holyoak, (DC Bar No. 487759)
　　　　　　　　　　　　　　　　　CENTER FOR CLASS ACTION FAIRNESS
　　　　　　　　　　　　　　　　　1718 M Street NW, No. 236
　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　Phone: (573) 823-5377
　　　　　　　　　　　　　　　　　Email: melissaholyoak@gmail.com

　　　　　　　　　　　　　　　　　*Attorney for Objectors Michael Rosman and Jessica Kasten*

**Certificate of Service**

  The undersigned certifies that she electronically filed the foregoing via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing. Additionally she caused to be served by mail a copy of this document upon the following:

Hon. Maria Valdez
Everett McKinley Dirksen United States Courthouse
Room 1036
219 South Dearborn Street
Chicago, IL 60604

Dated: March 4, 2014.

                 /s/ Melissa A. Holyoak