

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
**CLERK**

312-435-5670

March 20, 2014

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Redman v. Radioshack Corporation

U.S.D.C. DOCKET NO. : 11 cv 6741

U.S.C.A. DOCKET NO. : 14-1470 and 14-1471

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF *ELECTRONIC* PLEADING(S)**:**                **4**

VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S):               **1**

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:                           **1 Flash Drive (Sealed Items)**

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By: /s/ K. Johnson, Deputy Clerk

    **I, THOMAS G. BRUTON, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

        **4 Volumes of Pleadings**
        **1 Volume of E-Transcripts**
        **1 Flash Drive Vault Item**

In the cause entitled:. Redman v. Radioshack Corporation

USDC NO.     : 11 cv 6741

USCA NO.     : 14-1470 and 14-1471

           IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 20th day of March 2014.

           THOMAS G. BRUTON, CLERK

        By: _____
           K. Johnson, Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ K. JOHNSON
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
March 20, 2014

APPEAL,CONSALL,PROTO,VALDEZ

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:11-cv-06741
## Internal Use Only

Redman v. Radioshack Corporation
Assigned to: Honorable Maria Valdez
Demand: $9,999,000
Member case:

1:11-cv-07819

Case in other court: 14-01470

14-01471

Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 09/26/2011
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Scott D.H. Redman**                represented by **Paul F. Markoff**
Markoff Leinberger LLC
134 N LaSalle St
Ste 1050
Chicago, IL 60602
3127264162
Fax: 3126747272
Email: paul@markleinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karl G. Leinberger**
Markoff Leinberger LLC
134 N. LaSalle Street
Suite 1050
Chicago, IL 60602
(312) 726-4162
Email: karl@markleinlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mario Aliano**                                    represented by **Thomas A. Zimmerman , Jr.**
Zimmerman Law Offices, P.C.
77 West Washington Street
Suite 1220
Chicago, IL 60602
(312) 440-0020
Fax: (312) 440-4180
Email: tom@attorneyzim.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam M. Tamburelli**
Zimmerman Law Offices PC
77 West Washington Street
Suite 1220
Chicago, IL 60602
(312) 440-0020
Fax: (312) 440-4180
Email: adam@attorneyzim.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Radaviciute**                            represented by **Thomas A. Zimmerman , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam M. Tamburelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V.**

**Defendant**

**Radioshack Corporation**                          represented by **James R. Daly**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
(312)782-3939

Email: jrdaly@jonesday.com
*LEAD ATTORNEY*

**Elizabeth Hunt Jenkins**
Jones Day
77 W. Wacker Dr.
Chicago, IL 60601
(312) 782-3939
Email: ehjenkins@jonesday.com
*ATTORNEY TO BE NOTICED*

**Irene Savanis Fiorentinos**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
(312)782-3939
Email: ifiorentinos@jonesday.com
*ATTORNEY TO BE NOTICED*

**Service List**                represented by **Thomas A. Zimmerman , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam M. Tamburelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2011 | 1 | COMPLAINT filed by Scott D.H. Redman; Jury Demand. Filing fee $ 350, receipt number 0752-6410967.(Markoff, Paul) (Entered: 09/26/2011) |
| 09/26/2011 | 2 | CIVIL Cover Sheet (Markoff, Paul) (Entered: 09/26/2011) |
| 09/26/2011 | 3 | ATTORNEY Appearance for Plaintiff Scott D.H. Redman by Paul F. Markoff (Markoff, Paul) (Entered: 09/26/2011) |
| 09/26/2011 | 4 | ATTORNEY Appearance for Plaintiff Scott D.H. Redman by Karl G. Leinberger (Leinberger, Karl) (Entered: 09/26/2011) |
| 09/26/2011 |  | CASE ASSIGNED to the Honorable John F. Grady. Designated as Magistrate Judge the Honorable Maria Valdez. (daj, ) (Entered: 09/26/2011) |

| | | |
|---|---|---|
| 09/26/2011 | | SUMMONS Issued as to Defendant Radioshack Corporation (mh, ) (Entered: 09/26/2011) |
| 09/29/2011 | 5 | MOTION by Plaintiff Scott D.H. Redman to certify class (Markoff, Paul) (Entered: 09/29/2011) |
| 09/29/2011 | 6 | NOTICE of Motion by Paul F. Markoff for presentment of motion to certify class 5 before Honorable John F. Grady on 10/12/2011 at 11:00 AM. (Markoff, Paul) (Entered: 09/29/2011) |
| 09/29/2011 | 7 | MEMORANDUM by Scott D.H. Redman in support of motion to certify class 5 (Markoff, Paul) (Entered: 09/29/2011) |
| 09/29/2011 | 8 | NOTICE by Scott D.H. Redman re memorandum in support of motion 7 (Markoff, Paul) (Entered: 09/29/2011) |
| 10/12/2011 | 9 | MINUTE entry before Honorable John F. Grady:Plaintiff's motion for class certification 5 is taken under advisement. Mailed notice (cdh, ) (Entered: 10/12/2011) |
| 10/17/2011 | 10 | SUMMONS Returned Executed by Scott D.H. Redman as to Radioshack Corporation on 10/3/2011, answer due 10/24/2011. (Markoff, Paul) (Entered: 10/17/2011) |
| 10/19/2011 | 11 | ATTORNEY Appearance for Defendant Radioshack Corporation by Irene Savanis Fiorentinos (Fiorentinos, Irene) (Entered: 10/19/2011) |
| 10/19/2011 | 12 | MOTION by Defendant Radioshack Corporation for extension of time to file answer regarding complaint 1 (Fiorentinos, Irene) (Entered: 10/19/2011) |
| 10/19/2011 | 13 | NOTICE of Motion by Irene Savanis Fiorentinos for presentment of motion for extension of time to file answer, motion for relief 12 before Honorable John F. Grady on 10/26/2011 at 11:00 AM. (Fiorentinos, Irene) (Entered: 10/19/2011) |
| 10/19/2011 | 14 | ATTORNEY Appearance for Defendant Radioshack Corporation by James R. Daly (Daly, James) (Entered: 10/19/2011) |
| 10/21/2011 | 15 | MINUTE entry before Honorable John F. Grady:The parties' agreed motion for an extension of time up to and including December 8, 2011 for defendant to answer or otherwise plead to the complaint 12 is granted. No appearance is required on October 26, 2011. A status hearing is set for December 14, 2011 at 11:00 a.m. Mailed notice (cdh, ) (Entered: 10/21/2011) |
| 11/30/2011 | 16 | ATTORNEY Appearance for Defendant Radioshack Corporation by Elizabeth Hunt Jenkins (Jenkins, Elizabeth) (Entered: 11/30/2011) |
| 12/02/2011 | 17 | MOTION by Defendant Radioshack Corporation for extension of time to file answer regarding complaint 1 (Fiorentinos, Irene) (Entered: 12/02/2011) |
| 12/02/2011 | 18 | NOTICE of Motion by Irene Savanis Fiorentinos for presentment of motion for extension of time to file answer, motion for relief 17 before Honorable |

