## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated, | ) ) ) | 11-CV-6741 (Consolidated with 11-CV-7819) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| RADIOSHACK CORPORATION, a Delaware Corporation, | ) ) ) | **NOTICE OF APPEAL** |
| Defendant. | ) ) ) | |
| MARIO ALIANO and VICTORIA RADAVICIUTE, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| RADIOSHACK CORPORATION, a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

Notice is hereby given that Objector Robert Scott hereby appeals to the United

States Court of Appeals for the Seventh Circuit from the Final Approval Order (Docket

No. 161) entered in this action on the February 25, 2014, and Memorandum Opinion and

Order (Docket No. 158), entered in this action on February 7, 2014.

Dated: March 27, 2014      By: /s/ Joseph Darrell Palmer
        Joseph Darrell Palmer
        Law Offices of Darrell Palmer PC
        2244 Faraday Avenue, Suite 121
        Carlsbad, CA 92008
        Phone: (858) 215-4064 / Fax: (866) 583-8115
        Email: darrell.palmer@palmerlegalteam.com

        Attorney for Objector Robert Scott

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.


      /s/ Joseph Darrell Palmer

Joseph Darrell Palmer
Attorney for Objector