**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated,    ) )<br>                Plaintiff,   )<br>                             )<br>  v.                                  )<br>                                  )<br>RADIOSHACK CORPORATION,    )<br>a Delaware corporation,              )<br>              Defendant.   )<br>_____)<br>MARIO ALIANO and VICTORIA    )<br>RADAVICIUTE, individually and on behalf of  )<br>all others similarly situated,             )<br>                Plaintiffs,  )<br>                                  )<br>  v.                                  )<br>                                  )<br>RADIOSHACK CORPORATION,    )<br>a Delaware corporation,              )<br>              Defendant.   ) | No. 11 C 6741<br>(consolidated with 11 C 7819)<br><br>Judge Grady<br><br>Magistrate Valdez |

**SCOTT REDMAN'S UNOPPOSED (BY PROPOSED INTERVENERS)
MOTION FOR EXTENSION TO RESPOND TO MOTION TO INTERVENE**

Plaintiff Scott D.H. Redman ("Redman"), by counsel, and pursuant to Fed. R. Civ. P. 6(b), moves this Court for an extension of time to respond to *Gregory Runyard's and Eduardo Vasquez's Motion to Intervene* [DE 196] ("Motion to Intervene"). In support of this Motion, Redman states as follows:

    1.    On October 15, 2014, Gregory Runyard and Eduardo Vasquez ("Proposed Interveners") filed the Motion to Intervene.

    2.    On October 22, 2014, this Court set a briefing schedule requiring Redman to respond to the Motion to Intervene by November 13, 2014 [DE 199].

3. Redman's undersigned counsel has been unable to respond adequately to the Motion to Intervene in part due to several absences from the office due to his daughter's recent illness.

4. Additionally, Redman's undersigned counsel believes that the time and resources of the parties would be better served in the near term attempting to seek a resolution to this case, rather than potentially creating divisions among the stakeholders.

5. Therefore, Redman requests that this Court grant him an additional 28 days, to December 11, 2014, to respond to the Motion to Intervene.

6. Redman's undersigned counsel has conferred with Proposed Intervener's counsel, Curtis Warner, and he has no opposition to this motion.

WHEREFORE, for the foregoing reasons, Scott D.H. Redman requests that this Court grant him an extension, to December 11, 2014, to respond to the Motion to Intervene.

        SCOTT D.H. REDMAN,
        Plaintiff,

By: /s Paul F. Markoff

Paul F. Markoff
Karl G. Leinberger
Markoff Leinberger LLC
134 N LaSalle St Ste 1050
Chicago IL 60602
Tel: 312.726.4162
Fax: 312.674.7272
paul@markleinlaw.com

3

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of this *Scott Redman's Unopposed (by Proposed Interveners) Motion for Extension to Respond to Motion to Intervene* on all counsel of record electronically by using the CM/ECF system on this 7th day of November, 2014:

/s Paul F. Markoff