**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division**

Scott D.H. Redman, et al.
                                      Plaintiff,

v.                                                             Case No.: 1:11−cv−06741
                                                                       Honorable Maria Valdez

Radioshack Corporation
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 12, 2016:

       MINUTE entry before the Honorable Maria Valdez: As a result of Defendant's bankruptcy filing, the automatic stay has been in effect since 2/10/15. Accordingly, this case is placed on the Court's suspense docket pending the conclusion of the bankruptcy case. Any party may ask the Court to move the case back to its active docket as further developments warrant. The parties shall promptly advise this Court when the bankruptcy proceeding ends. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.