| | | |
|---|---|---|
| | | John F. Grady on 12/7/2011 at 11:00 AM. (Fiorentinos, Irene) (Entered: 12/02/2011) |
| 12/05/2011 | 19 | MINUTE entry before Honorable John F. Grady: Defendant's unopposed motion to extend time until January 18, 2012 to answer or otherwise plead to the complaint 17 is granted. No appearance is necessary on December 7, 2011. Status hearing set for December 14, 2011 is canceled and reset to February 1, 2012 at 11:00 a.m. Mailed notice (cdh, ) (Entered: 12/05/2011) |
| 01/04/2012 | 20 | MOTION by Defendant Radioshack Corporation to reassign case *as related* (Attachments: # 1 Exhibit A)(Fiorentinos, Irene) (Entered: 01/04/2012) |
| 01/04/2012 | 21 | NOTICE of Motion by Irene Savanis Fiorentinos for presentment of motion to reassign case 20 before Honorable John F. Grady on 1/11/2012 at 11:00 AM. (Fiorentinos, Irene) (Entered: 01/04/2012) |
| 01/06/2012 | 22 | RESPONSE by Mario Aliano, Victoria Radaviciutein Support of MOTION by Defendant Radioshack Corporation to reassign case *as related* 20 (Zimmerman, Thomas) (Entered: 01/06/2012) |
| 01/09/2012 | 23 | MOTION by Plaintiffs Mario Aliano, Victoria Radaviciute to consolidate cases (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Zimmerman, Thomas) (Entered: 01/09/2012) |
| 01/09/2012 | 24 | NOTICE of Motion by Thomas A. Zimmerman, Jr for presentment of motion to consolidate cases 23 before Honorable John F. Grady on 1/11/2012 at 11:00 AM. (Zimmerman, Thomas) (Entered: 01/09/2012) |
| 01/09/2012 | 25 | RESPONSE by Scott D.H. Redman to MOTION by Defendant Radioshack Corporation to reassign case *as related* 20 (Markoff, Paul) (Entered: 01/09/2012) |
| 01/11/2012 | 26 | MINUTE entry before Honorable John F. Grady: Hearing on motions held. Defendant's motion for reassignment based on relatedness 20 is granted. The court finds that Aliano v. Radioshack Corp., No. 11-CV-7819, currently pending before Judge Bucklo, is related to the instant case, and that the Aliano case should be reassigned to this court pursuant to Local Rule 40.4. The motion of Mario Aliano and Victoria Radaviciute to consolidate the two cases for trial and all other purposes 23 is granted. A status hearing is set for January 25, 2012 at 11:00 a.m. Defendant's oral motion for extension of time to answer or otherwise plead to the complaint in the instant case is granted, and that time is extended to January 30, 2012. Mailed notice (tlm) (Entered: 01/13/2012) |
| 01/17/2012 | 27 | ~~ATTORNEY Appearance for Plaintiffs Mario Aliano, Victoria Radaviciute by Thomas A. Zimmerman, Jr (Zimmerman, Thomas) (Entered: 01/17/2012)~~ |
| 01/17/2012 | 28 | ~~ATTORNEY Appearance for Plaintiffs Mario Aliano, Victoria Radaviciute by Adam M. Tamburelli (Tamburelli, Adam) (Entered: 01/17/2012)~~ |

| 01/17/2012 | 29 | CERTIFICATE of Service by Thomas A. Zimmerman, Jr on behalf of Mario Aliano, Victoria Radaviciute regarding attorney appearance 27 , attorney appearance 28 (Zimmerman, Thomas) (Entered: 01/17/2012) |
| 01/25/2012 | 30 | MINUTE entry before Honorable John F. Grady: Status hearing held and continued to March 21, 2012 at 11:00 a.m. By agreement of the parties, this case is referred to Magistrate Judge Valdez for settlement conference. Magistrate Judge Valdez shall have discretion to determine what other pleadings, if any, need to be filed in order for her to conduct the settlement conference. The status hearing set for February 1, 2012 is stricken. Plaintiff's motion for class certification 18 in the related case number 11-CV-7819 is entered and continued generally. Plaintiff's original motion for class certification in case number 11-CV-7819 5 is denied as superceded by 18 . Defendant's motion to stay proceedings 21 in case number 11-CV-7819 pending resolution in case number 11-CV-6741 is denied as moot in light of our order consolidating the two cases for trial and all other purposes. Mailed notice (tlm) (Entered: 01/27/2012) |
| 01/25/2012 | 31 | MINUTE entry before Honorable John F. Grady: This case is hereby referred to the calendar of Magistrate Judge Maria Valdez pursuant to Local Rule 72.1. This case is referred for the purpose of holding proceedings related to a settlement conference. Mailed notice (cdh, ) (Entered: 02/09/2012) |
| 01/25/2012 | 33 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: settlement conference.(tmh, )Mailed notice. (Entered: 02/13/2012) |
| 02/13/2012 | 32 | MINUTE entry before Honorable Maria Valdez: Magistrate Judge Status hearing set for 2/14/2012 at 09:30 AM. to discuss other pleadings, if any, need to be filed in order to conduct the settlement conference as stated pursuant to order dated 1/25/12 doc. no. 30 .Mailed notice (yp, ) (Entered: 02/13/2012) |
| 02/13/2012 | 34 | MINUTE entry before Honorable Maria Valdez: Settlement Conference set for 3/13/2012 at 02:00 p.m. in Courtroom 1300. Judge Valdez requires full compliance with the Court's Standing Order on Settlement Conference found on Judge Valdez's website available at www.ilnd.uscourts.gov, or the parties can contact courtroom deputy, Yolanda Pagan, at 312/408-5135 for a copy. Failure to comply with the provisions of the Court's Standing Order may result in the unilateral cancellation of the settlement conference by the Court. Absent leave from the Court, cancellation will result if the Plaintiff fails to submit to chambers copies of the settlement letters four days prior to the settlement conference. Because of the volume of settlement conferences conducted by Judge Valdez, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship. Mailed notice (yp, ) (Entered: 02/13/2012) |

| | | |
|---|---|---|
| 02/14/2012 | 35 | MINUTE entry before Honorable Maria Valdez: Magistrate Judge Status hearing held on 2/14/2012. Court will not require responsive pleadings at this time. Court reminds the plaintiff that the letter to be submitted to defendant for settlement purposes will be a thorough analysis of this case. Mailed notice (yp, ) (Entered: 02/15/2012) |
| 03/13/2012 | 36 | MINUTE entry before Honorable Maria Valdez:Settlement conference held on 3/13/2012. Parties unable to reach settlement at this time. Parties shall contact Yolanda Pagan at 312-408-5135 if parties feel an additional settlement conference may be fruitful. Mailed notice (yp, ) (Entered: 03/14/2012) |
| 03/21/2012 | 37 | MINUTE entry before Honorable John F. Grady:Status hearing held and continued to June 27, 2012 at 11:00 a.m. Defendants may have until April 4, 2012 to answer or otherwise plead to the complaint. Docketing Mailed notice (tg, ) (Entered: 03/23/2012) |
| 04/04/2012 | 38 | ANSWER to Complaint with Jury Demand by Radioshack Corporation(Fiorentinos, Irene) (Entered: 04/04/2012) |
| 04/04/2012 | 39 | ANSWER to Complaint with Jury Demand *Aliano v. RadioShack Corporation (Amended)* by Radioshack Corporation(Fiorentinos, Irene) (Entered: 04/04/2012) |
| 04/05/2012 | 40 | MINUTE entry before Honorable Maria Valdez: Parties agree to set a second Settlement Conference for 6/6/2012 at 02:00 p.m. in Courtroom 1300. If there are any revisions to the previous demand letter and response, parties are directed to forwarded the revisions to the Court 4 days prior to settlement conference date. Mailed notice (yp, ) (Entered: 04/05/2012) |
| 05/23/2012 | 41 | MOTION by Defendant Radioshack Corporation to transfer case (Attachments: # 1 Exhibit A (Declaration of Donald Faries))(Fiorentinos, Irene) (Entered: 05/23/2012) |
| 05/23/2012 | 42 | NOTICE of Motion by Irene Savanis Fiorentinos for presentment of motion to transfer case 41 before Honorable John F. Grady on 6/20/2012 at 11:00 AM. (Fiorentinos, Irene) (Entered: 05/23/2012) |
| 06/06/2012 | 43 | MOTION by Plaintiff Scott D.H. Redman for protective order *(Agreed Motion)* (Attachments: # 1 Text of Proposed Order 1-Proposed Protective Order)(Markoff, Paul) (Entered: 06/06/2012) |
| 06/06/2012 | 44 | NOTICE of Motion by Paul F. Markoff for presentment of motion for protective order 43 before Honorable John F. Grady on 6/20/2012 at 11:00 AM. (Markoff, Paul) (Entered: 06/06/2012) |
| 06/06/2012 | 45 | MINUTE entry before Honorable Maria Valdez:Settlement conference held on 6/6/2012. Settlement not reached at this time. Status on continued settlement conference setting to be set before Judge Valdez on 7/10/2012 at 10:00 AM.Mailed notice (yp, ) (Entered: 06/07/2012) |

| | | |
|---|---|---|
| 06/20/2012 | 46 | STIPULATED PROTECTIVE ORDER Signed by the Honorable John F. Grady on June 20, 2012. Mailed notice(cdh, ) (Entered: 06/21/2012) |
| 06/20/2012 | 47 | MINUTE entry before Honorable John F. Grady:Motion hearing held. The plaintiff's agreed motion for a protective order 43 is granted. The defendant's motion to transfer venue to the Northern District of Texas (Fort Worth Division) 41 is taken under advisement. The defendant may file a further memorandum addressing the issues raised in open court by July 20, 2012; the plaintiff may respond to the defendant's motion (and any supplement thereto) by August 10, 2012; and the defendant may reply by August 24, 2012. Mailed notice (tg, ) (Entered: 06/22/2012) |
| 06/22/2012 | 48 | MINUTE entry before Honorable John F. Grady: The status hearing set for June 27, 2012 is canceled. No appearance is required on June 27, 2012. Mailed notice (cdh, ) (Entered: 06/22/2012) |
| 07/09/2012 FD | "TYPE=PICT;ALT=LOCK" 49 | TRANSCRIPT OF PROCEEDINGS held on 6/20/2012 before the Honorable John F. Grady. Court Reporter Contact Information: Laura Renke, CSR, RDR, CRR 708.447.0905. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 7/30/2012. Redacted Transcript Deadline set for 8/9/2012. Release of Transcript Restriction set for 10/9/2012. (td, ) (Entered: 07/10/2012) |
| 07/10/2012 | 50 | MINUTE entry before Honorable Maria Valdez: Magistrate Judge Status hearing held on 7/10/2012. Parties continue to work diligently on settlement discussions. Status hearing continued to 8/9/2012 at 10:00 a.m. on report of settlement. Mailed notice (yp, ) (Entered: 07/11/2012) |
| 07/16/2012 | 51 | MOTION by Plaintiff Scott D.H. Redman to compel (Attachments: # 1 Exhibit 1-Plaintiffs' Discovery Requests, # 2 Exhibit 2-Defendant's Interrogatory Response-public, # 3 Exhibit 3-Defendant's Document Response)(Markoff, Paul) (Entered: 07/16/2012) |
| 07/16/2012 | 52 | NOTICE of Motion by Paul F. Markoff for presentment of motion to compel, 51 before Honorable John F. Grady on 7/18/2012 at 11:00 AM. (Markoff, Paul) (Entered: 07/16/2012) |
| 07/16/2012 | 53 | MEMORANDUM by Scott D.H. Redman in support of motion to compel, 51 (Attachments: # 1 Exhibit A-Visa Rules Excerpts, # 2 Exhibit B-Industry Notices, # 3 Exhibit C-Merchant Services Contract)(Markoff, Paul) (Entered: 07/16/2012) |

| 07/16/2012 **FD** | 54 | SEALED EXHIBIT by Plaintiff Scott D.H. Redman *(sealed exhibit 2)* regarding MOTION by Plaintiff Scott D.H. Redman to compel 51 (Markoff, Paul) (Entered: 07/16/2012) |
|---|---|---|
| 07/18/2012 | 57 | MINUTE entry before Honorable John F. Grady:The plaintiff's motion to compel 51 is taken under advisement because it should be decided after the court rules on the defendant's pending motion to transfer venue. In the event that the court denies the motion to transfer, the court will set a status hearing at that time. Mailed notice (tg, ) (Entered: 07/20/2012) |
| 07/20/2012 | 55 | MOTION by Defendant Radioshack Corporation to quash *subpoenas* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Fiorentinos, Irene) (Entered: 07/20/2012) |
| 07/20/2012 | 56 | NOTICE of Motion by Irene Savanis Fiorentinos for presentment of motion to quash 55 before Honorable John F. Grady on 9/19/2012 at 11:00 AM. (Fiorentinos, Irene) (Entered: 07/20/2012) |
| 07/20/2012 | 58 | MEMORANDUM by Radioshack Corporation in support of motion to transfer case 41 *Supplement* (Attachments: # 1 Exhibit June 20, 2012 Hearing Transcript)(Fiorentinos, Irene) (Entered: 07/20/2012) |
| 08/09/2012 | 59 | MINUTE entry before Honorable Maria Valdez:Magistrate Judge Status hearing held on 8/9/2012. Parties shall continue to meet and confer on settlement discussions. Status hearing continued to 9/27/2012 at 10:00 AM.Mailed notice (yp, ) (Entered: 08/09/2012) |
| 08/10/2012 | 60 | MEMORANDUM by Mario Aliano, Victoria Radaviciute, Scott D.H. Redman in Opposition to motion to transfer case 41 (Attachments: # 1 Exhibit 1-Defendant response to requests to admit, # 2 Exhibit 2-Defendant response to interrogatory, # 3 Affidavit 3-Redman affidavit, # 4 Affidavit 4-Aliano affidavit, # 5 Affidavit 5-Radaviciute affidavit, # 6 Exhibit 6-Defendant 10-Q excerpts, # 7 Exhibit 7-non-party witness list, # 8 Exhibit 8-court stats, # 9 Exhibit 9-ND Tex decision list, # 10 Exhibit 10-ND Ill decision list, # 11 Exhibit 11-5th Cir decision list, # 12 Exhibit 12-7th Cir decision list)(Markoff, Paul) (Entered: 08/10/2012) |
| 08/13/2012 | 61 | DECLARATION of Mario Aliano and Victoria Radaviciute regarding memorandum in opposition to motion,, 60 (Zimmerman, Thomas) (Entered: 08/13/2012) |
| 08/13/2012 | 62 | CERTIFICATE of Service by Thomas A. Zimmerman, Jr on behalf of Mario Aliano, Victoria Radaviciute regarding declaration 61 (Zimmerman, Thomas) (Entered: 08/13/2012) |
| 08/15/2012 | 63 | AMENDED memorandum in opposition to motion,, 60 *(amended exhibit 7 to Plaintiffs' Opposition to Defendant's Motion to Transfer* (Markoff, Paul) (Entered: 08/15/2012) |
| 08/15/2012 | 64 | NOTICE by Scott D.H. Redman re amended document 63 (Markoff, Paul) |

| | | |
|---|---|---|
| | | (Entered: 08/15/2012) |
| 08/24/2012 | 65 | REPLY by Defendant Radioshack Corporation to motion to transfer case 41 (Attachments: # 1 Declaration William D. Clugsten)(Fiorentinos, Irene) (Entered: 08/24/2012) |
| 09/18/2012 | 66 | MINUTE entry before Honorable John F. Grady: The defendant's motion to quash subpoenas 55 is taken under advisement because, like the plaintiffs' motion to compel, it should be decided after the court rules on the defendant's pending motion to transfer venue. (Defendant states in the motion to quash that it should be "coordinated with" plaintiffs' pending motion to compel.) In the event that the court denies the motion to transfer, the court will set a status hearing at that time to address the pending discovery motions. No appearance is required on September 19, 2012. Mailed notice (cdh, ) (Entered: 09/18/2012) |
| 09/27/2012 | 67 | MINUTE entry before Honorable Maria Valdez:Magistrate Judge Status hearing held on 9/27/2012. Status hearing continued to 10/18/2012 at 10:00 AM. Parties are reminded to continue to work on settlement discussion. Mailed notice (yp, ) (Entered: 10/01/2012) |
| 10/05/2012<br><br>FD | "TYPE=PICT;ALT=LOCK"<br><br>68 | TRANSCRIPT OF PROCEEDINGS held on July 18, 2012, before the Honorable John F. Grady. Court Reporter Contact Information: Laura LaCien, 312-408-5032, laura_lacien@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 10/26/2012. Redacted Transcript Deadline set for 11/5/2012. Release of Transcript Restriction set for 1/3/2013. (Lacien, Laura) (Entered: 10/05/2012) |
| 10/18/2012 | 69 | MINUTE entry before Honorable Maria Valdez: Magistrate Judge Status hearing held on 10/18/2012 and continued to 11/6/2012 at 10:00 AM.Mailed notice (yp, ) (Entered: 10/18/2012) |
| 11/06/2012 | 70 | MINUTE entry before Honorable Maria Valdez:Magistrate Judge Status hearing held on 11/6/2012. Parties feel a settlement conference may not be fruitful at this time. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Judge Honorable Maria Valdez no longer referred to the case.Mailed notice (yp, ) (Entered: 11/06/2012) |
| 11/29/2012 | 71 | MOTION by Plaintiff Scott D.H. Redman to stay regarding MOTION by Defendant Radioshack Corporation to transfer case 41 (Markoff, Paul) |

| | | |
|---|---|---|
| | | (Entered: 11/29/2012) |
| 11/29/2012 | 72 | NOTICE of Motion by Paul F. Markoff for presentment of motion to stay, motion for relief 71 before Honorable John F. Grady on 12/5/2012 at 11:00 AM. (Markoff, Paul) (Entered: 11/29/2012) |
| 11/29/2012 | 73 | MINUTE entry before Honorable John F. Grady: The parties' agreed motion for a stay of any ruling on defendant's motion to transfer venue 71 is granted in light of the parties' settlement in principle. No appearance is necessary on December 5, 2012. Mailed notice (cdh, ) (Entered: 11/29/2012) |
| 01/11/2013 | 74 | MINUTE entry before Honorable John F. Grady: A status hearing is set for February 13, 2013 at 11:00 a.m. Mailed notice (cdh, ) (Entered: 01/11/2013) |
| 01/24/2013 | 75 | MINUTE entry before Honorable John F. Grady: The status hearing set for February 13, 2013 is canceled and reset to February 6, 2013 at 11:00 a.m. No appearance is required on February 13, 2013. Mailed notice (cdh, ) (Entered: 01/24/2013) |
| 02/06/2013 | 76 | MINUTE entry before Honorable John F. Grady: Status hearing held. The parties report that they are trying to finalize their settlement. The defendant Radioshack Corporation's motion to transfer venue to the Northern District of Texas (Fort Worth Division) 41 is denied without prejudice. The plaintiff's motion to compel 51 is denied without prejudice. The defendant Radioshack Corporation's motion to quash subpoenas 55 is denied without prejudice. The motions may be reinstated if the case does not settle. The parties are given until March 8, 2013 to file a motion for preliminary approval of class settlement. If the motion is not filed, a status hearing will be scheduled to set a discovery schedule, and the case will proceed forthwith. Mailed notice (cdh, ) (Entered: 02/07/2013) |
| 03/08/2013 | 77 | MOTION by Plaintiffs Mario Aliano, Victoria Radaviciute, Scott D.H. Redman to compel *(Renewed)* (Attachments: # 1 Exhibit 1-Plaintiff's Discovery Requests, # 2 Exhibit 2-Defendant's Interrogatory Response, # 3 Exhibit 3-Plaintiff's Document Response)(Markoff, Paul) (Entered: 03/08/2013) |
| 03/08/2013 | 78 | MEMORANDUM by Mario Aliano, Victoria Radaviciute, Scott D.H. Redman in support of motion to compel, 77 (Attachments: # 1 Exhibit A-Visa excerpts, # 2 Exhibit B-Trade Association documents, # 3 Exhibit C-Merchant Agreement)(Markoff, Paul) (Entered: 03/08/2013) |
| 03/08/2013 | 79 | MOTION by Plaintiff Scott D.H. Redman to certify class *(Amended)* (Markoff, Paul) (Entered: 03/08/2013) |
| 03/08/2013 | 80 | MEMORANDUM by Scott D.H. Redman in support of motion to certify class 79 (Markoff, Paul) (Entered: 03/08/2013) |
| 03/08/2013 | 81 | NOTICE of Motion by Paul F. Markoff for presentment of motion to certify class 79 , motion to compel, 77 before Honorable John F. Grady on |

| | | |
|---|---|---|
| | | 3/20/2013 at 11:00 AM. (Markoff, Paul) (Entered: 03/08/2013) |
| 03/15/2013 | 82 | MOTION by Defendant Radioshack Corporation to transfer case *(Renewed)* (Attachments: # 1 Exhibit A)(Daly, James) (Entered: 03/15/2013) |
| 03/15/2013 | 83 | NOTICE of Motion by James R. Daly for presentment of motion to transfer case 82 before Honorable John F. Grady on 3/20/2013 at 11:00 AM. (Daly, James) (Entered: 03/15/2013) |
| 03/20/2013 | 84 | MINUTE entry before Honorable John F. Grady: Motion hearing held. The parties report to the court that they are making progress on settlement. A further status hearing is set for April 10, 2013 at 10:30 a.m. for a report on settlement efforts. Mailed notice (cdh, ) (Entered: 03/22/2013) |
| 04/10/2013 | 85 | MINUTE entry before Honorable John F. Grady: Status hearing held. The parties report settlement is not feasible at this time. The court will rule on the defendant's renewed motion to transfer the case 82 in due course. If the court denies the motion, it will set a further status hearing. The stay of discovery is lifted and the parties shall proceed forthwith on discovery. Mailed notice (cdh, ) (Entered: 04/11/2013) |
| 04/11/2013 | 86 | MOTION by Plaintiffs Mario Aliano, Victoria Radaviciute to certify class *Amended Motion* (Attachments: # 1 Exhibit A-1, # 2 Exhibit A-2, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Zimmerman, Thomas) (Entered: 04/11/2013) |
| 04/11/2013 | 87 | MEMORANDUM by Mario Aliano, Victoria Radaviciute in support of motion to certify class 86 *(Amended)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(Zimmerman, Thomas) (Entered: 04/11/2013) |
| 04/11/2013 | 88 | CERTIFICATE of Service by Thomas A. Zimmerman, Jr on behalf of Mario Aliano, Victoria Radaviciute regarding MOTION by Plaintiffs Mario Aliano, Victoria Radaviciute to certify class *Amended Motion* 86 , memorandum in support of motion, 87 (Zimmerman, Thomas) (Entered: 04/11/2013) |
| 04/15/2013 | 89 | MINUTE entry before Honorable John F. Grady: A status hearing is set for May 8, 2013 at 11:00 a.m. Mailed notice (cdh, ) (Entered: 04/15/2013) |
| 05/02/2013 | 90 | MOTION by Plaintiff Scott D.H. Redman to compel *(second)* (Attachments: # 1 Exhibit 1-Redman second doc request, # 2 Exhibit 2-Defendant response, # 3 Exhibit 3-9/26/12 email, # 4 Exhibit 4-11/6/12 email, # 5 Exhibit 5-4/17/13 email)(Markoff, Paul) (Entered: 05/02/2013) |
| 05/02/2013 | 91 | NOTICE of Motion by Paul F. Markoff for presentment of motion to compel, 90 before Honorable John F. Grady on 5/8/2013 at 11:00 AM. (Markoff, Paul) (Entered: 05/02/2013) |
| 05/02/2013 | 92 | MEMORANDUM by Scott D.H. Redman in support of motion to compel, 90 |

| | | |
|---|---|---|
| | | (Markoff, Paul) (Entered: 05/02/2013) |
| 05/08/2013 | 93 | MINUTE entry before Honorable John F. Grady: Status hearing held and continued to May 15, 2013 at 11:00 a.m. The plaintiff's second motion to compel 90 is entered and continued to May 15, 2013. Mailed notice (cdh, ) (Entered: 05/09/2013) |
| 05/15/2013 | 96 | MINUTE entry before Honorable John F. Grady: Status hearing held. The parties report that they have reached a settlement and anticipate filing a Consent to Exercise of Jurisdiction by a United States Magistrate Judge. Mailed notice (cdh, ) (Entered: 05/17/2013) |
| 05/16/2013 | 94 | MOTION by Plaintiffs Mario Aliano, Victoria Radaviciute, Scott D.H. Redman for settlement *(preliminary approval of class action settlement)* (Attachments: # 1 Exhibit 1-Settlement Agreement)(Markoff, Paul) (Entered: 05/16/2013) |
| 05/16/2013 | 95 | CONSENT to Magistrate Judge Disposition on MOTION by Plaintiffs Mario Aliano, Victoria Radaviciute, Scott D.H. Redman for settlement *(preliminary approval of class action settlement)* 94 (Markoff, Paul) (Entered: 05/16/2013) |
| 05/17/2013 | 97 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable Maria Valdez, pursuant to Local Rule 73.1 for all further proceedings parties having consented to the reassignment. Signed by Honorable John F. Grady on 5/17/2013.(ym, ) (Entered: 05/21/2013) |
| 05/21/2013 | 98 | NOTICE of Motion by Paul F. Markoff for presentment of motion for settlement 94 before Honorable Maria Valdez on 5/29/2013 at 10:15 AM. (Markoff, Paul) (Entered: 05/21/2013) |
| 05/21/2013 | 99 | MEMORANDUM by Mario Aliano, Victoria Radaviciute, Scott D.H. Redman in support of motion for settlement 94 (Markoff, Paul) (Entered: 05/21/2013) |
| 05/29/2013 | 100 | MINUTE entry before Honorable Maria Valdez: Motion hearing held on 5/29/2013 regarding motion for settlement 94 . Plaintiff's Motion for preliminary approval of class action settlement agreement 94 is granted. Notice shall be implemented pursuant to the terms of the Settlement Agreement, and Plaintiffs' counsel shall submit, at least five (5) business days prior to the Fairness Hearing, an affidavit affirming that notice has been so given. Class Members shall have until August 27, 2013 to submit a claim, or opt out or object to the proposed Settlement Agreement. A Fairness Hearing on the fairness and reasonableness of the proposed Settlement Agreement shall be held before this Court on September 17, 2013 at 11:00 a.m. Enter Preliminary Approval Order. (For further details see separate order.)Mailed notice (yp, ) (Entered: 05/30/2013) |
| 05/29/2013 | 101 | PRELIMINARY APPROVAL ORDER Signed by the Honorable Maria Valdez on 5/29/2013.Mailed notice(yp, ) (Entered: 05/30/2013) |

| | | |
|---|---|---|
| 06/23/2013<br><br>**FD** | "TYP<br>E=PIC<br>T;AL<br>T=LO<br>CK"<br><br><br><br><br><br><br><br>102 | TRANSCRIPT OF PROCEEDINGS held on 05/08/2013 before the Honorable John F. Grady. Court Reporter Contact Information: Pamela S. Warren https://www.ilnd.uscourts.gov/home/Transcript-Order-Form.aspx. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 7/15/2013. Redacted Transcript Deadline set for 7/24/2013. Release of Transcript Restriction set for 9/23/2013. (Warren, Pamela) (Entered: 06/23/2013) |
| 06/28/2013 | 104 | OBJECTION to claim settlement by Darryl Barton. (gcy, ) (Entered: 07/10/2013) |
| 07/08/2013 | 103 | LETTER from Class Member Lawrence Penna. (gcy, ) (Entered: 07/10/2013) |
| 07/12/2013 | 105 | LETTER from Michael Goodwin. (gcy, ) (Entered: 07/12/2013) |
| 07/22/2013 | 106 | LETTER from Joseph Bentley dated 7/9/13. (gcy, ) (Entered: 07/25/2013) |
| 08/09/2013 | 107 | ATTORNEY Appearance for Objectors Vanita Gupta, Gregory Runyard, Charles H. Warner, Jr. by Curtis Charles Warner (Warner, Curtis) (Entered: 08/09/2013) |
| 08/09/2013 | 108 | OBJECTIONS by Vanita Gupta, Gregory Runyard, Charles H. Warner, Jr. to order 101 (Attachments: # 1 Declaration Declaration of Vanita Gupta, # 2 Affidavit Affidavit of Charles H. Warner, Jr., # 3 Declaration Declaration of Gregory Runyard)(Warner, Curtis) (Entered: 08/09/2013) |
| 08/09/2013 | 109 | Vanita Gupta's, Gregory Runyard's and Charles H. Warner, Jr's Notice of Intention to Appear in Redman, el al. v. RadioShack by Vanita Gupta, Gregory Runyard, Charles H. Warner, Jr. (Warner, Curtis) (Entered: 08/09/2013) |
| 08/20/2013 | 110 | OBJECTIONS by Vanita Gupta, Gregory Runyard, Charles H. Warner, Jr. to objections, 108 , order 101 *(AMENDED OBJECTIONS)* (Attachments: # 1 Declaration Vanita Gupta with Exhibit A, # 2 Declaration Charles H. Warner, Jr. with Exhibits A - D, # 3 Declaration Gregory Runyard, # 4 Appendix Vanita Gupta's Claims Paperwork, # 5 Appendix Gregory Runyard's Claim Confirmation)(Warner, Curtis) (Entered: 08/20/2013) |
| 08/26/2013 | 111 | ATTORNEY Appearance for Objector Eduardo Vasquez by Curtis Charles Warner (Warner, Curtis) (Entered: 08/26/2013) |
| 08/26/2013 | 112 | OBJECTIONS by Eduardo Vasquez to order 101 *Preliminary Approval of Class Action Order* (Attachments: # 1 Appendix 1 - Settlement Agreement Sosinov v. RadioShack Corp., Case No. BC449675, Superior Court for the State of California for the County of Los Angeles; 2 - Declaration of Eduardo |

| | | |
|---|---|---|
| | | Vasquez)(Warner, Curtis) (Entered: 08/26/2013) |
| 08/26/2013 | 113 | Eduardo Vasquez's Notice of Intention to Appear in Redman, et al. v. RadioShack by Eduardo Vasquez (Warner, Curtis) (Entered: 08/26/2013) |
| 08/27/2013 | 114 | ATTORNEY Appearance for Objectors Michael Rosman, Jessica Kasten by Melissa A Holyoak (Holyoak, Melissa) (Entered: 08/27/2013) |
| 08/27/2013 | 115 | Objection to Proposed Settlement by Jessica Kasten, Michael Rosman (Attachments: # 1 Declaration of Michael Rosman and Jessica Kasten, # 2 Declaration of Melissa A. Holyoak)(Holyoak, Melissa) (Entered: 08/27/2013) |
| 08/27/2013 | 116 | SUPPLEMENT to objections, 112 , objections, 110 *(Supplemental Authority) Holtzman v. Turza, No. 11-3188 & 11-3746 (7th Cir. Aug. 26, 2013)* (Warner, Curtis) (Entered: 08/27/2013) |
| 08/30/2013 | 117 | LETTER from Neil Freedman dated 8/27/13. (gcy, ) (Entered: 09/04/2013) |
| 08/30/2013 | 118 | LETTER from Edward F. Slegel dated 8/27/13. (gcy, ) (Entered: 09/04/2013) |
| 08/30/2013 | 119 | LETTER from Paul Spencer dated 8/27/13. (gcy, ) (Entered: 09/04/2013) |
| 09/03/2013 | 120 | OBJECTION by Robert Scott to proposed class action settlement. (mjc, ) (Entered: 09/06/2013) |
| 09/06/2013 | 121 | ATTORNEY Appearance for Objectors Jessica Kasten, Michael Rosman by Debra Jeannine Tucker (Tucker, Debra) (Entered: 09/06/2013) |
| 09/09/2013 | 122 | ATTORNEY Appearance for Objectors Jessica Kasten, Michael Rosman by Melissa Rachel Pavely (Pavely, Melissa) (Entered: 09/09/2013) |
| 09/10/2013 | 123 | RESPONSE by Plaintiffs Mario Aliano, Victoria Radaviciute, Scott D.H. Redman to other 115 *Michael Rosman and Jessica Kastman's Objection to Proposed Settlement* (Tamburelli, Adam) (Entered: 09/10/2013) |
| 09/10/2013 | 124 | MOTION by Plaintiffs Mario Aliano, Victoria Radaviciute, Scott D.H. Redman Final Approval of Settlement Agreement (Leinberger, Karl) (Entered: 09/10/2013) |
| 09/10/2013 | 125 | MOTION by Plaintiffs Mario Aliano, Victoria Radaviciute, Scott D.H. Redman for leave to file excess pages *for three briefs* (Leinberger, Karl) (Entered: 09/10/2013) |
| 09/10/2013 | 126 | NOTICE of Motion by Karl G. Leinberger for presentment of motion for miscellaneous relief 124 , motion for leave to file excess pages 125 before Honorable Maria Valdez on 9/17/2013 at 11:00 AM. (Leinberger, Karl) (Entered: 09/10/2013) |
| 09/10/2013 | 127 | RESPONSE by Plaintiffs Mario Aliano, Victoria Radaviciute, Scott D.H. Redman to objections 120 , letter 105 , objections, 112 , letter 117 , letter 103 , letter 106 , other 104 , letter 118 , letter 119 *to Miscellaneous Objections* (Tamburelli, Adam) (Entered: 09/10/2013) |

| | | |
|---|---|---|
| 09/10/2013 | 128 | RESPONSE by Plaintiffs Mario Aliano, Victoria Radaviciute, Scott D.H. Redman to objections, 112 , objections, 108 , objections, 110 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Zimmerman, Thomas) (Entered: 09/10/2013) |
| 09/10/2013 | 129 | MOTION by Plaintiffs Mario Aliano, Victoria Radaviciute, Scott D.H. Redman for attorney fees (Tamburelli, Adam) (Entered: 09/10/2013) |
| 09/10/2013 | 130 | MEMORANDUM by Mario Aliano, Victoria Radaviciute, Scott D.H. Redman in support of motion for miscellaneous relief 124 (Attachments: # 1 Exhibit 1)(Zimmerman, Thomas) (Entered: 09/10/2013) |
| 09/10/2013 | 131 | DECLARATION of Paul F. Markoff regarding Response 123 , motion for attorney fees 129 , Response, 127 , Response, 128 , memorandum in support of motion 130 (Markoff, Paul) (Entered: 09/10/2013) |
| 09/10/2013 | 132 | DECLARATION of Karl Leinberger regarding Response 123 , motion for attorney fees 129 , Response, 127 , Response, 128 , memorandum in support of motion 130 (Markoff, Paul) (Entered: 09/10/2013) |
| 09/10/2013 | 133 | DECLARATION of Thomas A. Zimmerman, Jr. regarding Response 123 , motion for attorney fees 129 , Response, 127 , Response, 128 , memorandum in support of motion 130 (Markoff, Paul) (Entered: 09/10/2013) |
| 09/10/2013 | 134 | DECLARATION of Edward O'Brien regarding Response 123 , motion for attorney fees 129 , Response, 127 , Response, 128 , memorandum in support of motion 130 (Markoff, Paul) (Entered: 09/10/2013) |
| 09/10/2013 | 135 | DECLARATION of Jennifer M. Keough regarding Response 123 , motion for attorney fees 129 , Response, 127 , Response, 128 , memorandum in support of motion 130 (Markoff, Paul) (Entered: 09/10/2013) |
| 09/11/2013 | 136 | CERTIFICATE of Service by Paul F. Markoff on behalf of Scott D.H. Redman regarding Response 123 , declaration 131 , MOTION by Plaintiffs Mario Aliano, Victoria Radaviciute, Scott D.H. Redman for leave to file excess pages *for three briefs* 125 , declaration 135 , MOTION by Plaintiffs Mario Aliano, Victoria Radaviciute, Scott D.H. Redman for attorney fees 129 , Response, 127 , MOTION by Plaintiffs Mario Aliano, Victoria Radaviciute, Scott D.H. Redman Final Approval of Settlement Agreement 124 , declaration 133 , Response, 128 , notice of motion 126 , memorandum in support of motion 130 , declaration 134 , declaration 132 (Markoff, Paul) (Entered: 09/11/2013) |
| 09/13/2013 | 137 | RESPONSE by Defendant Radioshack Corporation to objections, 110 *112* (Fiorentinos, Irene) (Entered: 09/13/2013) |
| 09/16/2013 | 138 | APPENDIX *Exhibit A* (Fiorentinos, Irene) (Entered: 09/16/2013) |
| 09/17/2013 | 139 | DECLARATION of Jennifer Keough regarding Response 123 , Response, 127 , memorandum in support of motion 130 *(supplemental)* (Markoff, Paul) |

| | | |
|---|---|---|
| | | (Entered: 09/17/2013) |
| 09/17/2013 | 142 | MINUTE entry before Honorable Maria Valdez: Final Approval hearing held. Objectors appear in court. Hearing held on objections. The matter is taken under submission. Written order to follow. Mailed notice (lp, ) (Entered: 09/25/2013) |
| 09/17/2013 | 145 | MINUTE entry before Honorable Maria Valdez: Motion by Plaintiffs' for leave to file three briefs in excess of fifteen pages 125 is granted.Mailed notice (lp, ) (Entered: 10/04/2013) |
| 09/24/2013 | 140 | MOTION by Defendant Radioshack CorporationTo Present Revisions to Proposed Final Approval Order (Attachments: # 1 Exhibit 1)(Fiorentinos, Irene) (Entered: 09/24/2013) |
| 09/24/2013 | 141 | NOTICE of Motion by Irene Savanis Fiorentinos for presentment of motion for miscellaneous relief 140 before Honorable Maria Valdez on 10/1/2013 at 10:15 AM. (Fiorentinos, Irene) (Entered: 09/24/2013) |
| 09/27/2013 | 143 | RESPONSE by Jessica Kasten, Michael Rosman to MOTION by Defendant Radioshack CorporationTo Present Revisions to Proposed Final Approval Order 140 (Holyoak, Melissa) (Entered: 09/27/2013) |
| 10/01/2013 | 144 | MINUTE entry before Honorable Maria Valdez: Motion hearing held on 10/1/2013. Defendants Motion to File Revisions to the Proposed Final Order 140 is granted.Mailed notice (lp, ) (Entered: 10/01/2013) |
| 10/04/2013 | 146 | Notice of Recent Authority by Mario Aliano, Victoria Radaviciute, Scott D.H. Redman (Attachments: # 1 Exhibit A-In re Southwest)(Markoff, Paul) (Entered: 10/04/2013) |
| 10/04/2013 | 147 | MOTION by Objectors Vanita Gupta, Gregory Runyard, Eduardo Vasquez, Charles H. Warner, Jr. to consider the substance of the Response contained herein to the Notice of Supplemental Authority filed October 4, 2013, (Doc. 146) (Attachments: # 1 Exhibit A - RadioShack Gift Card Terms and Conditions; B - RadioShack Gift Cards for Sale on giftcardgranny.com)(Warner, Curtis) (Entered: 10/04/2013) |
| 10/04/2013 | 148 | NOTICE of Motion by Curtis Charles Warner for presentment of motion for miscellaneous relief, 147 before Honorable Maria Valdez on 10/10/2013 at 10:15 AM. (Warner, Curtis) (Entered: 10/04/2013) |
| 10/09/2013 | 149 | MINUTE entry before Honorable Maria Valdez: Motion by Objectors Gupta, Runyard, Warner, and the Vasquez's for the court to consider a response to the notice of supplemental authority 147 is granted. Motion hearing scheduled for 10/10/2013 at 10:15 a.m. is stricken. Mailed notice (lp, ) (Entered: 10/09/2013) |
| 10/25/2013 | "TYPE=PIC | TRANSCRIPT OF PROCEEDINGS held on 09/17/2013 before the Honorable Maria Valdez. Court Reporter Contact Information: |

| | | |
|---|---|---|
| **FD** | T;AL<br>T=LO<br>CK"<br><br>150 | Rosemary_Scarpelli@ilnd.uscourts.gov, Rosemary Scarpell, (312)435-5815.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/15/2013. Redacted Transcript Deadline set for 11/25/2013. Release of Transcript Restriction set for 1/23/2014. (Scarpelli, Rosemary) (Entered: 10/25/2013) |
| 10/25/2013<br><br>**FD** | "TYP<br>E=PIC<br>T;AL<br>T=LO<br>CK"<br><br>151 | TRANSCRIPT OF PROCEEDINGS held on 09/17/2013 before the Honorable Maria Valdez. Court Reporter Contact Information: Rosemary_Scarpelli@ilnd.uscourts.gov, Rosemary Scarpell, (312)435-5815.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/15/2013. Redacted Transcript Deadline set for 11/25/2013. Release of Transcript Restriction set for 1/23/2014. (Scarpelli, Rosemary) (Entered: 10/25/2013) |
| 02/03/2014 | 152 | MOTION by Plaintiff Scott D.H. Redman to supplement (Attachments: # 1 Exhibit A-Toys R Us Ruling)(Markoff, Paul) (Entered: 02/03/2014) |
| 02/03/2014 | 153 | NOTICE of Motion by Paul F. Markoff for presentment of motion to supplement 152 before Honorable Maria Valdez on 2/6/2014 at 10:15 AM. (Markoff, Paul) (Entered: 02/03/2014) |
| 02/05/2014 | 154 | RESPONSE by Vanita Gupta, Gregory Runyard, Eduardo Vasquez, Charles H. Warner, Jr. to MOTION by Plaintiff Scott D.H. Redman to supplement 152 (Warner, Curtis) (Entered: 02/05/2014) |
| 02/05/2014 | 155 | MINUTE entry before the Honorable Maria Valdez: Joint Motion to Present to the Court Additional Authority in Support of Motion for Final Approval 152 is granted. Motion Hearing set for 2/6/2014 at 10:15 AM is stricken. Mailed notice (lp, ) (Entered: 02/05/2014) |
| 02/05/2014 | 156 | NOTICE by Jessica Kasten, Michael Rosman re order on motion to supplement, terminate hearings, text entry 155 *of response to motion to supplement 152* (Holyoak, Melissa) (Entered: 02/05/2014) |
| 02/07/2014 | 157 | MINUTE entry before the Honorable Maria Valdez: Plaintiff's Motions for Final Approval of Settlement Agreement 124 and 129 are granted in part and denied in part. Enter Memorandum Opinion and Order. Mailed notice (lp, ) |

| | | |
|---|---|---|
| | | (Entered: 02/07/2014) |
| 02/07/2014 | 158 | MEMORANDUM Opinion and Order Signed by the Honorable Maria Valdez on 2/7/2014: Mailed notice(lp, ) (Entered: 02/07/2014) |
| 02/20/2014 | 159 | MOTION by Defendant Radioshack Corporation for leave to file *Proposed Final Approval Order* (Attachments: # 1 Exhibit A (Proposed Final Approval Order))(Fiorentinos, Irene) (Entered: 02/20/2014) |
| 02/20/2014 | 160 | NOTICE of Motion by Irene Savanis Fiorentinos for presentment of motion for leave to file 159 before Honorable Maria Valdez on 2/25/2014 at 10:15 AM. (Fiorentinos, Irene) (Entered: 02/20/2014) |
| 02/25/2014 | 161 | FINAL Approval Order Signed by the Honorable Maria Valdez on 2/25/2014: Mailed notice (lp, ) (Entered: 02/25/2014) |
| 03/04/2014 | 162 | NOTICE of appeal by Jessica Kasten, Michael Rosman regarding orders 161 , 158 Filing fee $ 505, receipt number 0752-9255980. (Holyoak, Melissa) (Entered: 03/04/2014) |
| 03/04/2014 | 163 | DOCKETING Statement by Jessica Kasten, Michael Rosman regarding notice of appeal 162 (Holyoak, Melissa) (Entered: 03/04/2014) |
| 03/04/2014 | 164 | NOTICE of appeal by Vanita Gupta, Gregory Runyard, Eduardo Vasquez, Charles H. Warner, Jr. regarding orders 161 , 158 , 100 , 101 Filing fee $ 505, receipt number 0752-9257783. (Warner, Curtis) (Entered: 03/04/2014) |
| 03/04/2014 | 165 | DOCKETING Statement by Vanita Gupta, Gregory Runyard, Eduardo Vasquez, Charles H. Warner, Jr. regarding notice of appeal 164 (Warner, Curtis) (Entered: 03/04/2014) |
| 03/05/2014 | 166 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 164 , notice of appeal 162 . (smm) (Entered: 03/05/2014) |
| 03/05/2014 | 167 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 162 . Notified counsel (smm) (Entered: 03/05/2014) |
| 03/05/2014 | 168 | DOCKETING Statement by Vanita Gupta, Gregory Runyard, Eduardo Vasquez, Charles H. Warner, Jr. regarding notice of appeal 164 (Warner, Curtis) (Entered: 03/05/2014) |
| 03/05/2014 | 169 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 164 . Notified counsel (smm) (Entered: 03/05/2014) |
| 03/05/2014 | 170 | Select Exhibits Presented at the September 17, 2013, Fairness Hearing on behalf of the Gupta-Vasquez Objectors by Vanita Gupta, Gregory Runyard, Eduardo Vasquez, Charles H. Warner, Jr. (Attachments: # 1 Certificate of Service)(Warner, Curtis) (Entered: 03/05/2014) |
| 03/05/2014 | 171 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 164 ; USCA Case No. 14-1471. (gcy, ) (Entered: 03/06/2014) |
| 03/05/2014 | 172 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice |

| | | |
|---|---|---|
| | | of appeal 162 ; USCA Case No. 14-1470. (gcy, ) (Entered: 03/06/2014) |
| 03/12/2014 | 173 | SEVENTH CIRCUIT transcript information sheet by Jessica Kasten, Michael Rosman (Attachments: # 1 Certificate of Service)(Holyoak, Melissa) (Entered: 03/12/2014) |
| 03/18/2014 | 174 | DESIGNATION by Scott D.H. Redman of record on appeal (Leinberger, Karl) (Entered: 03/18/2014) |
| 03/18/2014 | 175 | DESIGNATION by Mario Aliano, Victoria Radaviciute of record on appeal : USCA Case No. 14-1470, 14-1471 (Zimmerman, Thomas) (Entered: 03/18/2014) |
| 03/18/2014 | 176 | DESIGNATION by Radioshack Corporation of record on appeal : USCA Case No. 14-1470, 14-1471 (Fiorentinos, Irene) (Entered: 03/18/2014) |
| 03/18/2014 | 177 | DESIGNATION by Vanita Gupta, Gregory Runyard, Eduardo Vasquez, Charles H. Warner, Jr. of record on appeal : USCA Case No. 14-1470, 14-1471 (Warner, Curtis) (Entered: 03/18/2014) |
| 03/18/2014 | 178 | DESIGNATION by Vanita Gupta, Gregory Runyard, Eduardo Vasquez, Charles H. Warner, Jr. of record on appeal : USCA Case No. 14-1470, 14-1471 (Warner, Curtis) (Entered: 03/18/2014) |

**KEY**

**MAJORITY items are included in this record.**
**All crossed out items are not included in the record.**